| **United States Bankruptcy Court**<br>**District of Puerto Rico** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>AAA IMPORTS, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>a/k/a DOLLAR Y ALGO EXTRA<br>a/k/a ALMACENES CARAVANA a/k/a LA REINA | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 66-0672678 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>CARR. NO. 2 KM 27.4<br>BO. ESPINOSA<br>DORADO, PR   ZIPCODE 00646 | Street Address of Joint Debtor (No. and Street, City, and State<br><br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Dorado | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO BOX 1509<br>VEGA ALTA, PR   ZIPCODE 00694 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  RETAIL SALES

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): AAA IMPORTS, INC. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: CARIAN MANAGEMENT, INC. | Case Number: PENDING | Date Filed: MAY 12, 2010 |
|---|---|---|
| District: District of Puerto Rico | Relationship: AFFILIATE | Judge: PENDING |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United Sates but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>AAA IMPORTS, INC. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/Edgardo Muñoz
Signature of Attorney for Debtor(s)

Edgardo Muñoz
Printed Name of Attorney for Debtor(s)

EDGARDO MUÑOZ, P.S.C.
Firm Name

PO BOX 360971
Address

SAN JUA, PR 00936-0971

787-524-3888
Telephone Number

MAY 12, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Orlando Adrovet Molina*
Signature of Authorized Individual

ORLANDO ADROVET MOLINA
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

MAY 12, 2010
Date

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

CORPORATE RESOLUTION

I, André J. Martínez, of legal age, Secretary of , Inc., and resident of San Juan, Puerto Rico DO HEREBY CERTIFY that:

1. At a meeting celebrated on Dorado, the Boar of Directors of AAA Imports, Inc. agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2. That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

2. That at the meeting of shareholders celebrated on the same date, the filling the bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4. That it was also agreed that the services of Attorney Edgardo Muñoz would be retained for such purposes.

5. That it was also agreed that Orlando Adrovet will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evidently, I sign this resolution today the 11 day of May, 2010.

AAA Import, Inc

Andres J. Martínez, Secretary

Affidavit No. 194

Sworn and signed before me by Andres J. Martinez of legal age, married, Secretary of AAA Imports, Inc., who is personally known to me.
Today 11 day of May, 2010 at San Juan, Puerto Rico.

Notary Public

# United States Bankruptcy Court

_____ District Of ___PUERTO RICO_____

**In re**

AAA IMPORTS, INC                            Case No.  _____

**Debtor**                                  Chapter ___11___

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-
   named debtor(s) and that compensation paid to me within one year before the filing of the petition in
   bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s)
   in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hr rate $275

   Prior to the filing of this statement I have received a retainer of . . . . . . . . . . . . . . . . . . . $ $15,000

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ PEND. APPLIC.

2. The source of the compensation paid to me was:

   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
   members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
   members or associates of my law firm. A copy of the agreement, together with a list of the names of
   the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
   case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether
      to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
      hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

The $1,039 was advanced by debtor to cover the filing fees. Additionally, a retainer of $15,000 was received to be credited toward fee appliactions to be filed with the court.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| 5/12/2010 | /s/ EDGARDO MUNOZ |
|-----------|-------------------|
| *Date* | *Signature of Attorney* |
| | EDGARDO MUNOZ PSC |
| | *Name of law firm* |

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re   AAA IMPORTS, INC. _____ ,
                               Debtor

Case No. _____

Chapter    11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| WESTERNBANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR<br>00681-1180 | | | | 7,225,015.00 |
| DEPARTMENT OF TREASURY BANKRUPTCY DIVISION<br>PO BOX 9024140<br>SAN JUAN, PR<br>00902-4140 | | | | 593,800.72 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

