# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 10-04048 |
| AAA IMPORTS, INC. | |
| Debtor in Possession | CHAPTER 11 |
| IN RE: | CASE NO.: 10-04052 |
| CARIAN MANAGEMENT, INC | |
| Debtor in Possession | CHAPTER 11 |

## MOTION TO REQUEST ADMINISTRATIVE CONSOLIDATION

TO THE HONORABLE COURT:

COME NOW, *AAA Imports, Inc.* and *Carian Management, Inc..*, Debtors herein, through their undersigned attorney, and very respectfully STATE and PRAY:

1. On this same date, the Debtors filed their respective bankruptcy petitions under the provisions of Chapter 11 of the U.S. Bankruptcy Code.

2. The above captioned Debtors are related Debtors.

3. It is the Debtors position that the administrative consolidation of these two (2) cases will be more efficient and less expensive than separate administration of each Debtor because common administrative issues and motions will predominate.

4. Administrative consolidation of the cases shall definitely provide for judicial economy, benefit to the estate and will provide for mayor protection to all creditors. In re H & S Transp. Co, 55 B.R. 786 (Bankr. M.D. Tenn. 1982).

**WHEREFORE**, the Debtors herein respectfully request this Honorable Court to grant the administrative consolidation of the above captioned cases, under the provisions of FRBP 1015 (b).

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 13TH day of May, 2010.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system, including the U.S. Trustee and I hereby certify that I have mail by United State Postal Service this document to all creditors and parties in interest as per the master address list herein attached.

