**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

IN RE:                          *

                                   *     Bankruptcy Case No. 10-04048 (BKT)

AAA IMPORTS, INC.              *

                                   *     Chapter 11

    Debtor                       *

*******************************

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Epifanio Vidal, S.E. ("Epifanio"), through its undersigned counsel, and very respectfully states and prays:

1. Epifanio is a creditor of and lessor to AAA Imports, Inc.

2. The law firm of Bufete Roberto Corretjer Piquer will represent Epifanio in the case of caption through the undersigned attorney.

WHEREFORE Epifanio respectfully requests that the Court take notice of the undersigned attorney's appearance and that notice of all filings and entries in the case of caption be electronically sent to ejcr@corretjerlaw.com.

RESPECTFULLY SUBMITTED.

In San Juan, P.R. on May 25, 2010.

I hereby certify that on May 25, 2010, I electronically filed the present writing with the Clerk of the Court using the CM/ECF system which will provide electronic notice to all CM/ECF interested participants.

s/ Eduardo J. Corretjer Reyes
USDC-PR 224113
BUFETE ROBERTO CORRETJER PIQUER
625 Ponce de León Ave.
San Juan, P.R. 00917-4819
Tel. 787-751-4618
Fax 787-759-6503
E-mail: ejcr@corretjerlaw.com
www.corretjerlaw.com

c:ecr/epifanio/aaa imports/n-appearance