IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>AAA IMPORTS, INC.<br><br>Debtor | CASE NUMBER 10-04048(BKT)<br><br>CHAPTER 11 |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW THE NEW PONCE SHOPPING CENTER, LP, Creditor of AAA Imports, Inc., by its counsel, appearing pursuant to Bankr. R. 9010(b), and requests that copies of all future notices, pleadings, and all other filings in this case be served upon the undersigned; and that the undersigned be added to the Master List maintained by the Clerk.

In San Juan, Puerto Rico, this 25th day of May, 2010.

**MUÑOZ BONETA BENITEZ PERAL
& BRUGUERAS**
P. O. Box 191979
San Juan, P. R. 00919-1979
Tel. (787)751-9393 /Fax.(787)751-0910

_/s/ María del C. Cividanes_
María del C. Cividanes
USDC 215105