**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Puerto Rico

In re   AAA IMPORTS, INC.

Debtor

Case No.   10-04048 (BKT)

Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 9,250,499.22 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 4,855,504.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 12 | | $ 1,104,767.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 40 | | $16,497,982.43 | |
| G - Executory Contracts and Unexpired Leases | YES | 5 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 65 | $ 9,250,499.22 | $20,491,418.75 | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6A (Official Form 6A) (12/07)

In re    AAA IMPORTS, INC.                                          Case No.    10-04048 (BKT)
             Debtor                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

**B6B (Official Form 6B) (12/07)**

In re    AAA IMPORTS, INC.                                                    Case No.    10-04048 (BKT)
_____                                              _____
          **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WESTERNBANK OPERATIONAL ACCOUNT ACCOUNT NO. 3504019120 HATO REY BRANCH | | -48,701.79 |
| | | WESTERNBANK PAYROLL ACCOUNT ACCOUNT NO. 3504019139 HATO REY BRANCH | | -64,867.67 |
| | | WESTERNBANK BLOCK ACCOUNT ACCOUNT NO. 3504019104 HATO REY BRANCH | | 0.00 |
| | | WESTERNBANK CARAVANA WAREHOUSE OPERATIONAL ACCOUNT ACCOUNT NO. 3504019147 HATO REY BRANCH | | 471.00 |
| | | BANBO POPULAR DE PUERTO RICO BLOCK ACCOUNT ACCOUNT NO. 059127228 TOA BAJA BRANCH | | 0.00 |
| | | BANCO SANTANDER PUERTO RICO | | 197,754.56 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  AAA IMPORTS, INC.                                    Case No.  10-04048 (BKT)
_____                                      _____
            **Debtor**                                                        **(If known)**

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | OPERATIONAL ACCOUNT ACCOUNT NO. 3004542869 CHECKING ACCOUNT PUERTO NUEVO BRANCH | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | AEE BONDS EXHIBIT 1 | | 185,720.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6B (Official Form 6B) (12/07) -- Cont.

In re  AAA IMPORTS, INC.                                           Case No.  10-04048 (BKT)
_____                                            _____
              Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 FORD E-250 SERIAL NO. 1FTNS2423YHB63701 LICENCE PLATE NO. 683851 | | 2,000.00 |
| | | 2004 FORD E-250 SERIAL NO. 1FTNS24W64HA28838 LICENCE PLATE NO. 850109 | | 5,125.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | COMPUTER AND SOFTWARE EXHIBIT 2 | | 28,859.21 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6B (Official Form 6B) (12/07) -- Cont.

In re   AAA IMPORTS, INC.                                          Case No.   10-04048 (BKT)
              **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | FURNITURE AND FIXTURES EXHIBIT 3 | | 727,071.03 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | MACHINERY AND EQUIPMENT EXHIBIT 4 | | 128,419.75 |
| 30.  Inventory. | | INVENTORY EXHIBIT 5 (AS OF 4/30/2010) | | 7,841,726.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | LEASEHOLD IMPROVEMENT EXHIBIT 6 | | 246,922.13 |

_____0_____  continuation sheets attached      Total    $    9,250,499.22

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6C (Official Form 6C) (04/10)

In re   AAA IMPORTS, INC.                                              Case No.   10-04048 (BKT)
                    **Debtor**                                                                  **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                              ☐  Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                                  $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

**B6D (Official Form 6D) (12/07)**

In re   AAA IMPORTS, INC.                                    ,          Case No. 10-04048 (BKT)
         **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 500501<br><br>WESTERNBANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR 00681-1180 | X | | Lien: CREDIT LINE<br>Security: INVENTORY<br><br><br>VALUE $          7,841,726.00 | | | | 4,855,504.00 | 0.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

_0_   continuation sheets attached

|  | | |
|---|---|---|
| Subtotal ▶ (Total of this page) | $4,855,504.00 | $          0.00 |
| Total ▶ (Use only on last page) | $4,855,504.00 | $          0.00 |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 31846

**B6E (Official Form 6E) (04/10)**

In re  AAA IMPORTS, INC. _____,      Case No. ___10-04048 (BKT)___
_____Debtor_____                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re     AAA IMPORTS, INC.                                          ,        Case No.   10-04048 (BKT)
                        Debtor                                                                (if known)


☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


   *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____10___ **continuation sheets attached**

B6E (Official Form 6E) (04/10) - Cont.

In re  AAA IMPORTS, INC.                                    ,          Case No.  10-04048 (BKT)
                 Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ACCUMULATE VACATION TO EMPLOYEES TO BE TAKEN IN THE ORDINARY COURSE OF BUSINESS | | | Consideration: VACATIONS | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $  0.00 | $  0.00 | $  0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re  AAA IMPORTS, INC.                                              ,          Case No.  10-04048 (BKT)
                        Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CRIM PROPIEDAD MUEBLE P.O BOX 362983 SAN JUAN, PR 00936-2983 | | | Incurred: 2009 Consideration: PROPERTY TAX | | | | 333,765.26 | 318,058.57 | 15,706.69 |
| ACCOUNT NO. DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS PO BOX 191020 SAN JUAN, PR 00919-1020 | | | Incurred: 2010 | | | X | 34,000.00 | 0.00 | 34,000.00 |
| ACCOUNT NO. DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | Incurred: 2009-2010 Consideration: IVU | | | | 593,800.72 | 593,800.72 | 0.00 |
| ACCOUNT NO. FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 2 of 10 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 961,565.98 | $ 911,859.29 | $ 49,706.69 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re   AAA IMPORTS, INC.                          ,          Case No.   10-04048 (BKT)
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> INTERNAL REVENUE SERVICES POST OFFICE BOX 21126 PHILADELPHIA, PA 19114-0326 | | | Incurred: 2010 | | | X | 38,000.00 | 0.00 | 38,000.00 |
| ACCOUNT NO.  <br> IRS CITIVIEW PLAZA NO. 2 48 CARRETERA 165, SUITE 2000 GUAYNABO, PR 00968-8000 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  <br> MUNICIPIO DE ADJUNTAS PO BOX 1009 ADJUNTAS, PR 00601 | | | Incurred: 2009-2010 Consideration: MUNICIPAL TAX | | | | 1,137.28 | 1,137.28 | 0.00 |
| ACCOUNT NO.   66-0672678 <br> MUNICIPIO DE AGUADILLA PO BOX 1008 AGUADILLA, PR 00605 | | | Incurred: 2009-2010 Consideration: MUNICIPAL TAX | | | | 5,032.66 | 5,032.66 | 0.00 |

Sheet no. _3_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled |
|---|---|---|---|
| Subtotal ▶ (Totals of this page) | $ 44,169.94 | $ 6,169.94 | $ 38,000.00 |
| Total ▶ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re    AAA IMPORTS, INC.                                    ,          Case No.    10-04048 (BKT)
                          Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  66-0672678<br><br>MUNICIPIO DE ARECIBO<br>PO BOX 1086<br>ARECIBO, PR  00613 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 2,430.85 | 2,430.85 | 0.00 |
| ACCOUNT NO.<br><br>MUNICIPIO DE BARRANQUITAS<br>P O BOX 250<br>BARRANQUITAS PR, 00794 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 1,002.62 | 1,002.62 | 0.00 |
| ACCOUNT NO.<br><br>MUNICIPIO DE BAYAMON<br>P O BOX 1588<br>BAYAMON, P. R. 00961 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 5,995.72 | 5,995.72 | 0.00 |
| ACCOUNT NO.<br><br>MUNICIPIO DE CAGUAS<br>P O BOX 907<br>CAGUAS, P R, 00726 | | | Incurred: 2009-2010<br>Consideration:<br>MUNICIPAL TAX | | | | 18,147.42 | 18,147.42 | 0.00 |

Sheet no. 4 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 27,576.61 | $ 27,576.61 | $ 0.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re __AAA IMPORTS, INC._____,          Case No. ___10-04048 (BKT)_____
           Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)          Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0672678<br>MUNICIPIO DE CAMUY<br>PO BOX 539<br>CAMUY, PR 00637 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 1,434.18 | 1,434.18 | 0.00 |
| ACCOUNT NO. 66-0672678<br>MUNICIPIO DE CAROLINA<br>APARTADO 8<br>CAROLINA, PR 00986-0008 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 3,439.76 | 3,439.76 | 0.00 |
| ACCOUNT NO.<br>MUNICIPIO DE CAYEY<br>P O BOX 371330<br>CAYEY, P R. 00737-1330 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 1,365.63 | 1,365.63 | 0.00 |
| ACCOUNT NO.<br>MUNICIPIO DE COMERIO<br>P.O. BOX 1108<br>COMERIO, PR 00782 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 1,345.03 | 1,345.03 | 0.00 |