CRIM
PROPIEDAD
MUEBLE
P.O BOX 362983
SAN JUAN, PR
00936-2983

318,058.57

AUTORIDAD DE
ENERGIA
ELECTRICA
PO BOX 363508
SAN JUAN, PR
00936

169,580.76

PUERTO RICO
BEAUTY SUPPLY
INC.
PO BOX 192317
SAN JUAN, PR
00919-2317

129,635.80

65TH INFANTERIA
SHOPPING
CENTER,LLC
P.O BOX 362983
SAN JUAN, PR
00936-2983

114,007.96

KOLE IMPORTS
INC
24600 S MAIN ST
CARSON, CA 90745

86,608.91

OMEGA & DELTA
CO. INC.
PO BOX 1831
CAROLINA, PR
00984

84,105.36

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

VILLA BLANCA
SHOPPING
CENTER,LLC
P.O. BOX 362983
SAN JUAN, PR
00936-2983

78,225.79

COMMERCIAL
CENTERS
MANAGEMENT
PO BOX 362983
SAN JUAN, PR
00936-2983

77,198.18

D & P IMPORT
CORPORATION
4619 ALAMEDA ST
Los Angeles, CA
90058

72,975.95

GOLDEN SHEETS
FACTORY
64 MILL STREET
PATERSON, NJ
07501

72,454.60

RODEO IMPORT
CALLE C EDIFICIO
RODEO
APDO 030-00253 Z,L
REP PMA,

64,931.13

TYCOON PAPER
URB. INDUSTRIAL
EL COMANDANTE
EDIF. #1
CAROLINA, PR
00982

60,710.34

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

EL MERCADO
PLAZA S. E.
P.O. BOX 474
TRUJILO ALTO, PR
00977-0474

58,892.94

FRANCISCO
RODRIGUEZ
GOMEZ
HC-03 BOX 15630
JUANA DIAZ, PR
00795

57,913.77

JR WORLD AND OR
CAPITAL BUSINESS
350 UNIUS STREET
BROOKLYN, NY
11212

55,833.56

CONCORD
ENTERPRISES, INC.
2957 EAST
46 TH ST
LOS ANGELES , CA
900058

50,757.61

DISTRIBUIDORA
FERDOC
PO BOX 194601
SAN JUAN, PR
00919-4601

49,982.30

REGENT
PRODUCTS CORP.
8999 PALMER
RIVER GROVE, IL
60171

48,725.78

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   MAY 12, 2010

Signature   _____

ORLANDO ADROVET MOLINA,
PRESIDENT

65TH INFANTERIA SHOPPING CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983