## NOTICE TO CREDITORS AND PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**C. CONDE & ASSOC.**
/S/Carmen D. Conde Torres
Carmen D. Conde Torres, Esq.
(USDC No. 207312)
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@microjuris.com*

```
Label Matrix for local noticing          CARIAN MANAGEMENT, INC              US Bankruptcy Court District of P.R.
0104-3                                   CARR. NO. 2 KM 27.4                 U.S. Post Office and Courthouse Building
Case 10-04052-11                         BO. ESPINOSA                        300 Recinto Sur Street, Room 109
District of Puerto Rico                  DORADO, PR 00646                    San Juan, PR 00901-1964
Old San Juan
Thu May 13 12:41:46 AST 2010

AAA IMPORTS INC                          CRIM                                DEPARTAMENTO DEL TRABAJO Y
PO BOX 1509                              PO BOX 195387                       RECURSOS HUMANOS
VEGA BAJA PR 00694-1509                  SAN JUAN PR 00919-5387              PO BOX 191020
                                                                             SAN JUAN PR 00919-1020


DEPARTMENT OF TREASURY                   FONDO DEL SEGURO DEL ESTADO         (p)INTERNAL REVENUE SERVICE
BANKRUPTCY DIVISION                      PO BOX 365028                       CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 9024140                           SAN JUAN PR 00936-5028              PO BOX 21126
SAN JUAN PR 00902-4140                                                       PHILADELPHIA PA 19114-0326


IRS                                      LIBERTY FINANCE                     ORLANDO ADROVET MOLINA
CITIVIEW PLAZA NO 2                      PO BOX 71493                        R A 1-VIA DEL RIO CRISTAL
48 CARRETERA 165 SUITE 2000              SAN JUAN PR 00936-8593              URB ENCANTADA
GUAYNABO PR 00968-8000                                                       TRUJILLO ALTO PR   00976


US DEPARTMENT OF JUSTICE                 WESTERNBANK                         CARMEN D CONDE TORRES
FEDERAL LITIGATION DIVISION              PO BOX 1180                         254 SAN JOSE STREET
PO BOX 9020192                           MAYAGUEZ PR 00681-1180              5TH FLOOR
SAN JUAN PR 00902-0192                                                       SAN JUAN, PR 00901-1523


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICES                End of Label Matrix
POST OFFICE                              Mailable recipients    15
BOX 21126                                Bypassed recipients     0
PHILADELPHIA PA 19114-0326               Total                  15
```

```
Label Matrix for local noticing      AAA IMPORTS, INC.              US Bankruptcy Court District of P.R.
0104-3                               CARR. NO. 2 KM 27.4            U.S. Post Office and Courthouse Building
Case 10-04048-11                     BO. ESPINOSA                   300 Recinto Sur Street, Room 109
District of Puerto Rico              DORADO, PR 00646               San Juan, PR 00901-1964
Old San Juan
Thu May 13 12:42:24 AST 2010

65TH INFANTERIA SHOPPING CENTERLLC   A  S WIRELESS ACCESORIES       A Y Z SECURITY AGENCY INC
PO BOX 362983                        URB MEDINA                     PO BOX 69001 JPMB 355
SAN JUAN PR 00936-2983               F33 CALLE 5                    HATILLO PR 00569 PUERTO RICO
                                     ISABELA PR 00662-3831


ACTION GROUP CORPORATION             ADT SECURITY SYSTEMS           AGROPHARMA LABORATORIES INC
PO BOX 1325                          PO BOX 366758                  PO BOX 1150
SAINT JUST PR 00978-1325             SAN JUAN PR 00936-6758         SAN JUAN PR 00960-1150


ALI A HUSSEIN                        ALMACENES DEL CASTILLO         ALPHA ONE SECURITY SOLUTIONS
CALLE SAN ALBERTO                    PO BOX 9020564                 LAGUNA GARDEN SHOPING CENTER
URB SAN AGUSTIN                      SAN JUAN PR 00902-0564         10 AVE LAGUNA SUITE 256
VEGA BAJA PR  00694                                                 CAROLINA PR  00979-6493


AMERICAN PRESIDENT LINES OF PR       ANTONIO RIVERA REOYO           AQUA-GULF TRANSPORT INC
2000 KENNEDY AVENUE MAI BLDG         PO BOX 8969                    PO BOX 11256
SUITE 316                            HUMACAO PR 00792-8969          SAN JUAN PR 00922-1256
SAN JUAN PR  00920