Sheet no. _5_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 7,584.60 | $ 7,584.60 | $ 0.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5-4.749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re   AAA IMPORTS, INC.                    ,          Case No.   10-04048 (BKT)
_____               _____
                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MUNICIPIO DE COROZAL <br> CALLE CERVANTES #9 <br> COROZAL, PR 00783 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 2,466.82 | 2,466.82 | 0.00 |
| ACCOUNT NO. <br><br> MUNICIPIO DE FAJARDO <br> P O BOX 865 <br> FAJARDO, P. R. 00738 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 1,685.53 | 1,685.53 | 0.00 |
| ACCOUNT NO. <br><br> MUNICIPIO DE GUAYNABO <br> DEPT DE FINANZAS <br> APARTADO 7890 <br> GUAYNABO, PR 00970-7890 | | | Incurred: 2009-2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 8,206.77 | 8,206.77 | 0.00 |
| ACCOUNT NO. <br><br> MUNICIPIO DE HUMACAO <br> PO BOX 178 <br> HUMACAO, PR 00792 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 3,478.68 | 3,478.68 | 0.00 |

Sheet no. __6__ of __10__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ▶ <br> (Totals of this page) | $ 15,837.80 | $ 15,837.80 | $ 0.00 |
| Total ▶ <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ▶ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re  AAA IMPORTS, INC.                                    ,          Case No.    10-04048 (BKT)
_____                        _____
                    Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  66-0672678 <br><br> MUNICIPIO DE LARES <br> PO BOX 218 <br> LARES, PR  00669 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 1,679.11 | 1,679.11 | 0.00 |
| ACCOUNT NO.  66-0672678 <br><br> MUNICIPIO DE MANATI <br> CALLE QUINONEZ #10 <br> MANATI, PR  00674 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 2,271.97 | 2,271.97 | 0.00 |
| ACCOUNT NO.  66-0672678 <br><br> MUNICIPIO DE NARANJITO <br> PO BOX 153 <br> NARANJITO, PR  00719 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 5,162.20 | 5,162.20 | 0.00 |
| ACCOUNT NO. <br><br> MUNICIPIO DE OROCOVIS <br> PATENTE MUNICIPAL <br> PO BOX 2106 <br> OROCOVIS, PR  00720 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 2,194.89 | 2,194.89 | 0.00 |

Sheet no.  7  of  10  continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 11,308.17 | $ 11,308.17 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.)  Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re AAA IMPORTS, INC. , Case No. 10-04048 (BKT)
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)  Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MUNICIPIO DE PEÑUELAS<br>P O BOX 10<br>PEÑUELAS, P. R. 00624 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 1,586.55 | 1,586.55 | 0.00 |
| ACCOUNT NO.<br>MUNICIPIO DE PONCE<br>P O BOX 331709<br>PONCE, P R 00733-1709 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 4,901.52 | 4,901.52 | 0.00 |
| ACCOUNT NO. 66-0672678<br>MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>SAN JUAN, PR 00936-8179 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 9,020.91 | 9,020.91 | 0.00 |
| ACCOUNT NO. 66-0672678<br>MUNICIPIO DE SAN LORENZO<br>PO BOX 1287<br>SAN LORENZO, PR 00754 | | | Incurred: 2010<br>Consideration:<br>MUNICIPAL TAX | | | | 2,542.04 | 2,542.04 | 0.00 |

Sheet no. 8 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal (Totals of this page) | $ 18,051.02 | $ 18,051.02 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re __AAA IMPORTS, INC._____,          Case No. ___10-04048 (BKT)___
               Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)          Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0672678 <br> MUNICIPIO DE SAN SEBASTIAN <br> PO BOX 1603 <br> SAN SEBASTIAN, PR 00685 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 1,901.45 | 1,901.45 | 0.00 |
| ACCOUNT NO. 66-0672678 <br> MUNICIPIO DE TOA ALTA <br> PO BOX #82 <br> TOA ALTA, PR 00954 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 2,368.31 | 2,368.31 | 0.00 |
| ACCOUNT NO. <br> MUNICIPIO DE VEGA ALTA <br> PO BOX 1390 <br> VEGA ALTA, PR 00692 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 2,324.07 | 2,324.07 | 0.00 |
| ACCOUNT NO. 66-0672678 <br> MUNICIPIO DE VEGA ALTA <br> PO BOX 1390 <br> VEGA ALTA, PR 00692 | | | Incurred: 2010 <br> Consideration: <br> MUNICIPAL TAX | | | | 4,048.19 | 4,048.19 | 0.00 |

Sheet no. _9_ of _10_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal <br> (Totals of this page) | $ 10,642.02 | $ 10,642.02 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6E (Official Form 6E) (04/10) - Cont.

In re  AAA IMPORTS, INC.                                  ,        Case No.  10-04048 (BKT)
                    Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)      Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MUNICIPIO DE YAUCO P O BOX 1 YAUCO, P. R. 00698 | | | Incurred: 2010 Consideration: MUNICIPAL TAX | | | | 4,065.46 | 4,065.46 | 0.00 |
| ACCOUNT NO.  MUNICIPION DE HUMACAO P O BOX 178 HUMACAO, P. R. 00791 | | | Incurred: 2010 Consideration: MUNICIPAL TAX | | | | 3,478.68 | 3,478.68 | 0.00 |
| ACCOUNT NO.  SECRETARIO DE HACIENDA 372 AVE ROTARIOS SUITE 103 B ARECIBO, PR  00612-4601 | | | Incurred: 2010 Consideration: IVU MUNICIPAL | | | | 487.50 | 487.50 | 0.00 |
| ACCOUNT NO.  US DEPARTMENT OF JUSTICE FEDERAL LITIGATION DIVISION PO BOX 9020192 SAN JUAN, PR 0090-0192 | | | | | | | Notice Only | Notice Only | Notice Only |

Sheet no. 10 of 10 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Totals of this page) ▶ $ 8,031.64 | $ | $

Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ▶ $1,104,767.78

Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ▶ $ | $1,017,061.09 | $ 87,706.69

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07)

In re   AAA IMPORTS, INC.                               ,          Case No.    10-04048 (BKT)
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>65TH INFANTERIA SHOPPING CENTER,LLC<br>P.O BOX 362983<br>SAN JUAN, PR 00936-2983 | | | Incurred: 2009-2010<br>Consideration: RENT | | | | 142,574.31 |
| ACCOUNT NO.<br>A & S WIRELESS ACCESORIES<br>URB. MEDINA<br>F33 CALLE 5<br>ISABELA, PR  00662 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 3,670.00 |
| ACCOUNT NO.<br>A y Z SECURITY AGENCY INC<br>PO BOX 69001 JPMB 355<br>HATILLO, PR 00569 Puerto Rico | | | Incurred: 2010<br>Consideration: SERVICES | | | | 2,361.60 |
| ACCOUNT NO.<br>ACTION GROUP CORPORATION<br>PO BOX 1325<br>SAINT JUST, PR 00978 | | | Incurred: 2010<br>Consideration: FREIGHT | | | | 9,417.50 |

   39   continuation sheets attached                                    Subtotal ➤   $     158,023.41
                                                                              Total ➤   $
                                                           (Use only on last page of the completed Schedule F.)
                                                  (Report also on Summary of Schedules and, if applicable, on the Statistical
                                                         Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                            ,          Case No.   10-04048 (BKT)
                    **Debtor**                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADT SECURITY SYSTEMS<br>PO BOX 366758<br>SAN JUAN, PR 00936-6758 | | | Incurred: 2010<br>Consideration: SECURITY SYSTEM | | | | 235.80 |
| ACCOUNT NO.<br><br>AGROPHARMA LABORATORIES, INC.<br>PO BOX 1150<br>SAN JUAN, PR 00751 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 37,489.76 |
| ACCOUNT NO.<br><br>ALI A HUSSEIN<br>CALLE SAN ALBERTO<br>URB SAN AGUSTIN<br>VEGA BAJA, PR  00694 | | | Incurred: 2009-2010 | | | | 28,160.00 |
| ACCOUNT NO.<br><br>ALLIED WASTE SERVICES<br>P.O. BOX 15067<br>SAN JUAN, PR 00902-8567 | | | Incurred: 2009-2010<br>Consideration: WASTE DISPOSSAL | | | | 4,357.89 |
| ACCOUNT NO.<br><br>ALMACENES DEL CASTILLO<br>P.O. BOX 9020564<br>SAN JUAN, PR 00902-0564 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,030.00 |

Sheet no. ___1___ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   71,273.45

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                                    ,          Case No.   10-04048 (BKT)
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ALPHA ONE SECURITY SOLUTIONS <br> LAGUNA GARDEN SHOPING CENTER <br> 10 AVE LAGUNA SUITE 256 <br> CAROLINA, PR  00979-6493 | | | Incurred: 2010 <br> Consideration: SERVICES | | | | 181.86 |
| ACCOUNT NO. <br><br> AMERICAN PRESIDENT LINES OF PR <br> 2000 KENNEDY AVENUE <br> MAI BLDG, SUITE 316 <br> SAN JUAN, PR 00920 | | | Incurred: 2010 <br> Consideration: FREIGHT | | | | 7,610.00 |
| ACCOUNT NO. <br><br> ANA MATANZO JIMENEZ <br> ESTANCIAS DE TORRRIMAR <br> #75 REINA DE LAS FLORES <br> GUAYNABO, PR  00966 | | | Incurred: 2010 <br> Consideration: RENT | | | | 3,029.60 |
| ACCOUNT NO. <br><br> ANGLO PUERTO RICAN INSURANCE <br> TO BE PROVIDED | | | Consideration: BOND | | | | Notice Only |
| ACCOUNT NO. <br><br> ANTONIO RIVERA REOYO <br> P.O. BOX 8969 <br> HUMACAO, PR 00792 | | | Incurred: 2010 <br> Consideration: RENT | | | | 4,701.23 |