A  S WIRELESS ACCESORIES
URB MEDINA
F33 CALLE 5
ISABELA PR  00662


A Y Z SECURITY AGENCY INC
PO BOX 69001 JPMB 355
HATILLO PR 00569 PUERTO RICO


ACTION GROUP CORPORATION
PO BOX 1325
SAINT JUST PR 00978


ADT SECURITY SYSTEMS
PO BOX 366758
SAN JUAN PR 00936-6758


AGROPHARMA LABORATORIES INC
PO BOX 1150
SAN JUAN PR 00751


ALI A HUSSEIN
CALLE SAN ALBERTO
URB SAN AGUSTIN
VEGA BAJA PR  00694

ALMACENES DEL CASTILLO
PO BOX 9020564
SAN JUAN PR 00902-0564


ALPHA ONE SECURITY SOLUTIONS
LAGUNA GARDEN SHOPING CENTER
10 AVE LAGUNA SUITE 256
CAROLINA PR  00979-6493


AMERICAN PRESIDENT LINES OF PR
2000 KENNEDY AVENUE MAI BLDG
SUITE 316
SAN JUAN PR  00920


ANTONIO RIVERA REOYO
PO BOX 8969
HUMACAO PR 00792


AQUA-GULF TRANSPORT INC
PO BOX 11256
SAN JUAN PR 00922-1256


AQUA-GULF XPRESS
1055 ILA OFFICE SUITE 704
CARR2 KM 21 MARG AVE KENNEDY
SAN JUAN PR  00920


AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS
COROZAL PR  00783

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN PR 00936


AVANTEK MANUFACTURING CORP
PO BOX 51477
TOA BAJA PR  00950


AWILDA MAYOL DE CANCIO
PO BOX 668
SAN SEBASTIAN PR 00685


AXIOM TRADE INC
MAI CENTER SUITE 210
KENNEDY AVE
SAN JUAN PR  00920


B FERNANDEZ  HNOS INC
PO BOX 363629
SAN JUAN PR 00936-3629


BV PROPERTIES INC
YAUCO PLAZA 1-137
YAUCO PR 00698


BEAUTY CONCEPTS INC
PO BOX 1863
HATO REY PR 00919


BEEPEX CORP
1049 JESUS T PIERO
SAN JUAN PR 00920

BENSO CORPORATION
PO BOX 9418
CAGUAS PR 00726


C AND F WORLWIDE AGENCY CORP
PO BOX 9020737
SAN JUAN PR 00902


C7 GLOBAL INC
PO BOX 11741
SAN JUAN PR 00922


CADBURY ADAMS
PO BOX 3631168
SAN JUAN PR 00936-3168


CANGREJO ARRIBA DEVELOPMENT CORP
PO BOX 190525
SAN JUAN PR 00919-0525


CARIAN MANAGEMENT INC
PO BOX 1509
VEGA ALTA PR 00694-1509


CARIBE CANDLE CORPORATION
BOX 120
PEUELAS PR 00624


CARLOS ENRIQUE RIVERA LUGO
PO BOX 1003
MANATI PR 00674

CARLOTA MONSERRATE LUGO CALZADA
500 BLVD PASEO DEL RIO
APTO 5301
HUMACAO PR  00791


CCVA INC
PO BOX 190525
SAN JUAN PR 00919-0525


CENTRO DE RECAUDACION DE INGRESOS
PO BOX 195387
SAN JUAN PR  00919


CESAR CASTILLO INC
PO BOX 191149
SAN JUAN PR 00919-1149


CITY OFFICE SUPPLY
PO BOX 1669
BAYAMON PR 00960


COLGATE-PALMOLIVE CO DIST
PO BOX 363865
SAN JUAN PR 00936-3865


COLOMER AND SUAREZ SAN JUAN INC
PO BOX 11351
CAPARRA HEIGHTS STA
SAN JUAN PR 00922


COMMERCIAL CENTERS MANAGEMENT
PO BOX 362983
SAN JUAN PR 00936-2983