AQUA-GULF XPRESS                     AUTORIDAD DE ACUEDUCTOS Y      AUTORIDAD DE ENERGIA ELECTRICA
1055 ILA OFFICE SUITE 704            ALCANTARILLADOS                PO BOX 363508
CARR2 KM 21 MARG AVE KENNEDY         COROZAL PR  00783              SAN JUAN PR 00936-3508
SAN JUAN PR  00920


AVANTEK MANUFACTURING CORP           AWILDA MAYOL DE CANCIO         AXIOM TRADE INC
PO BOX 51477                         PO BOX 668                     MAI CENTER SUITE 210
TOA BAJA PR 00950-1477               SAN SEBASTIAN PR 00685-0668    KENNEDY AVE
                                                                    SAN JUAN PR  00920


B FERNANDEZ  HNOS INC                BEAUTY CONCEPTS INC            BEEPEX CORP
PO BOX 363629                        PO BOX 1863                    1049 JESUS T PIERO
SAN JUAN PR 00936-3629               HATO REY PR 00919              SAN JUAN PR 00920-5607


BENSO CORPORATION                    BV PROPERTIES INC              C AND F WORLWIDE AGENCY CORP
PO BOX 9418                          YAUCO PLAZA 1-137              PO BOX 9020737
CAGUAS PR 00726-9418                 YAUCO PR 00698                 SAN JUAN PR 00902-0737


C7 GLOBAL INC                        CADBURY ADAMS                  CANGREJO ARRIBA DEVELOPMENT CORP
PO BOX 11741                         PO BOX 3631168                 PO BOX 190525
SAN JUAN PR 00922-1741               SAN JUAN PR 00936-3168         SAN JUAN PR 00919-0525
```

```
CARIAN MANAGEMENT INC              CARIBE CANDLE CORPORATION         CARLOS ENRIQUE RIVERA LUGO
PO BOX 1509                        BOX 120                           PO BOX 1003
VEGA ALTA PR 00692-1509            PEUELAS PR 00624-0120             MANATI PR 00674-1003


CARLOTA MONSERRATE LUGO CALZADA    CCVA INC                          CENTRO DE RECAUDACION DE INGRESOS
500 BLVD PASEO DEL RIO             PO BOX 190525                     PO BOX 195387
APTO 5301                          SAN JUAN PR 00919-0525            SAN JUAN PR 00919-5387
HUMACAO PR 00791-3982


CESAR CASTILLO INC                 CITY OFFICE SUPPLY                COLGATE-PALMOLIVE CO DIST
PO BOX 191149                      PO BOX 1669                       PO BOX 363865
SAN JUAN PR 00919-1149             BAYAMON PR 00960-1669             SAN JUAN PR 00936-3865


COLOMER AND SUAREZ SAN JUAN INC    COMMERCIAL CENTERS MANAGEMENT     COMPUTER CONSULTING GROUP
PO BOX 11351                       PO BOX 362983                     313 MONTGOMERY ST
CAPARRA HEIGHTS STA                SAN JUAN PR 00936-2983            URB SAN GERARDO
SAN JUAN PR 00922-1351                                               SAN JUAN PR 00926-3315


CONCORD ENTERPRISES INC            CONDOMINIO EL CANTON MALL         CORDIALSA BORICUA EMPAQUEINC
2957 EAST                          PO BOX 968                        P O BOX 9021741
46 TH ST                           BAYAMON PR 00960-0968             SAN JUAN PR 00902-1741
LOS ANGELES CA 900058


CRIM                               D  P IMPORT CORPORATION           DEL RIO TRADING  BEAUTY SUPPLY
PROPIEDAD MUEBLE                   4619 ALAMEDA ST                   P O BOX 779
PO BOX 362983                      LOS ANGELES CA 90058-2012         CAMUY PR 00627-0779
SAN JUAN PR 00936-2983


DEPARTAMENTO DEL TRABAJO Y         DEPARTMENT OF TREASURY            DESARROLLO RAMFER SE
RECURSOS HUMANOS                   BANKRUPTCY DIVISION               APARTADO 988
PO BOX 191020                      PO BOX 9024140                    AGUADILLA PR 00605-0988
SAN JUAN PR 00919-1020             SAN JUAN PR 00902-4140


DESIGNED TEMPERATURES INC          DISTRIBUIDORA DANIBETZA           DISTRIBUIDORA FERDOC
VILLA ALEGRIA TOPACIO 259          BO ALMIRANTE SUR                  PO BOX 194601
AGUADILLA PR 00603-5656            VEGA BAJA PR 00694                SAN JUAN PR 00919-4601


DISTRIBUIDORA FLAMINGO INC         DONNAMAX INC                      DR EDWIN CUEVAS SANABRIA
PO BOX 9066537                     765 MCDONALD AVENUE               CALLE RIUS RIVERA 6
SAN JUAN PR 00906-6537             BROKLYN NY 11218-5605             ADJUNTAS PR 00601-2396


DURA KLEEN USA INC                 EDITEX HOME CURTAIN CORP          EGM POWERGROUP INC
458 EAST 101ST ST                  65 OSER AVENUE                    PMB 509 PO BOX 4960
BROOKLYN NY 11236-2106             HAUPPAUGE NY 11788-3808           CAGUAS PR 00726-4960
```