Sheet no. 2 of 39 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $     15,522.69

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____,  Case No.  10-04048 (BKT)
          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AON RISK SERVICES OF PUERTO RICO<br>PO BOX 191229<br>SAN JUAN, PR 00919-1229 | | | Incurred: 2010<br>Consideration: INSURANCE | | | | 7,858.54 |
| ACCOUNT NO.<br>AQUA-GULF TRANSPORT, INC.<br>PO BOX 11256<br>SAN JUAN, PR 00922-1256 | | | Incurred: 2009-2010<br>Consideration: FREIGHT | | | | 12,280.00 |
| ACCOUNT NO.<br>AQUA-GULF XPRESS<br>1055 ILA OFFICE SUITE 704<br>CARR#2 KM 2.1 MARG AVE KENNEDY<br>SAN JUAN, PR 00920 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 3,841.00 |
| ACCOUNT NO.<br>AUTORIDAD DE ACUEDUCTOS Y<br>ALCANTARILLADOS<br>COROZAL, PR 00783 | | | Incurred: 2009-2010<br>Consideration: UTILITY | | | | 12,330.39 |
| ACCOUNT NO.<br>AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN, PR 00936 | | | Incurred: 2009-2010<br>Consideration: UTILITY | | | | 358,890.25 |

Sheet no. _3_ of _39_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  395,200.18

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                           ,        Case No.   10-04048 (BKT)
        _____                      _____
                Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> AVANTEK MANUFACTURING CORP. <br> P.O. BOX 51477 <br> TOA BAJA, PR 00950 | | | Incurred: 20092010 <br> Consideration: VENDOR | | | | 667.50 |
| ACCOUNT NO. <br><br> AWILDA MAYOL DE CANCIO <br> P.O. BOX 668 <br> SAN SEBASTIAN, PR 00685 | | | Incurred: 2010 <br> Consideration: RENT | | | | 2,483.25 |
| ACCOUNT NO. <br><br> AXIOM TRADE INC. <br> MAI CENTER SUITE 210 <br> KENNEDY AVE <br> SAN JUAN,, PR 00920 | | | Incurred: 2009-2010 <br> Consideration: FREIGHT | | | | 6,250.33 |
| ACCOUNT NO. <br><br> B. FERNANDEZ & HNOS, INC. <br> P.O. BOX 363629 <br> SAN JUAN, PR 00936-3629 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 12,824.27 |
| ACCOUNT NO. <br><br> B.V. PROPERTIES, INC. <br> YAUCO PLAZA 1-137 <br> YAUCO, PR 00698 | | | Incurred: 2010 <br> Consideration: RENT | | | | 13,582.99 |

Sheet no. _4_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ | 35,808.34

Total ▶ $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC. ,   Case No.   10-04048 (BKT)
_____   _____
Debtor   (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BEAUTY CONCEPTS INC.<br>PO BOX 1863<br>HATO REY, PR 00919 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 7,486.50 |
| ACCOUNT NO.<br><br>BEEPEX CORP.<br>1049 JESUS T. PIÑERO<br>SAN JUAN, PR 00920 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 7,292.84 |
| ACCOUNT NO.<br><br>BENSO CORPORATION<br>P.O BOX 9418<br>CAGUAS, PR 00726 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 644.00 |
| ACCOUNT NO.<br><br>BROOKLYNLOLLIPOP IMPORT AND EXPORT<br>7 MARCU GARVERY BLVD<br>BROOKLYN,NY 11206 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 35,560.40 |
| ACCOUNT NO.<br><br>C AND F WORLWIDE AGENCY CORP<br>PO BOX 9020737<br>SAN JUAN, PR 00902 | | | Incurred: 2010<br>Consideration: FREIGHT | | | | 1,749.15 |

Sheet no. _5_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   52,732.89

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                    ,        Case No.   10-04048 (BKT)
            Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>C7 GLOBAL INC.<br>PO BOX 11741<br>SAN JUAN, PR 00922 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 7,280.64 |
| ACCOUNT NO.<br>CADBURY ADAMS<br>P.O. Box 3631168<br>SAN JUAN, PR 00936-3168 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 9,629.21 |
| ACCOUNT NO.<br>CANGREJO ARRIBA<br>DEVELOPMENT CORP<br>PO BOX 190525<br>SAN JUAN, PR 00919-0525 | | | Incurred: 2010<br>Consideration: RENT | | | | 33,952.66 |
| ACCOUNT NO.<br>CARIBE CANDLE CORPORATION<br>BOX 120<br>PEÑUELAS, PR 00624 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 5,220.00 |
| ACCOUNT NO.<br>CARLOS ENRIQUE RIVERA LUGO<br>P.O. BOX 1003<br>MANATI, PR 00674 | | | Incurred: 2010<br>Consideration: RENT | | | | 555.56 |

Sheet no.  6   of 39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $      56,638.07

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                    ,         Case No.   10-04048 (BKT)
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. CARLOTA MONSERRATE LUGO CALZADA 500 BLVD PASEO DEL RIO APTO. 5301 HUMACAO, PR 00791 | | | Incurred: 2010 Consideration: RENT | | | | 2,479.03 |
| ACCOUNT NO. CCVA INC. PO BOX 190525 SAN JUAN, PR 00919-0525 | | | Incurred: 2010 Consideration: RENT | | | | 43,782.65 |
| ACCOUNT NO. CESAR CASTILLO, INC. PO BOX 191149 SAN JUAN, PR 00919-1149 | | | Incurred: 2010 Consideration: VENDOR | | | | 9,923.75 |
| ACCOUNT NO. CITY OFFICE SUPPLY P.O. BOX 1669 BAYAMON, PR 00960 | | | Incurred: 2009 Consideration: OFFICE SUPLIER | | | | 1,708.78 |
| ACCOUNT NO. COLGATE-PALMOLIVE CO. DIST. PO BOX 363865 SAN JUAN, PR 00936-3865 | | | Incurred: 2010 Consideration: VENDOR | | | | 1,090.09 |

Sheet no. 7 of 39 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $    58,984.30

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankrupty2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____,  Case No.  10-04048 (BKT)
              Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COLOMER AND SUAREZ SAN JUAN INC. PO BOX 11351 CAPARRA HEIGHTS STA. SAN JUAN, PR 00922 | | | Incurred: 2010 Consideration: VENDOR | | | | 11,474.34 |
| ACCOUNT NO. COMMERCIAL CENTERS MANAGEMENT PO BOX 362983 SAN JUAN, PR 00936-2983 | | | Incurred: 2009-2010 Consideration: RENT | | | | 112,200.11 |
| ACCOUNT NO. COMPUTER CONSULTING GROUP 313 MONTGOMERY ST URB SAN GERARDO SAN JUAN, PR 00926 | | | Incurred: 2009-2010 Consideration: SERVICES | | | | 8,445.00 |
| ACCOUNT NO. CONCEPCION ELECTRIC SERVICES CALLE FO #1799 URB. LAS LOMAS SAN JUAN, PR 00921 | | | Incurred: 2010 Consideration: VENDOR | | | | 265.00 |
| ACCOUNT NO. CONCORD ENTERPRISES, INC. 2957 EAST 46 TH ST LOS ANGELES , CA 900058 | | | Incurred: 2010 Consideration: VENDOR | | | | 50,757.61 |

Sheet no. _8_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 183,142.06

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re **AAA IMPORTS, INC.**, Case No. **10-04048 (BKT)**
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CONSEJO DE TITULARES DE EL CANTON MALL C/O SALLY ORTIZ P.O. BOX 968 BAYAMON, PR 00960 | | | Incurred: 2010 Consideration: CIVIL CASE NO. DCD2010-0248 | | | | Notice Only |
| ACCOUNT NO.<br><br>CONSEJO DE TITULARES DE EL CANTON MALL JUAN A. RAMOS DIAZ, ESQ. AVE DE DIEGO 359 SAN JUAN, PR 00909-1711 | | | Incurred: 2009-2010 Consideration: CASE NO. DCD20100248 (503) | | | | 78,558.06 |
| ACCOUNT NO.<br><br>CORDIALSA BORICUA EMPAQUE, INC. PO BOX 9021741 SAN JUA, PR 00902-1741 | | | Incurred: 2009 Consideration: VENDOR | | | | 5,068.92 |
| ACCOUNT NO.<br><br>CORDIALSA BORICUA EMPAQUE,INC. P O BOX 9021741 SAN JUAN, PR 00902-1741 | | | Incurred: 2009-2010 Consideration: VENDOR | | | | 5,068.92 |
| ACCOUNT NO.<br><br>D & P IMPORT CORPORATION 4619 ALAMEDA ST LOS ANGELES, CA 90058 | | | Incurred: 2009-2010 Consideration: VENDOR | | | | 71,086.77 |