COMPUTER CONSULTING GROUP
313 MONTGOMERY ST
URB SAN GERARDO
SAN JUAN PR  00926


CONCORD ENTERPRISES INC
2957 EAST
46 TH ST
LOS ANGELES  CA 900058


CONDOMINIO EL CANTON MALL
PO BOX 968
BAYAMON PR 00960


CORDIALSA BORICUA EMPAQUEINC
P O BOX 9021741
SAN JUAN PR 00902-1741


CRIM
PROPIEDAD MUEBLE
PO BOX 362983
SAN JUAN PR 00936-2983


D  P IMPORT CORPORATION
4619 ALAMEDA ST
LOS ANGELES CA 90058


DEL RIO TRADING  BEAUTY SUPPLY
P O BOX 779
CAMUY PR 00627


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140


DESARROLLO RAMFER SE
APARTADO 988
AGUADILLA PR  00605


DESIGNED TEMPERATURES INC
VILLA ALEGRIA TOPACIO 259
AGUADILLA PR 00603


DISTRIBUIDORA DANIBETZA
BO ALMIRANTE SUR
VEGA BAJA PR 00694


DISTRIBUIDORA FERDOC
PO BOX 194601
SAN JUAN PR 00919-4601


DISTRIBUIDORA FLAMINGO INC
PO BOX 9066537
SAN JUAN PR 00906-6537


DONNAMAX INC
765 MCDONALD AVENUE
BROKLYN NY 11218


DR EDWIN CUEVAS SANABRIA
CALLE RIUS RIVERA 6
ADJUNTAS PR 00601

DURA KLEEN USA INC
458 EAST 101ST ST
BROOKLYN NY 11236


EDITEX HOME CURTAIN CORP
65 OSER AVENUE
HAUPPAUGE NY 11788


EGM POWERGROUP INC
PMB 509 PO BOX 4960
CAGUAS PR 00726


EL COROZO-2
CARR NO2 KM 281
BO ESPINOSA


EL MERCADO PLAZA S E
PO BOX 474
TRUJILO ALTO PR 00977-0474


ELMERS PRODUCTS INC A BORDEN INC
PO BOX 951101
DALLAS TX 75395-1101


EMPRESAS DE GAS CO INC
BOX 1025
SABANA SECA STA
SABANA SECA PR  00952-1025   PUERTO RICO


EMPRESAS PAP CORP
PO BOX 942
MAYAGUEZ PR 00681

EMPRESAS VALLEDOR INC
PO BOX 194601
SAN JUAN PR 00919-4601


ENRIQUE ANTONIO RIVERA LUGO
PO BOX 1176
CAGUAS PR  00726-1176


EPIFANIO VIDAL SE
MSC 6152
ESTACION 1
BAYAMON PR  00960


FEDERAL EXPRESS
ACCT 200700678
PO BOX 332
MEMPHIS TN  38194-4741


FIDEICOMISO GLORIA RIVERA REOYO
702 CALLE ROOSEVELT
APT 201
SAN JUAN PR  00907


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


FRANCISCO RODRIGUEZ GOMEZ
HC-03 BOX 15630
JUANA DIAZ PR 00795

```
GENERAL WHOLESALERS  DISTRIBUTORS
P O BOX 1739
TRUJILLO ALTO PR 00977-1739


GENESIS
PO BOX 531
ISABELA PR 00662


GLAXOSMITHKLINE
PO BOX 71591
SAN JUAN PR 00936-8691 PUERTO RICO


GLOBE MARKETING CORP
PO BOX 361705
SAN JUAN PR 00936-1705


GLORIA MATANZO
CONDOMINIO PALMA REAL
APT 5-G MADRID 2
SANS JUAN PR  00907


GOLDEN SHEETS FACTORY
64 MILL STREET
PATERSON NJ 07501


GRUPO SAN LORENZO SE
PO BOX 2080
CAYEY PR 00737


HECTOR CALLE ESQ
PO BOX 11073
SAN JUAN PR 00922-1073
```