| | | |
|---|---|---|
| EL MERCADO PLAZA S E<br>PO BOX 474<br>TRUJILO ALTO PR 00977-0474 | ELMERS PRODUCTS INC A BORDEN INC<br>PO BOX 951101<br>DALLAS TX 75395-1101 | EMPRESAS DE GAS CO INC<br>BOX 1025<br>SABANA SECA STA<br>SABANA SECA PR  00952-1025   PUERTO RICO |
| EMPRESAS PAP CORP<br>PO BOX 942<br>MAYAGUEZ PR 00681-0942 | EMPRESAS VALLEDOR INC<br>PO BOX 194601<br>SAN JUAN PR 00919-4601 | ENRIQUE ANTONIO RIVERA LUGO<br>PO BOX 1176<br>CAGUAS PR  00726-1176 |
| EPIFANIO VIDAL SE<br>MSC 6152<br>ESTACION 1<br>BAYAMON PR  00960 | FEDERAL EXPRESS<br>ACCT 200700678<br>PO BOX 332<br>MEMPHIS TN  38194-4741 | FIDEICOMISO GLORIA RIVERA REOYO<br>702 CALLE ROOSEVELT<br>APT 201<br>SAN JUAN PR 00907-3400 |
| FONDO DEL SEGURO DEL ESTADO<br>PO BOX 365028<br>SAN JUAN PR 00936-5028 | FRANCISCO RODRIGUEZ GOMEZ<br>HC-03 BOX 15630<br>JUANA DIAZ PR 00795-9523 | GENERAL WHOLESALERS  DISTRIBUTORS<br>P O BOX 1739<br>TRUJILLO ALTO PR 00977-1739 |
| GENESIS<br>PO BOX 531<br>ISABELA PR 00662-0531 | GLAXOSMITHKLINE<br>PO BOX 71591<br>SAN JUAN PR 00936-8691 PUERTO RICO | GLOBE MARKETING CORP<br>PO BOX 361705<br>SAN JUAN PR 00936-1705 |
| GLORIA MATANZO<br>CONDOMINIO PALMA REAL<br>APT 5-G MADRID 2<br>SANS JUAN PR 00907-2420 | GOLDEN SHEETS FACTORY<br>64 MILL STREET<br>PATERSON NJ 07501-1825 | GRUPO SAN LORENZO SE<br>PO BOX 2080<br>CAYEY PR 00737 |
| HECTOR CALLE ESQ<br>PO BOX 11073<br>SAN JUAN PR 00922-1073 | HERSHEY FOODS CORPORATION<br>PO BOX 70347<br>SAN JUAN PR 00936-8347 | HOLIDAY CARDS<br>PO BOX 37-3333<br>CAYEY PR 00737-3333 |
| HUSSEIN MOHAMED ISHKIRAT<br>CALLE SAN JOSE 5<br>LARES PR 00669-2432 | I REMBALSKY INC<br>PO BOX 9567<br>SANTURCE PR 00908-0567 | IN-MAR TRADING INC<br>PO BOX 51486<br>LEVITTOWN PR 00950-1486 |
| INTEGRAND ASSURANCE COMPANY<br>PO  BOX 70128<br>SAN JUAN PR 00936-8128 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | IRS<br>CITIVIEW PLAZA NO 2<br>48 CARRETERA 165 SUITE 2000<br>GUAYNABO PR 00968-8000 |
| JAN DISTRIBUTORS<br>PO BOX 206<br>SABANA GRANDE PR 00637-0206 | JDY HOME<br>295 5TH AVENUE SUITE 1616<br>NEW YORK NY 10016-7103 | JOSE MIGUEL GONZALEZ VIRELLA<br>CALLE BOU 45<br>COROZAL PR 00783-2026 |