Sheet no. __9__ of __39__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 159,782.67

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re __AAA IMPORTS, INC._____,          Case No. ___10-04048 (BKT)_____
                          Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DEL RIO TRADING & BEAUTY SUPPLY<br>P O BOX 779<br>CAMUY, PR 00627 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 4,104.00 |
| ACCOUNT NO.<br><br>DESIGNED TEMPERATURES, INC<br>VILLA ALEGRIA, TOPACIO #259<br>AGUADILLA, PR 00603 | | | Incurred: 2009-2010<br>Consideration: `VENDOR | | | | 13,595.00 |
| ACCOUNT NO.<br><br>DESIGNED TEMPERATURES, INC<br>VILLA ALEGRIA, TOPACIO #259<br>AGUADILLA, PR 00603 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 6,059.00 |
| ACCOUNT NO.<br><br>DISTRIBUIDORA DANIBETZA<br>BO ALMIRANTE SUR<br>VEGA BAJA, PR 00694 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 310.20 |
| ACCOUNT NO.<br><br>DISTRIBUIDORA FERDOC<br>PO BOX 194601<br>SAN JUAN, PR 00919-4601 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 45,000.30 |

Sheet no. _10_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶     $        69,068.50

Total ▶     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re AAA IMPORTS, INC. _____ ,  Case No. 10-04048 (BKT)
           Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>DISTRIBUIDORA FLAMINGO INC<br>PO BOX 9066537<br>SAN JUAN, PR 00906-6537 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 13,429.00 |
| **ACCOUNT NO.**<br>DONNAMAX, INC<br>765 MCDONALD AVENUE<br>BROOKLYN, NY 11218 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 9,153.84 |
| **ACCOUNT NO.**<br>DR. EDWIN CUEVAS SANABRIA<br>CALLE RIUS RIVERA #6<br>ADJUNTAS, PR 00601 | | | Incurred: 2010<br>Consideration: RENT | | | | 4,354.20 |
| **ACCOUNT NO.**<br>DURA KLEEN (U.S.A.) INC.<br>458 EAST 101ST ST<br>BROOKLYN, NY 11236 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 48,168.00 |
| **ACCOUNT NO.**<br>EDITEX HOME CURTAIN CORP<br>65 OSER AVENUE<br>HAUPPAUGE, NY 11788 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 45,145.50 |

Sheet no. 11 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 120,250.54

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____ ,        Case No.  10-04048 (BKT)
                     Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EGM POWERGROUP INC.<br>PMB 509 PO BOX 4960<br>CAGUAS, PR 00726 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 2,736.00 |
| ACCOUNT NO.<br>EL COROZO-2<br>TO BE PROVIDED | | | Incurred: 2009<br>Consideration: SERVICES | | | | 372.52 |
| ACCOUNT NO.<br>EL MERCADO PLAZA S. E.<br>P.O. BOX 474<br>TRUJILO ALTO, PR 00977-0474 | | | Incurred: 2010<br>Consideration: RENT | | | | 82,084.40 |
| ACCOUNT NO.<br>ELMER'S PRODUCTS INC. A<br>BORDEN INC.<br>PO BOX 951101<br>DALLAS, TX 75395-1101 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 4,981.20 |
| ACCOUNT NO.<br>EMPRESAS DE GAS CO., INC.<br>BOX 1025<br>SABANA SECA STA.<br>SABANA SECA, PR  00952-1025<br>PUERTO RICO | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,916.48 |

Sheet no.  12  of  39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ | 92,090.60

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC. _____ ,   Case No. ___10-04048 (BKT)___
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EMPRESAS P.A.P CORP<br>PO BOX 942<br>MAYAGUEZ, PR 00681 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 2,153.22 |
| ACCOUNT NO.<br>EMPRESAS VALLEDOR, INC.<br>PO BOX 194601<br>SAN JUAN, PR 00919-4601 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 19,672.00 |
| ACCOUNT NO.<br>ENRIQUE ANTONIO RIVERA LUGO<br>P.O. BOX 1176<br>CAGUAS, PR 00726-1176 | | | Incurred: 2010<br>Consideration: RENT | | | | 555.56 |
| ACCOUNT NO.<br>ENVASES ECOLOGICOS, INC<br>URB PARQUE ESCORIAL<br>JARDINES DEL PARQUE #3803<br>CAROLINA, PR 00987 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 2,452.16 |
| ACCOUNT NO.<br>EPIFANIO VIDAL S.E.<br>MSC #6152<br>ESTACION 1<br>BAYAMON, PR 00960 | | | Incurred: 2010<br>Consideration: RENT | | | | 10,506.74 |

Sheet no. _13_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   35,339.68

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                    ,          Case No.   10-04048 (BKT)
                    Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FEDERAL EXPRESS<br>ACCT 200700678<br>PO BOX 332<br>MEMPHIS,, TN 38194-4741 | | | Incurred: 2009-2010<br>Consideration: SERVICES | | | | 198.09 |
| ACCOUNT NO.<br><br>FERRASAN DEVELOPING CORP.<br>APARTADO 988<br>AGUADILLA, PR 00605 | | | Incurred: 2009-2010<br>Consideration: CIVIL CASE NO.<br>DCD2010-0775 | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>FERRASAN DEVELOPING CORP.<br>C/O JUAN A. RAMOS DIAZ<br>359 DE DIEGO AVE., SUITE 601<br>SAN JUAN, PR 00909-1711 | | | Incurred: 2010<br>Consideration: CIVIL CASE NO.<br>DCD2010-0775 | X | X | X | 40,812.00 |
| ACCOUNT NO.<br><br>FIDEICOMISO GLORIA RIVERA<br>REOYO<br>702 CALLE ROOSEVELT<br>APT 201<br>SAN JUAN, PR 00907 | | | Incurred: 2009<br>Consideration: SERVICES | | | | 3,333.32 |
| ACCOUNT NO.<br><br>FIRE PROTECTION CO.<br>PO BOX 9306<br>COTTO STATION<br>ARECIBO, PR 00613 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 105.00 |

Sheet no. __14__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $    44,448.41

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                              ,      Case No.   10-04048 (BKT)
                    Debtor                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FLORISTERIA ZUAZO<br>257 DOMENECH AVE.<br>SAN JUAN, PR 00918-3510 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 244.61 |
| ACCOUNT NO.<br>FOUR SEASONS GENERAL MERCHANDISE<br>2801 E VERNON AVE<br>VERNON, CA 90058 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 57,913.77 |
| ACCOUNT NO.<br>FRANCISCO RODRIGUEZ GOMEZ<br>HC-03 BOX 15630<br>JUANA DIAZ, PR 00795 | | | Incurred: 2009<br>Consideration: SERVICES | | | | 1,691.90 |
| ACCOUNT NO.<br>GABRIEL MATANZO<br>CONDOMINIO PALMA REAL<br>APT 5G MADRID #2<br>SAN JUAN, PR  00907 | | | Incurred: 2010<br>Consideration: RENT | | | | 260.55 |
| ACCOUNT NO.<br>GENERAL WHOLESALERS $ DISTRIBUTORS<br>P O BOX 1739<br>TRUJILLO ALTO, PR 00977-1739 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 38,697.24 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

Sheet no.  15  of 39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $      98,808.07

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                          ,          Case No.   10-04048 (BKT)
                  Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GENESIS<br>P.O BOX 531<br>ISABELA, PR 00662 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 12,382.08 |
| ACCOUNT NO.<br><br>GINA GROUP INC.<br>31 WEST 34TH STREET<br>SUITE 502<br>NEW YORK, NY 10001 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 7,155.00 |
| ACCOUNT NO.<br><br>GLAXOSMITHKLINE<br>PO BOX 71591<br>SAN JUAN, PR 00936-8691 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 18,017.37 |
| ACCOUNT NO.<br><br>GLOBE MARKETING CORP.<br>PO BOX 361705<br>SAN JUAN, PR 00936-1705 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 217,988.26 |
| ACCOUNT NO.<br><br>GLORIA MATANZO<br>CONDOMINIO PALMA REAL<br>APT 5-G MADRID #2<br>SANS JUAN, PR 00907 | | | Incurred: 2010<br>Consideration: RENT | | | | 260.55 |

Sheet no. 16 of 39 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 255,803.26

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                             ,        Case No.   10-04048 (BKT)
                  Debtor                                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GOLDEN SHEETS FACTORY<br>64 MILL STREET<br>PATERSON, NJ 07501 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 72,454.60 |
| ACCOUNT NO.<br>GRUPO SAN LORENZO SE<br>PO BOX 2080<br>CAYEY, PR 00737 | | | Incurred: 2010<br>Consideration: RENT | | | | 34,039.34 |
| ACCOUNT NO.<br>HECTOR CALLE, ESQ.<br>PO BOX 11073<br>SAN JUAN, PR 00922-1073 | | | Incurred: 2009-2010<br>Consideration: LEGAL SERVICES | | | | 1,558.00 |
| ACCOUNT NO.<br>HERSHEY FOODS CORPORATION<br>P.O. BOX 70347<br>SAN JUAN, PR 00936-8347 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 8,717.34 |
| ACCOUNT NO.<br>HHC ENTERPRISES, LLC<br>1 DOUBLEDAY LANE<br>RICHFILED, CONNECTICUT 06877 | | | Incurred: 2008<br>Consideration: CIVIL CASE NO. DAC2008-1956 | X | X | X | Notice Only |