HERSHEY FOODS CORPORATION
PO BOX 70347
SAN JUAN PR 00936-8347


HOLIDAY CARDS
PO BOX 37-3333
CAYEY PR 00737


HUSSEIN MOHAMED ISHKIRAT
CALLE SAN JOSE 5
LARES PR 00669


I REMBALSKY INC
PO BOX 9567
SANTURCE PR 00908


IN-MAR TRADING INC
PO BOX 51486
LEVITTOWN PR 00950-1486


INTEGRAND ASSURANCE COMPANY
PO  BOX 70128
SAN JUAN PR 00936-8128


INTERNAL REVENUE SERVICES
POST OFFICE
BOX 21126
PHILADELPHIA PA 19114-0326


IRS
CITIVIEW PLAZA NO 2
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000

JAN DISTRIBUTORS
PO BOX 206
SABANA GRANDE PR 00637


JDY HOME
295 5TH AVENUE SUITE 1616
NEW YORK NY 10016


JOSE MIGUEL GONZALEZ VIRELLA
CALLE BOU 45
COROZAL PR 00783


JOSE ROBERTO CALLE AGUILU
AVENIDA ANDALUCIA 767 SE
PUERTO NUEVO
SAN JUAN PR  00921


JOSEAVILA YO SANTIAGO  SANTIAG0
PO BOX 8733
FERNANDEZ JUNCOS STATION
SANTURCE PR  00910


JR WORLD AND OR CAPITAL BUSINESS
350 UNIUS STREET
BROOKLYN NY 11212


JUSTO SOTOMAYOR
PO BOX 363687
SAN JUAN PR 00936-3687

KERCADO ESTRADA  CO PSC
CAPITAL CENTER SOUTH TOWER
239 ARTERIAL HOSTOS SUIT 903
SAN JUAN PR  00918-1478


KIMBERLY-CLARK PR INC
PO BOX 71453
SAN JUAN PR 00936-8553


KOLE IMPORTS INC
24600 S MAIN ST
CARSON CA 90745


LABORATORIO CLINICO TOLEDO INC
51 CALLE PALMA
ARECIBO PR 00612


LARSEN PRODUCTS
PO BOX 5308
CAGUAS PR 00725


LASER PRODUCTS
PO BOX 1723
JUNCOS PR 00777


LC DISTRIBUTORS INC
P O BOX 361709
SAN JUAN PR 00936

LM WASTE SERVICE CORP
PMB H-819
AVE  HOSTOS
PONCE PR  00716-1107


LOCKMOBILE SECURITY SPECIALISTS
PO BOX 29579
SAN JUAN PR 00929-0579


LS QUILTING INC
PO BOX 362385
SAN JUAN PR 00936-2385


LUIS GARRATON INC
P O BOX 362984
SAN JUAN PR 00936-2984


MARDO INTERNATIONAL DISTRIBUTING
P O BOX 29791
SAN JUAN PR 00929-0791


MARIA LUISA MAYOL ORONOZ
PO BOX 668
SAN SEBASTIAN PR 00685


MARIA MILAGROS RIVERA LUGO
PO BOX 800581
COTO LAUREL PR 00780-0581


MARICARMEN MATANZO
BOX 654
CAGUAS PR 00726

```
MARVIC PARKING SERVICES INC
PO BOX 458
MAYAGUEZ PR 00681


MASTER DISTRIBUTOR INC
PO BOX 4817
CAROLINA PR 00984-4817


MAX WHOLESALE IMP EXP INC
2410 E38TH ST
VERNON CA 90058


MAYS ZONA LIBRE SA
APARTADO 2094
ZONA LIBRE DE COLON
COLON REP DE PANAMA


MENDEZ COMPANY
PO BOX 363348
CEL  220-0937
SAN JUAN PR  00936-3348


MORALES DISTRIBUTORS
PO BOX 787
HORMIGUEROS PR 00660


MUNCIPIO DE JUANA DIAZ
P O BOX 1409
JUANA DIAZ P R 00795
```

```
MUNCIPIO DE YAUCO
P O BOX 1
YAUCO P R 00698


MUNICIPIO DE  NARANJITO
PO BOX 153
NARANJITO PR  00719


MUNICIPIO DE AGUADILLA
PO BOX 1008
AGUADILLA PR  00605


MUNICIPIO DE ARECIBO
PO BOX 1086
ARECIBO PR  00613


MUNICIPIO DE BARRANQUITAS
P O BOX 250
BARRANQUITAS PR 00794


MUNICIPIO DE BAYAMON
P O BOX 1588
BAYAMON P R 00961


MUNICIPIO DE CAGUAS
P O BOX 907
CAGUAS P R 00726


MUNICIPIO DE CAMUY
PO BOX 539
CAMUY PR  00637
```

```
MUNICIPIO DE CAROLINA
APARTADO 8
CAROLINA PR  00986-0008


MUNICIPIO DE CAYEY
P O BOX 371330
CAYEY P R  00737-1330


MUNICIPIO DE COMERIO
PO BOX 1108
COMERIO PR 00782


MUNICIPIO DE COROZAL
CALLE CERVANTES 9
COROZAL PR   00783


MUNICIPIO DE FAJARDO
P O BOX 865
FAJARDO P R 00738


MUNICIPIO DE GUAYNABO
DEPT DE FINANZAS
APARTADO 7890
GUAYNABO PR  00970-7890


MUNICIPIO DE LARES
PO BOX 218
LARES PR  00669


MUNICIPIO DE MANATI
CALLE QUINONEZ 10
MANATI PR  00674
```

```
MUNICIPIO DE MOROVIS
P O BOX 655
MOROVIS P R 00687


MUNICIPIO DE OROCOVIS
PATENTE MUNICIPAL
PO BOX 2106
OROCOVIS PR   00720


MUNICIPIO DE PEUELAS
P O BOX 10
PEUELAS P R 00624


MUNICIPIO DE PONCE
P O BOX 331709
PONCE P R


MUNICIPIO DE SAN JUAN
PO BOX 70179
SAN JUAN PR   00936-8179


MUNICIPIO DE SAN LORENZO
PO BOX 1287
SAN LORENZO PR   00754


MUNICIPIO DE SAN SEBASTIAN
PO BOX 1603
SAN SEBASTIAN PR   00685


MUNICIPIO DE TOA ALTA
PO BOX 82
TOA ALTA PR   00954
```

```
MUNICIPIO DE VEGA ALTA
PO BOX 1390
VEGA ALTA PR  00692


MUNICIPIO DE VEGA ALTA
PO BOX 1390
VEGA ALTA PR  00692



MUNICIPION DE HUMACAO
P O BOX 178
HUMACAO P R 00791



MYA TRANSPORT INC
PO BOX 902
DORADO PR 00646



NESTLE PUERTO RICO INC
PO BOX 71538
SAN JUAN PR 00936-8638



OMEGA  DELTA CO INC
PO BOX 1831
CAROLINA PR 00984



ORLANDO ADROVET MOLINA
R A 1-VIA DEL RIO CRISTAL
URB ENCANTADA
TRUJILLO ALTO PR  00976


ORLANDO ADROVET MOLINA
R A 1-VIA DEL RIO CRISTAL
URB ENCANTADA
TRUJILLO ALTO PR  00976
```