| | | |
|---|---|---|
| JOSE ROBERTO CALLE AGUILU<br>AVENIDA ANDALUCIA 767 SE<br>PUERTO NUEVO<br>SAN JUAN PR  00921 | JOSEAVILA YO SANTIAGO  SANTIAGO<br>PO BOX 8733<br>FERNANDEZ JUNCOS STATION<br>SANTURCE PR 00910-0733 | JR WORLD AND OR CAPITAL BUSINESS<br>350 UNIUS STREET<br>BROOKLYN NY 11212-7306 |
| JUSTO SOTOMAYOR<br>PO BOX 363687<br>SAN JUAN PR 00936-3687 | KERCADO ESTRADA  CO PSC<br>CAPITAL CENTER SOUTH TOWER<br>239 ARTERIAL HOSTOS SUIT 903<br>SAN JUAN PR 00918-1350 | KIMBERLY-CLARK PR INC<br>PO BOX 71453<br>SAN JUAN PR 00936-8553 |
| KOLE IMPORTS INC<br>24600 S MAIN ST<br>CARSON CA 90745-6332 | LABORATORIO CLINICO TOLEDO INC<br>51 CALLE PALMA<br>ARECIBO PR 00612-4582 | LARSEN PRODUCTS<br>PO BOX 5308<br>CAGUAS PR 00726-5308 |
| LASER PRODUCTS<br>PO BOX 1723<br>JUNCOS PR 00777-1723 | LC DISTRIBUTORS INC<br>P O BOX 361709<br>SAN JUAN PR 00936-1709 | LM WASTE SERVICE CORP<br>PMB H-819<br>AVE  HOSTOS<br>PONCE PR  00716-1107 |
| LOCKMOBILE SECURITY SPECIALISTS<br>PO BOX 29579<br>SAN JUAN PR 00929-0579 | LS QUILTING INC<br>PO BOX 362385<br>SAN JUAN PR 00936-2385 | LUIS GARRATON INC<br>P O BOX 362984<br>SAN JUAN PR 00936-2984 |
| MARDO INTERNATIONAL DISTRIBUTING<br>P O BOX 29791<br>SAN JUAN PR 00929-0791 | MARIA LUISA MAYOL ORONOZ<br>PO BOX 668<br>SAN SEBASTIAN PR 00685-0668 | MARIA MILAGROS RIVERA LUGO<br>PO BOX 800581<br>COTO LAUREL PR 00780-0581 |
| MARICARMEN MATANZO<br>BOX 654<br>CAGUAS PR 00726-0654 | MARVIC PARKING SERVICES INC<br>PO BOX 458<br>MAYAGUEZ PR 00681-0458 | MASTER DISTRIBUTOR INC<br>PO BOX 4817<br>CAROLINA PR 00984-4817 |
| MAX WHOLESALE IMP EXP INC<br>2410 E38TH ST<br>VERNON CA 90058-1708 | MAYS ZONA LIBRE SA<br>APARTADO 2094<br>ZONA LIBRE DE COLON<br>COLON REP DE PANAMA | MENDEZ COMPANY<br>PO BOX 363348<br>CEL  220-0937<br>SAN JUAN PR  00936-3348 |
| MORALES DISTRIBUTORS<br>PO BOX 787<br>HORMIGUEROS PR 00660-0787 | MUNCIPIO DE JUANA DIAZ<br>P O BOX 1409<br>JUANA DIAZ 00795-1409 | MUNCIPIO DE YAUCO<br>P O BOX 1<br>YAUCO 00698-0001 |
| MUNICIPIO DE  NARANJITO<br>PO BOX 153<br>NARANJITO PR 00719-0153 | MUNICIPIO DE AGUADILLA<br>PO BOX 1008<br>AGUADILLA PR 00605-1008 | MUNICIPIO DE ARECIBO<br>PO BOX 1086<br>ARECIBO PR 00613-1086 |