Sheet no. _17_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 116,769.28

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____ ,   Case No.  10-04048 (BKT)
                          Debtor                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>HHC ENTERPRISES, LLC<br>C/O ADSUAR, MUNOZ, GOYCO<br>WESTERNWORLD PLAZA<br>268 MUNOZ RIVERA, STE 1400<br>SAN JUAN, PR 00918 | | | Incurred: 2008<br>Consideration: CIVIL CASE NO. DAC2008-1956 | X | X | X | 160,197.91 |
| ACCOUNT NO.<br>HOLIDAY CARDS<br>P.O. BOX 37-3333<br>CAYEY, PR 00737 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 6,040.66 |
| ACCOUNT NO.<br>HUSSEIN MOHAMED ISHKIRAT<br>CALLE SAN JOSE NO. 5<br>LARES, PR 00669 | | | Incurred: 2010 | | | | 4,400.00 |
| ACCOUNT NO.<br>I. REMBALSKY, INC<br>PO BOX 9567<br>SANTURCE, PR 00908 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 24,430.45 |
| ACCOUNT NO.<br>IN-MAR TRADING INC.<br>PO BOX 51486<br>LEVITTOWN, PR 00950-1486 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 33,859.20 |

Sheet no.  18  of  39   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   228,928.22

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC. _____ ,          Case No. ___10-04048 (BKT)___
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> INTEGRAND ASSURANCE COMPANY <br> PO BOX 70128 <br> SAN JUAN, PR 00936-8128 | | | Incurred: 2010 | | | | 649.00 |
| ACCOUNT NO. <br> ISIDRO BARANDA SUAREZ <br> 14 SURFSIDE RD <br> PALMAS DEL MAR <br> HUMACAO, PR  00791-000 | | | Incurred: 2010 <br> Consideration: RENT | | | | 2,095.00 |
| ACCOUNT NO. <br> ISIDRO BARANDA SUAREZ <br> 14 SURFSIDE RD <br> PALMAS DEL MAR <br> HUMACAO, PR  00791-000 | | | Incurred: 2010 <br> Consideration: RENT | | | | 2,723.50 |
| ACCOUNT NO. <br> JAN DISTRIBUTORS <br> P.O. BOX 206 <br> SABANA GRANDE, PR 00637 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 1,733.00 |
| ACCOUNT NO. <br> JDY HOME <br> 295 5TH AVENUE SUITE 1616 <br> NEW YORK, NY 10016 | | | Incurred: 2009 <br> Consideration: VENDOR | | | | 20,012.00 |

Sheet no. __19__ of __39__ continuation sheets attached          Subtotal ► $          27,212.50
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                Total ► $

Total ►   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC. _____ ,    Case No. ___10-04048 (BKT)___
            Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JOSE A. VILA, INC.<br>C/O SANTIAGO & SANTIAGO LAW OFFICE<br>CALLE ESTEBAN PADILLA NO. 58 3ER PISO<br>BAYAMON, PR 00959 | | | Incurred: 2010<br>Consideration: CIVIL CASE NO. CD10-0923 | X | X | X | 7,894.94 |
| ACCOUNT NO.<br>JOSE A. VILA, INC.<br>PO BOX 8733<br>SANTURCE, PR 00910-0733 | | | Incurred: 2010<br>Consideration: CIVIL CASE NO. CD-10-0923 | X | X | X | Notice Only |
| ACCOUNT NO.<br>JOSE MIGUEL GONZALEZ VIRELLA<br>CALLE BOU #45<br>COROZAL, PR 00783 | | | Incurred: 2010<br>Consideration: RENT | | | | 8,466.50 |
| ACCOUNT NO.<br>JOSE ROBERTO<br>CALLE AGUILU AVE<br>ANDALUCIA 767 SE<br>PUERTO NUEVO<br>SAN JUAN, PR 00921 | | | Incurred: 2010<br>Consideration: SERVICES | | | | 330.00 |
| ACCOUNT NO.<br>JR WORLD AND OR CAPITAL BUSINESS<br>350 UNIUS STREET<br>BROOKLYN, NY 11212 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 72,833.56 |

Sheet no. __20__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

           Subtotal▶    $     89,525.00

           Total▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.
_____,                     Case No.  10-04048 (BKT)
         Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JUSTO SOTOMAYOR <br> P.O. BOX 363687 <br> SAN JUAN, PR 00936-3687 | | | Incurred: 2009 <br> Consideration: SERVICES | | | | 225.00 |
| ACCOUNT NO. <br> KERCADO ESTRADA & CO., PSC <br> CAPITAL CENTER SOUTH TOWER <br> 239 ARTERIAL HOSTOS SUIT 903 <br> SAN JUAN,, PR  00918-1478 | | | Incurred: 2010 <br> Consideration: SERVICES | | | | 21,045.00 |
| ACCOUNT NO. <br> KIMBERLY-CLARK P.R. INC. <br> PO BOX 71453 <br> SAN JUAN, PR 00936-8553 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 21,708.18 |
| ACCOUNT NO. <br> KOLE IMPORTS INC <br> 24600 S MAIN ST <br> CARSON, CA 90745 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 86,608.91 |
| ACCOUNT NO. <br> LABORATORIO CLINICO TOLEDO, INC. <br> 51 CALLE PALMA <br> ARECIBO, PR 00612 | | | Incurred: 2010 <br> Consideration: RENT | | | | 3,133.25 |

Sheet no. 21  of 39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 132,720.34

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                     ,  Case No.  10-04048 (BKT)
Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LABORATORIO CLINICO TOLEDO, INC.<br>51 CALLE PALMA<br>ARECIBO, PR 00612 | | | Incurred: 2010 | | | | 2,300.00 |
| ACCOUNT NO.<br><br>LARSEN PRODUCTS<br>PO BOX 5308<br>CAGUAS, PR 00725 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 5,904.00 |
| ACCOUNT NO.<br><br>LASER PRODUCTS<br>PO BOX 1723<br>JUNCOS, PR 00777 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 10,305.65 |
| ACCOUNT NO.<br><br>LC DISTRIBUTORS INC.<br>P O BOX 361709<br>SAN JUAN, PR 00936 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 588.90 |
| ACCOUNT NO.<br><br>LCDA ANA MATANZO VICENS<br>CONDOMINIO PALMA REAL<br>APT 5-J MADRID #2<br>SAN JUAN, PR  00907 | | | Incurred: 2010<br>Consideration: RENT | | | | 260.55 |

Sheet no. 22 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 19,359.10

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                                  ,         Case No.   10-04048 (BKT)
_____Debtor_____                                              _____(If known)_____

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LCDO HECTOR CALLE<br>PO BOX 11073<br>SAN JUAN, PR 00922-1073 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 1,558.00 |
| ACCOUNT NO.<br><br>LIBERTY FINANCE, INC<br>P.O. BOX 70380<br>ACC#01500003596<br>SAN JUAN, PR  00936-8380 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 38,299.95 |
| ACCOUNT NO.<br><br>LM WASTE SERVICE CORP.<br>PMB H-819<br>AVE. HOSTOS<br>PONCE, PR  00716-1107 | | | Incurred: 2010<br>Consideration: WASTE DISPOSAL | | | | 682.24 |
| ACCOUNT NO.<br><br>LMI CONSOLIDATORS OF PR INC<br>PO BOX 2917<br>CAROLINA, PR 00984 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 6,695.40 |
| ACCOUNT NO.<br><br>LOCKMOBILE SECURITY SPECIALISTS<br>PO BOX 29579<br>SAN JUAN, PR 00929-0579 | | | Incurred: 2010<br>Consideration: SERVICES | | | | 42.80 |

Sheet no. _23_ of _39_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 47,278.39

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                                    ,          Case No.   10-04048 (BKT)
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LS QUILTING, INC.<br>PO BOX 362385<br>SAN JUAN, PR 00936-2385 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 34,062.10 |
| ACCOUNT NO.<br>LUIS GARRATON, INC.<br>P O BOX 362984<br>SAN JUAN, PR 00936-2984 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 10,367.28 |
| ACCOUNT NO.<br>MARDO INTERNATIONAL DISTRIBUTING<br>P O BOX 29791<br>SAN JUAN, PR 00929-0791 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 2,113.15 |
| ACCOUNT NO.<br>MARIA LUISA MAYOL ORONOZ<br>P.O. BOX 668<br>SAN SEBASTIAN, PR 00685 | | | Incurred: 2010<br>Consideration: RENT | | | | 2,483.25 |
| ACCOUNT NO.<br>MARIA MILAGROS RIVERA LUGO<br>P.O. BOX 800581<br>COTO LAUREL, PR 00780-0581 | | | Incurred: 2010<br>Consideration: RENT | | | | 555.56 |