ORO CANDY DISTRIBUTORS
PO BOX 1879
OROCOVIS PR 00720


PEDRO ENRIQUE RIVERA LUGO
CALLE TURIN 608
ESTANCIAS DE TORUGUERO
VEGA BAJA PR   00693


PEUELAS SHOPPING PLAZA INC
PO BOX 3685
MAYAGUEZ PR 00681-3685


PREMIO GORDO INC
PO BOX 800675-675
COTO LAUREL PR   00780


PRO LIGHTING ELECTRICAL DISTRIBUTOR
AVE LOS CONQUISTADORES 150
LOCAL 01A MARINA BAHIIA PLAZA
CATANO PR   00962


PUERTO RICO BEAUTY SUPPLY INC
PO BOX 192317
SAN JUAN PR 00919-2317


PUERTO RICO GENERAL DISTRIBUTING CO
JULIO N MATOS INDPARK LOT 26
WAREHOUSE PLI BOMARTIN GONZAL
CAROLINA PR   00987

```
PUERTO RICO SUPPLIES
PO BOX 11908
SAN JUAN PR 00922-1908


PUERTO RICO TELEPHONE COMPANY
787-270-5300-071
PO BOX 71535
SAN JUAN PR PR  00936


R  H DISTRIBUTORS
APTDO 3511
BAYAMON GARDEN STATION
BAYAMON PR  00958


REGENT PRODUCTS CORP
8999 PALMER
RIVER GROVE IL 60171


RENEWAL CONSUMER PRODUCTS INC
PO BOX 190205
SAN JUAN PR 00919-0205


RODEO IMPORT
CALLE C EDIFICIO RODEO
APDO 030-00253 ZL
REP PMA


ROMEY INC
PMB 384
1357 ASHFORD AVE
SAN JUAN PR  00907
```