| | | |
|---|---|---|
| MUNICIPIO DE BARRANQUITAS<br>P O BOX 250<br>BARRANQUITAS PR 00794-0250 | MUNICIPIO DE BAYAMON<br>P O BOX 1588<br>BAYAMON 00960-1588 | MUNICIPIO DE CAGUAS<br>P O BOX 907<br>CAGUAS 00726-0907 |
| MUNICIPIO DE CAMUY<br>PO BOX 539<br>CAMUY PR 00627-0539 | MUNICIPIO DE CAROLINA<br>APARTADO 8<br>CAROLINA PR 00986-0008 | MUNICIPIO DE CAYEY<br>P O BOX 371330<br>CAYEY P R 00737-1330 |
| MUNICIPIO DE COMERIO<br>PO BOX 1108<br>COMERIO PR 00782-1108 | MUNICIPIO DE COROZAL<br>CALLE CERVANTES 9<br>COROZAL PR 00783-2047 | MUNICIPIO DE FAJARDO<br>P O BOX 865<br>FAJARDO 00738-0865 |
| MUNICIPIO DE GUAYNABO<br>DEPT DE FINANZAS<br>APARTADO 7890<br>GUAYNABO PR 00970-7890 | MUNICIPIO DE LARES<br>PO BOX 218<br>LARES PR 00669-0218 | MUNICIPIO DE MANATI<br>CALLE QUINONEZ 10<br>MANATI PR 00674-5013 |
| MUNICIPIO DE MOROVIS<br>P O BOX 655<br>MOROVIS 00687-0655 | MUNICIPIO DE OROCOVIS<br>PATENTE MUNICIPAL<br>PO BOX 2106<br>OROCOVIS PR 00720-2106 | MUNICIPIO DE PEUELAS<br>P O BOX 10<br>PEUELAS 00624-0010 |
| MUNICIPIO DE PONCE<br>P O BOX 331709<br>PONCE P R 00733-1709 | MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>SAN JUAN PR 00936-8179 | MUNICIPIO DE SAN LORENZO<br>PO BOX 1287<br>SAN LORENZO PR 00754-1287 |
| MUNICIPIO DE SAN SEBASTIAN<br>PO BOX 1603<br>SAN SEBASTIAN PR 00685-1603 | MUNICIPIO DE TOA ALTA<br>PO BOX 82<br>TOA ALTA PR 00954-9900 | MUNICIPIO DE VEGA ALTA<br>PO BOX 1390<br>VEGA ALTA PR 00692-1390 |
| MUNICIPION DE HUMACAO<br>P O BOX 178<br>HUMACAO 00792-0178 | MYA TRANSPORT INC<br>PO BOX 902<br>DORADO PR 00646-0902 | NESTLE PUERTO RICO INC<br>PO BOX 71538<br>SAN JUAN PR 00936-8638 |
| OMEGA DELTA CO INC<br>PO BOX 1831<br>CAROLINA PR 00984-1831 | ORLANDO ADROVET MOLINA<br>R A 1-VIA DEL RIO CRISTAL<br>URB ENCANTADA<br>TRUJILLO ALTO PR 00976 | ORO CANDY DISTRIBUTORS<br>PO BOX 1879<br>OROCOVIS PR 00720-1879 |
| PEDRO ENRIQUE RIVERA LUGO<br>CALLE TURIN 608<br>ESTANCIAS DE TORUGUERO<br>VEGA BAJA PR 00693-3604 | PEUELAS SHOPPING PLAZA INC<br>PO BOX 3685<br>MAYAGUEZ PR 00681-3685 | PREMIO GORDO INC<br>PO BOX 800675-675<br>COTO LAUREL PR 00780 |