Sheet no. 24 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  49,581.34

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____,      Case No. ____10-04048 (BKT)____
                          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MARICARMEN MATANZO<br>BOX 654<br>CAGUAS, PR 00726 | | | Incurred: 2010 | | | | 471.49 |
| ACCOUNT NO.<br>MARKWINS BEAUTY PRODUCTS<br>75 REMITTANCE DRIVE SUITE 6578 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 93,963.19 |
| ACCOUNT NO.<br>MARVIC PARKING SERVICES, INC<br>P.O. BOX 458<br>MAYAGUEZ, PR 00681 | | | Incurred: 2010<br>Consideration: SERVICES | | | | 154.50 |
| ACCOUNT NO.<br>MASTER DISTRIBUTOR, INC.<br>PO BOX 4817<br>CAROLINA, PR 00984-4817 | | | Incurred: 2010 | | | | 4,200.00 |
| ACCOUNT NO.<br>MAX WHOLESALE IMP. EXP. INC.<br>2410 E38TH ST<br>VERNON, CA 90058 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 8,569.58 |

Sheet no. __25__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   107,358.76

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankrupcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re __AAA IMPORTS, INC._____ ,   Case No. ___10-04048 (BKT)_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MAY'S ZONA LIBRE SA<br>APARTADO 2094<br>ZONA LIBRE DE COLON<br>COLON, REP DE PANAMA, | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 43,640.70 |
| ACCOUNT NO.<br><br>MENDEZ COMPANY<br>PO BOX 363348<br>CEL 220-0937<br>SAN JUAN, PR 00936-3348 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 4,405.72 |
| ACCOUNT NO.<br><br>MORALES DISTRIBUTORS<br>PO BOX 787<br>HORMIGUEROS, PR 00660 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 7,027.20 |
| ACCOUNT NO.<br><br>MUNICIPIO DE COMERIO<br>P.O. BOX 1108<br>COMERIO, PR 00782 | | | Incurred: 2010<br>Consideration: RENT | | | | 19,885.50 |
| ACCOUNT NO.<br><br>MYA TRANSPORT INC.<br>PO BOX 902<br>DORADO, PR 00646 | | | Incurred: 2010<br>Consideration: FREIGHT | | | | 580.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

Sheet no. __26__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $　　75,539.12

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                                    ,     Case No.  10-04048 (BKT)
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NESTLE PUERTO RICO, INC.<br>PO BOX 71538<br>SAN JUAN, PR 00936-8638 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 33,573.62 |
| ACCOUNT NO.<br>OMEGA & DELTA CO. INC.<br>PO BOX 1831<br>CAROLINA, PR 00984 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 84,105.36 |
| ACCOUNT NO.<br>ORLANDO ADROVET MOLINA<br>R A 1-VIA DEL RIO CRISTAL<br>URB. ENCANTADA<br>TRUJILLO ALTO, PR 00976 | | | Incurred: 2008-2010<br>Consideration: LOAN | | | | 50,373.38 |
| ACCOUNT NO.<br>ORO CANDY DISTRIBUTORS<br>PO BOX 1879<br>OROCOVIS, PR 00720 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 14,414.20 |
| ACCOUNT NO.<br>PEDRO ENRIQUE RIVERA LUGO<br>CALLE TURIN #608<br>ESTANCIAS DE TORUGUERO<br>VEGA BAJA, PR 00693 | | | Incurred: 2010<br>Consideration: RENT | | | | 555.56 |

Sheet no. 27 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ 183,022.12

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-740 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____,   Case No. ___10-04048 (BKT)___
         **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PEPSI CO. CARIBBEAN <br> DBA FRITO LAY <br> PO BOX 70276 <br> SAN JUAN, PR 00936 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 10,551.34 |
| ACCOUNT NO. <br> PEÑUELAS SHOPPING PLAZA INC <br> PO BOX 3685 <br> MAYAGUEZ, PR 00681-3685 | | | Incurred: 22010 <br> Consideration: RENT | | | | 4,981.28 |
| ACCOUNT NO. <br> PREMIO GORDO, INC <br> PO BOX 800675-675 <br> COTO LAUREL, PR   00780 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 1,390.00 |
| ACCOUNT NO. <br> PRO LIGHTING ELECTRICAL DISTRIBUTOR <br> AVE LOS CONQUISTADORES <br> #150 LOCAL 01A <br> MARINA BAHIIA PLAZA <br> CATANO, PR  00962 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 1,425.00 |
| ACCOUNT NO. <br> PUERTO RICO BEAUTY SUPPLY INC. <br> PO BOX 192317 <br> SAN JUAN, PR 00919-2317 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 129,635.80 |

Sheet no. __28__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $      147,983.42

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re **AAA IMPORTS, INC.**                    ,         Case No. **10-04048 (BKT)**
_____                              _____
Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. PUERTO RICO GENERAL DISTRIBUTING CO JULIO N. MATOS IND.PARK LOT 26 WAREHOUSE PLI BO.MARTIN CAROLINA, PR 00987 | | | Incurred: 2010 Consideration: VENDOR | | | | 1,679.63 |
| ACCOUNT NO. PUERTO RICO SUPPLIES PO BOX 11908 SAN JUAN`, PR 00922-1908 | | | Incurred: 2009-2010 Consideration: VENDOR | | | | 33,696.79 |
| ACCOUNT NO. PUERTO RICO TELEPHONE COMPANY 787-270-5300-071 PO BOX 71535 SAN JUAN PR, PR 00936 | | | Incurred: 2010 Consideration: UTILITY | | | | 6,406.40 |
| ACCOUNT NO. R & H DISTRIBUTORS APTDO 3511 BAYAMON GARDEN STATION BAYAMON, PR 00958 | | | Incurred: 2009-2010 Consideration: VENDOR | | | | 5,935.67 |
| ACCOUNT NO. RAMON MANTANZO CONDOMINIO PALMA REAL APT 5-G MADRID #2 SAN JUAN, PR 00907 | | | Incurred: 2010 Consideration: RENT | | | | 260.55 |

Sheet no. _29_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $   47,979.04

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                              ,          Case No.   10-04048 (BKT)
                          Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> REGENT PRODUCTS CORP. <br> 8999 PALMER <br> RIVER GROVE, IL 60171 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 48,725.78 |
| ACCOUNT NO. <br><br> RENEWAL CONSUMER PRODUCTS INC <br> PO BOX 190205 <br> SAN JUAN, PR 00919-0205 | | | Incurred: 2010 <br> Consideration: VENDPR | | | | 26,394.48 |
| ACCOUNT NO. <br><br> RODEO IMPORT <br> CALLE C EDIFICIO RODEO <br> APDO 030-00253 Z,L <br> REP PMA, | | | Incurred: 2009-2010 <br> Consideration: VENDOR | | | | 79,931.13 |
| ACCOUNT NO. <br><br> ROMEY, INC. <br> PMB 384 <br> 1357 ASHFORD AVE. <br> SAN JUAN, PR  00907 | | | Incurred: 2009-2010 <br> Consideration: VENDOR | | | | 4,735.42 |
| ACCOUNT NO. <br><br> ROYAL DELUXE ACCESSORIES LLC <br> PO BOX 320210 <br> BROKLYN, NY 11232 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 42,389.20 |

Sheet no. __30__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 202,176.01

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____ ,     Case No. ___10-04048 (BKT)___
                    **Debtor**                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RUBIO IMPORTS, INC<br>PO BOX 3933<br>AGUADILLA, PR 00605 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 10,227.90 |
| ACCOUNT NO.<br>SAN JUAN TRADING CO., INC<br>PO BOX 366458<br>SAN JUAN, PR 00936-6458 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 12,168.75 |
| ACCOUNT NO.<br>SAN MIGUEL LABEL MANUFACTURING, INC<br>TO BE PROVIDED | | | Incurred: 2010<br>Consideration: SERVICES | | | | 638.79 |
| ACCOUNT NO.<br>SANTA REAL REALTY, CORP.<br>P O BOX 190525<br>SAN JUAN, PR 00919-0525 | | | Incurred: 2010<br>Consideration: RENT | | | | 24,179.88 |
| ACCOUNT NO.<br>SANTA ROSA MALL LLC<br>C/O MARIA F. VELEZ PASTRANA<br>PO BOX 195582<br>SAN JUAN, PR 00919-5582 | | | Incurred: 2010<br>Consideration: CIVIL CASE NO. DPE2010-0500 | X | X | X | 77,198.18 |

Sheet no. _31_ of _39_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ | 124,413.50

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____ ,      Case No.  10-04048 (BKT)
_____
Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SANTA ROSA MALL LLC<br>PO BOX 362983<br>SAN JUAN, PR 00936-2983 | | | Incurred: 2009-2010<br>Consideration: CIVIL CASE NO.<br>DPE2010-0500 | X | X | X | Notice Only |
| ACCOUNT NO.<br>SERAFIN ORTIZ COLON<br>PO BOX 3161<br>VEGA ALTA, PR 00692 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,115.55 |
| ACCOUNT NO.<br>STANDARD BEAUTY SUPPLY INC.<br>P.O. BOX 191863<br>SAN JUAN, PR 00919-1863 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 632.30 |
| ACCOUNT NO.<br>START MARKING SYSTEMS INC.<br>PO BOX 2175<br>BAYAMON, PR 00960-2175 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,079.86 |
| ACCOUNT NO.<br>SUAREZ SALES INC.<br>PO BOX 126<br>CATAÑO, PR 00963 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 27,408.06 |