SAN JUAN TRADING CO INC
PO BOX 366458
SAN JUAN PR 00936-6458


SAN MIGUEL LABEL
MANUFACTURING INC


SANTA REAL REALTY CORP
P O BOX 190525
SAN JUAN PR 00919-0525


SECRETARIO DE HACIENDA
372 AVE ROTARIOS
SUITE 103 B
ARECIBO PR   00612-4601


STANDARD BEAUTY SUPPLY INC
PO BOX 191863
SAN JUAN PR 00919-1863


START MARKING SYSTEMS INC
PO BOX 2175
BAYAMON PR 00960-2175 PUERTO RICO


SUAREZ SALES INC
PO BOX 126
CATAO PR 00963 PUERTO RICO


SUCESION ESTEBAN CARRION DIAZ
PO BOX 192
MANATI PR 00674

SWEET HOUSE
PO BOX 8025
BAYAMON PR 00960-8025


T MOBILE
PO BOX 660252
DALLAS TX  75266-0252


TAGICIG SERVICES
MERCANTTIL PLAZA BUILDING
SUITE 810
HATO REY PR  00918


TERMO ENVASESSA
PO BOX 9231
BAYAMON PR 00960-8041


THE CLOROX COMMERCIAL COMPANY
PO BOX 2133
SAN JUAN PR 00922-2133


THE NEW PONCE SHOPPING CENTER LP
PO BOX 331943
PONCE PR 00733-1943


THOMAS DIAZ INC
PO BOX 1031
SABANA SECA PR  00952-1031


TNT FIREWORKS
4511 HELTON DRIVE
FLORENCE AL 35630

TOP TRADERS INC
PO BOX 194601
SAN JUAN PR 00919-4601


TOTAL APPLIANCES
PO BOX 6554
SAN JUAN PR 00914-6554


TYCOON PAPER
URB INDUSTRIAL EL COMANDANTE
EDIF 1
CAROLINA PR  00982


UMA ENTERPRISES
660 WEST ARTESIA BLVD
COMPTON
COMPTON CA  90220


UNILEVER DE PR INC
PO BOX 70129
SAN JUAN PR 00936-8357 PUERTO RICO


UNIVERSAL INDUSTRIAL SUPPLIES
PO BOX
PONCE PR 00732


UNIVERSAL MANUFACTURING CORP
PO BOX 11999
SAN JUAN PR 00922


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192

V SUAREZ CO INC
PO BOX 364588
SAN JUAN PR 00936-4588 PUERTO RICO


VALENTIN EXTERMINATING SERVICES
PMB 390 2135 CARR 2
SUITES 15
BAYAMON PR  00959


VENROD TRADING COMPANY INC
1138 ROOSEVELT AVENUE
SAN JUAN PR 00920


VERPAS PRODUCTS INC
PO BOX 29410
65TH INF STA
RIO PIEDRAS PR  00929-9410


VICTORIA CLASSICS
277 5TH AVENUE
NEW YORK NY 10016


VILLA BLANCA SHOPPING CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983


WESTERN BANK WORLD-VISA
PO BOX 430
MAYAGUEZ PR 00681-0430


WESTERN OIL CORPORATION
PO BOX PMB 172
AVE ESMERALDA 53
GUAYNABO PR  00969-4429

WESTERNBANK
PO BOX 1180
MAYAGUEZ PR 00681-1180

WG GROUP
2000 CARR 8177
SUITE 26 PMB 220
GUAYNABO PR  00966-3762

WILFREDO SEGARRA SINDICO
PO BOX 9023385
SAN JUAN PR 00902-3382

WILLGRE CORP
PO BOX  1423
CIALES PR 00638

XEROX CORPORATION
PO BOX 650361
DALLAS TX 75265-0361

XPRESSARTE
CALLE 41 BL 35
REXVILLE
BAYAMON PR   00957

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re   AAA IMPORTS, INC. _____ ,

                    Debtor

Case No. _____

Chapter _____11_____

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 26 pages, is true, correct and complete to the best of my knowledge.

Date ___MAY 12, 2010_____        Signature _____

                                                 ORLANDO ADROVET MOLINA,
                                                 PRESIDENT

EDGARDO MUÑOZ,
PSC
PO BOX 360971
SAN JUAN, PR 00936-0971
787-524-3888
787-524-3888