| | | |
|---|---|---|
| PRO LIGHTING ELECTRICAL DISTRIBUTOR<br>AVE LOS CONQUISTADORES 150<br>LOCAL 01A MARINA BAHIIA PLAZA<br>CATANO PR 00962-6775 | PUERTO RICO BEAUTY SUPPLY INC<br>PO BOX 192317<br>SAN JUAN PR 00919-2317 | PUERTO RICO GENERAL DISTRIBUTING CO<br>JULIO N MATOS INDPARK LOT 26<br>WAREHOUSE PLI BOMARTIN GONZAL<br>CAROLINA PR 00987 |
| PUERTO RICO SUPPLIES<br>PO BOX 11908<br>SAN JUAN PR 00922-1908 | PUERTO RICO TELEPHONE COMPANY<br>787-270-5300-071<br>PO BOX 71535<br>SAN JUAN PR PR 00936-8635 | R H DISTRIBUTORS<br>APTDO 3511<br>BAYAMON GARDEN STATION<br>BAYAMON PR 00958-0511 |
| REGENT PRODUCTS CORP<br>8999 PALMER<br>RIVER GROVE IL 60171-1926 | RENEWAL CONSUMER PRODUCTS INC<br>PO BOX 190205<br>SAN JUAN PR 00919-0205 | RODEO IMPORT<br>CALLE C EDIFICIO RODEO<br>APDO 030-00253 ZL<br>REP PMA |
| ROMEY INC<br>PMB 384<br>1357 ASHFORD AVE<br>SAN JUAN PR 00907-1400 | SAN JUAN TRADING CO INC<br>PO BOX 366458<br>SAN JUAN PR 00936-6458 | SANTA REAL REALTY CORP<br>P O BOX 190525<br>SAN JUAN PR 00919-0525 |
| SECRETARIO DE HACIENDA<br>372 AVE ROTARIOS<br>SUITE 103 B<br>ARECIBO PR 00612-4601 | STANDARD BEAUTY SUPPLY INC<br>PO BOX 191863<br>SAN JUAN PR 00919-1863 | START MARKING SYSTEMS INC<br>PO BOX 2175<br>BAYAMON PR 00960-2175 PUERTO RICO |
| SUAREZ SALES INC<br>PO BOX 126<br>CATAO PR 00963 PUERTO RICO 00963-0126 | SUCESION ESTEBAN CARRION DIAZ<br>PO BOX 192<br>MANATI PR 00674-0192 | SWEET HOUSE<br>PO BOX 8025<br>BAYAMON PR 00960-8025 |
| T MOBILE<br>PO BOX 660252<br>DALLAS TX 75266-0252 | TAGICIG SERVICES<br>MERCANTTIL PLAZA BUILDING<br>SUITE 810<br>HATO REY PR 00918-1612 | TERMO ENVASESSA<br>PO BOX 9231<br>BAYAMON PR 00960-9231 |
| THE CLOROX COMMERCIAL COMPANY<br>PO BOX 2133<br>SAN JUAN PR 00922-2133 | THE NEW PONCE SHOPPING CENTER LP<br>PO BOX 331943<br>PONCE PR 00733-1943 | THOMAS DIAZ INC<br>PO BOX 1031<br>SABANA SECA PR 00952-1031 |
| TNT FIREWORKS<br>4511 HELTON DRIVE<br>FLORENCE AL 35630-6239 | TOP TRADERS INC<br>PO BOX 194601<br>SAN JUAN PR 00919-4601 | TOTAL APPLIANCES<br>PO BOX 6554<br>SAN JUAN PR 00914-6554 |
| TYCOON PAPER<br>URB INDUSTRIAL EL COMANDANTE<br>EDIF 1<br>CAROLINA PR 00982 | UMA ENTERPRISES<br>660 WEST ARTESIA BLVD<br>COMPTON<br>COMPTON CA 90220-5504 | UNILEVER DE PR INC<br>PO BOX 70129<br>SAN JUAN PR 00936-8129 |

```
UNIVERSAL INDUSTRIAL SUPPLIES      UNIVERSAL MANUFACTURING CORP      US DEPARTMENT OF JUSTICE
PO BOX                             PO BOX 11999                      FEDERAL LITIGATION DIVISION
PONCE PR 00732                     SAN JUAN PR 00922-1999            PO BOX 9020192
                                                                     SAN JUAN PR 00902-0192


V SUAREZ CO INC                    VALENTIN EXTERMINATING SERVICES   VENROD TRADING COMPANY INC
PO BOX 364588                      PMB 390 2135 CARR 2               1138 ROOSEVELT AVENUE
SAN JUAN PR 00936-4588 PUERTO RICO SUITES 15                         SAN JUAN PR 00920-2906
                                   BAYAMON PR 00959


VERPAS PRODUCTS INC                VICTORIA CLASSICS                 VILLA BLANCA SHOPPING CENTERLLC
PO BOX 29410                       277 5TH AVENUE                    PO BOX 362983
65TH INF STA                       NEW YORK NY 10016-6563            SAN JUAN PR 00936-2983
RIO PIEDRAS PR 00929-0410


WESTERN BANK WORLD-VISA            WESTERN OIL CORPORATION           WESTERNBANK
PO BOX 430                         PO BOX PMB 172                    PO BOX 1180
MAYAGUEZ PR 00681-0430             AVE ESMERALDA 53                  MAYAGUEZ PR 00681-1180
                                   GUAYNABO PR 00969-4429


WG GROUP                           WILFREDO SEGARRA SINDICO          WILLGRE CORP
2000 CARR 8177                     PO BOX 9023385                    PO BOX 1423
SUITE 26 PMB 220                   SAN JUAN PR 00902-3385            CIALES PR 00638-1423
GUAYNABO PR 00966-3762


XEROX CORPORATION                  XPRESSARTE                        EDGARDO MUNOZ
PO BOX 650361                      CALLE 41 BL 35                    EDGARDO MUNOZ, PSC
DALLAS TX 75265-0361               REXVILLE                          PO BOX 360971
                                   BAYAMON PR 00957-4124             SAN JUAN, PR 00936-0971


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICES
POST OFFICE
BOX 21126
PHILADELPHIA PA 19114-0326
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)EL COROZO-2
CARR NO2 KM 281
BO ESPINOSA

(u)SAN MIGUEL LABEL
MANUFACTURING INC

End of Label Matrix
Mailable recipients   198
Bypassed recipients     2
Total                 200