Sheet no. 32 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 30,235.77

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                          ,          Case No.   10-04048 (BKT)
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUCESION ESTEBAN CARRION DIAZ<br>PO BOX 192<br>MANATI, PR 00674 | | | Incurred: 2010<br>Consideration: RENT | | | | 7,257.00 |
| ACCOUNT NO.<br><br>SWEET HOUSE<br>PO BOX 8025<br>BAYAMON, PR 00960-8025 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 34,211.04 |
| ACCOUNT NO.  ACCT#587896060/5891440367<br><br>T MOBILE<br>PO BOX 660252<br>DALLAS, TX  75266-0252 | | | Incurred: 2010<br>Consideration: SERVICES | | | | 163.45 |
| ACCOUNT NO.<br><br>TAG/ICIG SERVICES<br>MERCANTTIL PLAZA BUILDING<br>SUITE 810<br>HATO REY, PR  00918 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 2,465.00 |
| ACCOUNT NO.<br><br>TERMO ENVASES,S.A.<br>P.O. BOX 9231<br>BAYAMON, PR 00960-8041 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 7,090.95 |

Sheet no.  33  of 39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $    51,187.44

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                                    ,          Case No.    10-04048 (BKT)
_____                    _____
              Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>THE CLOROX COMMERCIAL COMPANY<br>P.O. BOX 2133<br>SAN JUAN, PR 00922-2133 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 118.95 |
| ACCOUNT NO.<br><br>THE NEW PONCE SHOPPING CENTER L.P.<br>P.O. BOX 331943<br>PONCE, PR 00733-1943 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 28,509.89 |
| ACCOUNT NO.<br><br>THOMAS DIAZ, INC.<br>PO BOX 1031<br>SABANA SECA, PR  00952-1031 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 12,342.76 |
| ACCOUNT NO.<br><br>TNT FIREWORKS<br>4511 HELTON DRIVE<br>FLORENCE, AL 35630 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 26,211.55 |
| ACCOUNT NO.<br><br>TOP TRADERS, INC.<br>PO BOX 194601<br>SAN JUAN, PR 00919-4601 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 5,900.00 |

Sheet no. __34__ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $        73,083.15

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re   AAA IMPORTS, INC.                           ,        Case No.    10-04048 (BKT)
                 **Debtor**                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TOTAL APPLIANCES<br>PO BOX 6554<br>SAN JUAN, PR 00914-6554 | | | Incurred: 2009-2010<br>Consideration: VENDOR | | | | 15,635.46 |
| ACCOUNT NO.<br>TYCOON PAPER<br>URB. INDUSTRIAL EL COMANDANTE<br>EDIF. #1<br>CAROLINA, PR  00982 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 51,052.20 |
| ACCOUNT NO.<br>UMA ENTERPRISES<br>660 WEST ARTESIA BLVD<br>COMPTON<br>COMPTON, CA  90220 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 22,335.00 |
| ACCOUNT NO.<br>UNILEVER DE P.R. INC.<br>PO BOX 70129<br>SAN JUAN, PR 00936-8357 Puerto Rico | | | Incurred: 2010<br>Consideration: VENDOR | | | | 11,684.80 |
| ACCOUNT NO.<br>UNIVERSAL BEAUTY PRODUCTS<br>1200 KIRT STREET<br>ELK GROVE VILLAGE, IL 6007 | | | Incurred: 2009<br>Consideration: VENDOR | | | | 88,734.33 |

Sheet no. 35  of 39  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   189,441.79

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re    AAA IMPORTS, INC.                                ,          Case No.    10-04048 (BKT)
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>UNIVERSAL INDUSTRIAL SUPPLIES <br>P.O. BOX <br>PONCE, PR 00732 | | | Incurred: 2009 <br>Consideration: VENDOR | | | | 476.15 |
| ACCOUNT NO.  <br><br>UNIVERSAL INSURANCE <br>TO BE PROVIDED | | | Consideration: BOND | | | | Notice Only |
| ACCOUNT NO.  <br><br>UNIVERSAL MANUFACTURING CORP. <br>PO BOX 11999 <br>SAN JUAN, PR 00922 | | | Incurred: 2009-2010 <br>Consideration: VENDOR | | | | 44,752.00 |
| ACCOUNT NO.  <br><br>UNIVERSAL PRODUCTORA SA DE CV <br>CRACOVIA 54 COLONIA SAN ANGEL <br>EDIF. ANEXO <br>MEXICO DE, MEXICO | | | Incurred: 2009 <br>Consideration: VENDOR | | | | 22,938.13 |
| ACCOUNT NO.  <br><br>V. SUAREZ CO. INC. <br>PO BOX 364588 <br>SAN JUAN, PR 00936-4588 | | | Incurred: 2010 <br>Consideration: VENDOR | | | | 16,571.57 |

Sheet no. __36__ of __39__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 84,737.85

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC. _____ ,  Case No. __10-04048 (BKT)__
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VALENTIN EXTERMINATING SERVICES PMB 390 2135 CARR. #2 SUITES 15 BAYAMON, PR 00959 | | | Incurred: 2010 Consideration: SERVICES | | | | 30.00 |
| ACCOUNT NO. VENROD TRADING COMPANY, INC. 1138 ROOSEVELT AVENUE SAN JUAN, PR 00920 | | | Incurred: 2009 Consideration: VENDOR | | | | 5,854.00 |
| ACCOUNT NO. VERPAS PRODUCTS, INC. P.O. BOX 29410 65TH INF STA RIO PIEDRAS, PR 00929-9410 | | | Incurred: 2010 Consideration: VENDOR | | | | 2,180.00 |
| ACCOUNT NO. VICTORIA CLASSICS 277 5TH AVENUE NEW YORK, NY 10016 | | | Incurred: 2010 Consideration: VENDOR | | | | 36,189.00 |
| ACCOUNT NO. VILLA BLANCA SHOPPING CENTER,LLC C/O MARIA F. VELEZ PASTRANA PO BOX195582 SAN JUAN, PR 00919-5582 | | | Incurred: 2010 Consideration: CIVIL CASE NO. EPE2010-0152 | X | X | | 79,926.65 |

Sheet no. _37_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 124,179.65

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                    ,     Case No.  10-04048 (BKT)
_____        _____
                Debtor                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> VILLA BLANCA SHOPPING CENTER,LLC <br> P.O. BOX 362983 <br> SAN JUAN, PR 00936-2983 | | | Incurred: 2009-2010 <br> Consideration: CIVIL CASE NO. EPE2010-0152 | X | X | X | Notice Only |
| ACCOUNT NO. <br> WESTERN BANK WORLD-VISA <br> P.O. BOX 430 <br> MAYAGUEZ, PR 00681-0430 | | | Incurred: 2009-2010 <br> Consideration: CREDIT CARD DEBT | | | | 42,671.53 |
| ACCOUNT NO. <br> WESTERN OIL CORPORATION <br> PO BOX PMB 172 <br> AVE ESMERALDA 53 <br> GUAYNABO, PR 00969-4429 | | | Incurred: 2010 <br> Consideration: VENDOR | | | | 4,642.50 |
| ACCOUNT NO. 500503 <br> WESTERNBANK <br> P.O. BOX 1180 <br> MAYAGUEZ, PR 00681-1180 | X | | Consideration: LOAN | | | | 7,168,349.00 |
| ACCOUNT NO. 500504 <br> WESTERNBANK <br> P.O. BOX 1180 <br> MAYAGUEZ, PR 00681-1180 | X | | Consideration: LOAN | | | | 4,887,506.00 |

Sheet no. 38 of 39 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 12,103,169.03

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 31846

B6F (Official Form 6F) (12/07) - Cont.

In re  AAA IMPORTS, INC.                                    ,        Case No.  10-04048 (BKT)
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  500505 WESTERNBANK P.O. BOX 1180 MAYAGUEZ, PR 00681-1180 | X | | Consideration: LOAN | | | | 303,334.00 |
| ACCOUNT NO. WG GROUP 2000 CARR 8177 SUITE 26 PMB 220 GUAYNABO, PR  00966-3762 | | | Incurred: 2009 Consideration: RENT | | | | 14,817.90 |
| ACCOUNT NO. WILFREDO SEGARRA, SINDICO P.O. BOX 9023385 SAN JUAN, PR 00902-3382 | | | Incurred: 2010 Consideration: RENT | | | | 15,466.50 |
| ACCOUNT NO. WILLAGRE CORP P.O. BOX  1423 Ciales, PR 00638 | | | Incurred: 2009-2010 Consideration: RENT | | | | 3,784.40 |
| ACCOUNT NO. XEROX CORPORATION P.O. BOX 650361 DALLAS, TX 75265-0361 | | | Incurred: 2009-2010 Consideration: SERVICES | | | | 1,781.69 |

Sheet no. _39_ of _39_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  339,184.49

Total ➤  $  16,497,982.43

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6G (Official Form 6G) (12/07)

In re  AAA IMPORTS, INC.                                       Case No.      10-04048 (BKT)
_____                  _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| POPULAR AUTO<br>1901 AVE. JESUS T. PINERO<br>SUITE 467<br>SAN JUAN, PR 00920-5608 | AUTO LEASE<br>2007 BMW 525 I<br>SERIAL NO. WBANE53517CK92954 |
| POPULAR AUTO<br>1901 AVE. JESUS T. PINERO<br>SUITE 467<br>SAN JUAN, PR 00920-5608 | AUTO LEASE<br>2007 JEEP CHEROKEE<br>SERIAL NO. 1J8G548K27C531515 |
| POPULAR AUTO<br>1901 AVE. JESUS T. PINERO<br>SUITE 467<br>SAN JUAN, PR 00920-5608 | AUTO LEASE<br>2007 JEEP RUBICON<br>SERIAL NO. 1J4GA69167L127090 |
| POPULAR AUTO<br>1901 AVE. JESUS T. PINERO<br>SUITE 467<br>SAN JUAN, PR 00920-5608 | AUTO LEASE<br>2006 FORD EXPLORER<br>SERIAL NO. 1FMEU63E36UB07318 |
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT<br>TIENDA CANTÓN MALL<br>LOCAL C3-2<br>BAYAMÓN<br>(085-005-004-01-723) |
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT/ALMACÉN BO. ESPINOSA<br>DORADO A (059-000-007-98-000)<br>DORADO B (059-092-005-01-001)<br>DORADO C (059-000-007-97-001)<br>DORADO D PARCELA #1 (059-092-004-01-901) |
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT<br>TIENDA 52 CALLE MUÑOZ RIVERA CAMUY<br>(010-045-037-02-001) |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B6G (Official Form 6G) (12/07) -- Cont.

In re  AAA IMPORTS, INC.
　　　　　　　　Debtor

Case No. _____10-04048 (BKT)_____
　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT<br>TIENDA 82 CALLE BARCELÓ, BARRANQUITAS<br>(247-091-027-02-902) |
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT<br>TIENDA 187 CALLE GEORGETTI #92, NARANJITO<br>(169-031-018-01-001)<br>TIENDA 187 CALLE GEORGETTI #127, NARANJITO<br>(169-031-018-02-001) |
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT<br>TIENDA 3 CALLE 4 DE JULIO #25, OROCOVIS<br>(219-068-011-03-001) |
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694 | LEASE CONTRACT<br>TIENDA RAMON BETANCES, #69<br>VEGA BAJA<br>(035-078-023-03-802) |
| 65TH INFANTERIA SHOPPING CENTER,LLC<br>P.O BOX 362983<br>SAN JUAN, PR 00936-2983 | LEASE CONTRACT |
| VILLA BLANCA SHOPPING CENTER,LLC<br>P.O. BOX 362983<br>SAN JUAN, PR 00936-2983 | LEASE CONTRACT |
| EL MERCADO PLAZA S. E.<br>P.O. BOX 474<br>TRUJILO ALTO, PR 00977-0474 | LEASE CONTRACT/HUMACAO |
| CANGREJO ARRIBA DEVELOPMENT CORP<br>PO BOX 190525<br>SAN JUAN, PR 00919-0525 | LEASE CONTRACT |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B 6G (Official Form 6G) (12/07) -- Cont.

In re AAA IMPORTS, INC.                          Case No.        10-04048 (BKT)
_____                              _____
Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WILLAGRE CORP<br>P.O. BOX 1423<br>CIALES, PR 00638 | LEASE CONTRACT |
| SANTA REAL REALTY, CORP.<br>P O BOX 190525<br>SAN JUAN, PR 00919-0525 | LEASE CONTRACT |
| AWILDA MAYOL DE CANCIO<br>P.O. BOX 668<br>SAN SEBASTIAN, PR 00685 | LEASE CONTRACT |
| EPIFANIO VIDAL S.E.<br>MSC #6152<br>ESTACION 1<br>BAYAMON, PR 00960 | LEASE CONTRACT |
| CCVA INC.<br>PO BOX 190525<br>SAN JUAN, PR 00919-0525 | LEASE CONTRACT |
| EL MERCADO PLAZA S. E.<br>P.O. BOX 474<br>TRUJILO ALTO, PR 00977-0474 | LEASE CONTRACT/NARANJITO |
| FERRASAN DEVELOPING CORP.<br>C/O JUAN A. RAMOS DIAZ<br>359 DE DIEGO AVE., SUITE 601<br>SAN JUAN, PR 00909-1711 | LEASE CONTRACT |
| THE NEW PONCE SHOPPING CENTER L.P.<br>P.O. BOX 331943<br>PONCE, PR 00733-1943 | LEASE CONTRACT |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

B 6G (Official Form 6G) (12/07) -- Cont.

In re  AAA IMPORTS, INC.
_____
       Debtor

Case No.     10-04048 (BKT)
          _____
               (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NILDA I. MEDIAVILLA VAZQUEZ<br>TO BE PROVIDED | LEASE CONTRACT |
| ANA MATANZO JIMENEZ<br>ESTANCIAS DE TORRRIMAR<br>#75 REINA DE LAS FLORES<br>GUAYNABO, PR 00966 | LEASE CONTRACT |
| SAN LUIS INVESTMENT, SE<br>TO BE PROVIDED | LEASE CONTRACT |
| MUNICIPIO DE COMERIO<br>P.O. BOX 1108<br>COMERIO, PR 00782 | LEASE CONTRACT |
| ISIDRO BARANDA SUAREZ<br>14 SURFSIDE RD<br>PALMAS DEL MAR<br>HUMACAO, PR 00791-000 | LEASE CONTRACT/SAN JUAN |
| ISIDRO BARANDA SUAREZ<br>14 SURFSIDE RD<br>PALMAS DEL MAR<br>HUMACAO, PR 00791-000 | LEASE CONTRACT/JUANA DIAZ |
| COMMERCIAL CENTERS MANAGEMENT<br>PO BOX 362983<br>SAN JUAN, PR 00936-2983 | LEASE CONTRACT/DENTRO DEL SUR MALL PONCE |
| SANTA ROSA MALL LLC<br>PO BOX 362983<br>SAN JUAN, PR 00936-2983 | LEASE CONTRACT |

B 6G (Official Form 6G) (12/07) -- Cont.

In re AAA IMPORTS, INC.
_____
Debtor

Case No. _____10-04048 (BKT)_____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| B.V. PROPERTIES, INC.<br>YAUCO PLAZA 1-137<br>YAUCO, PR 00698 | LEASE CONTRACT |
| DR. EDWIN CUEVAS SANABRIA<br>CALLE RIUS RIVERA #6<br>ADJUNTAS, PR 00601 | LEASE CONTRACT |
| YASMIN ENTERPRISES, INC.<br>TO BE PROVIDED | LEASE CONTRACT |
| KAMAL MOHAMED<br>TO BE PROVIDED | LEASE CONTRACT |
| ENRIQUE CARRION GRATEROLE<br>TO BE PROVIDED | LEASE CONTRACT |
| GUTIERREZ REALTY CO., SE<br>TO BE PROVIDED | LEASE CONTRACT |
| MILDRED LANDRON PAGAN<br>TO BE PROVIDED | LEASE CONTRACT/ESTACIONAMIENTO COROZAL |
| GRUPO SAN LORENZO SE<br>PO BOX 2080<br>CAYEY, PR 00737 | LEASE CONTRACT |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-4-749 - 31846

**B6H (Official Form 6H) (12/07)**

In re  AAA IMPORTS, INC.                                                    Case No.        10-04048 (BKT)
                        Debtor                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CARIAN MANAGEMENT, INC.<br>PO BOX 1509<br>VEGA BAJA, PR 00694-1509 | WESTERNBANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR 00681-1180 |
| ANDRES MARTINEZ<br>CALLE SAN CARLOS NO. 7<br>URB. MANSIONES DE CALDAS<br>SAN JUAN, PR 00926 | WESTERNBANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR 00681-1180 |
| ORLANDO ADROVET MOLINA<br>R A 1-VIA DEL RIO CRISTAL<br>URB. ENCANTADA<br>TRUJILLO ALTO, PR 00976 | WESTERNBANK<br>P.O. BOX 1180<br>MAYAGUEZ, PR 00681-1180 |

B6 (Official Form 6 - Declaration) (12/07)

AAA IMPORTS, INC.

In re _____     Case No. __10-04048 (BKT)__
              Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                                                        Debtor:

Date _____     Signature: _____
                                                                (Joint Debtor, if any)

                                                          [If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                _____
Printed or Typed Name and Title, if any,                          Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____               _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the __PRESIDENT_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __AAA IMPORTS, INC._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __67__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date __MAY 27, 2010_____     Signature: *Orlando Adrovet Molina*
                                                                ORLANDO ADROVET MOLINA
                                                          [Print or type name of individual signing on behalf of debtor.]

      *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------

    *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846