

*Fianzas AAA Imports*
AEE

| PUEBLO | TIENDA | NO. CUENTA | NOMBRE DE LA CUENTA | FIANZA |
|---|---|---|---|---|
| NARANJITO | 30 | 046 0321723 002 | AAA IMPORTS, INC. | $ 6,000.00 |
| NARANJITO | 30 | 046 0467678 002 | AAA IMPORTS, INC. | $ 2,000.00 |
| BARRANQUITAS | 40 | 046 1281173 003 | AAA IMPORTS, INC. | $ 3,000.00 |
| TOA ALTA | 50 | 025 0321639 001 | ALMACENES CARAVANA | |
| VEGA BAJA | 71 | 024 0023337 002 | AAA IMPORTS, INC. | $ 10,000.00 |
| VEGA BAJA | 71 | 024 0023323 002 | AAA IMPORTS, INC. | $ 2,000.00 |
| CAMUY | 73 | 073 0228189 005 | AAA IMPORTS, INC. | $ 5,000.00 |
| LARES | 74 | 064 0201495 002 | AAA IMPORTS, INC. | $ 4,000.00 |
| OROCOVIS | 76 | 046 0385032 002 | AAA IMPORTS, INC. | $ 3,000.00 |
| MANATI | 77 | 074 0412790 002 | AAA IMPORTS, INC. | $ 5,000.00 |
| ARECIBO | 78 | 071 0076296 003 | AAA IMPORTS, INC. | $ 6,000.00 |
| COROZAL | 79 | 024 0480003 003 | DOLAR Y ALGO EXTRA CORPORATION | |
| SAN LORENZO | 80 | 042 0482289 002 | AAA IMPORTS, INC. | $ 5,000.00 |
| SAN SEBASTIAN | 82 | 064 0372581 002 | AAA IMPORTS, INC. | $ 5,000.00 |
| BAYAMON | 83 | 021 0511617 002 | DOLAR Y ALGO EXTRA CORPORATION | |
| YAUCO | 84 | 054 0433468 004 | AAA IMPORTS, INC. | $ 5,000.00 |
| VEGA ALTA | 86 | 024 0509243 003 | AAA IMPORTS, INC. | $ 10,000.00 |
| NARANJITO | 87 | 046 0533128 002 | AAA IMPORTS, INC. | $ 4,000.00 |
| NARANJITO | 87 | 046 0536089 002 | AAA IMPORTS, INC. | |
| AGUADILLA | 88 | 063 0609786 002 | DOLAR Y ALGO EXTRA CORPORATION | $ 13,500.00 |
| PONCE | 89 | 051 0354104 003 | AAA IMPORTS, INC. | $ 5,000.00 |
| RIO PIEDRAS | 91 | 012 0366004 002 | DOLAR Y ALGO EXTRA CORPORATION | $ 6,300.00 |
| CAGUAS VB | 92 | 041 0120734 003 | AAA IMPORTS, INC. | $ 5,000.00 |
| HUMACAO | 93 | 045 0569497 002 | AAA IMPORTS, INC. | $ 8,000.00 |
| CAROLINA, LG | 94 | 011 0388968 005 | AAA IMPORTS, INC. | $ 2,500.00 |
| BAYAMON GAR | 95 | 021 0509851 002 | AAA IMPORTS, INC. | $ 9,000.00 |
| GUAYNABO | 96 | 014 0627826 002 | AAA IMPORTS, INC. | $ 1,300.00 |
| HUMACAO REINA | 101 | 045 000 3880 003 | AAA IMPORTS, INC. | $ 5,000.00 |
| CAGUAS PLAZA | 102 | 041 0514533 002 | AAA IMPORTS, INC. | $ 7,920.00 |
| PEÑUELAS | 103 | 054 0525983 004 | AAA IMPORTS, INC. | $ 5,000.00 |
| BO. OBRERO | 107 | 013 0371377 003 | AAA IMPORTS, INC. | $ 6,750.00 |
| JUANA DIAZ | 108 | 053 0279064 003 | AAA IMPORTS, INC. | $ 5,450.00 |
| PONCE SUR | 113 | 052 0174454 004 | AAA IMPORTS, INC. | $ 4,000.00 |
| SANTA ROSA | 114 | 022 0068735 004 | AAA IMPORTS, INC. | $ 15,000.00 |
| YAUCO PLAZA | 115 | 054 0490371 003 | AAA IMPORTS, INC. | $ 5,000.00 |
| ADJUNTAS | 116 | 02 0141262 006 | AAA IMPORTS, INC. | $ 1,500.00 |
| ALMACEN | | 025 0318091 003 | DOLAR Y ALGO EXTRA CORPORATION | $ 4,500.00 |

$ 185,720.00

AAA IMPORTS, INC.

| Computers and software | | | |
|---|---|---|---|
| SAGE SOFTWARE | 05/31/2007 | 22,014.42 | 60 |
| Total computers and software | | 22,014.42 | |
| ADDITIONS FY 07-08 | 05/31/2008 | 4,788.29 | 60 |
| Additions 2009 | | | |
| Laptop | 09/01/2008 | 1,506.50 | 60 |
| Hard drive | 12/01/2008 | 550.00 | 60 |
| | | 2,056.50 | |
| TOTALS | | 28,859.21 | |

AAA IMPORTS, INC.
PROPERTY, PLANT AND EQUIPMENT

| Furniture and fixtures | | Date | COST | USEFUL LIFE |
|---|---|---|---|---|
| Beginning balance | | | 0.00 | |
| Additions 2007 | | | | |
| Shelves (11 Reina Stores) | At $58,000 each store | 05/31/2007 | 638,000.00 | 120 |
| Air Conditioners (11 Reina Stores) | At $7,500 each store | 05/31/2007 | 82,500.00 | 120 |
| Miscelanous fixtures (11 Reina Stores) | | 05/31/2007 | 6,126.21 | 120 |
| ADDITIONS 2008 | | | 0.00 | 120 |
| (LA REINA ACQUISITION -ADDITION) | | | | |
| | | | 726,626.21 | |
| ADDITIONS 2008 | | | | |
| ANGELOS ROLLING DOORS | ROLLING DOOR | 09/24/2007 | 850.83 | 120 |
| ROBERTO QUINONEZ RIVERA | UPGRADE SYSTEM | 09/20/2007 | 3,163.99 | 120 |
| TAREQ MAJED | PANTALLA FLAT 21 | 09/21/2007 | 380.00 | 120 |
| RECLASSIFICATION ENTRY | | 05/31/2008 | -16,450.00 | 120 |
| | | | -12,055.18 | |
| ADDITIONS 2009 | | | | |
| Gondolas, mobiliarioy counters | Almacenes Pitusa | 01/01/2009 | 12,500.00 | 120 |
| TOTALS | | | 727,071.03 | 120.00 |

**AAA IMPORTS, INC.**

| Machinery and equipment | | | | |
|---|---|---|---:|---:|
| Beginning balance | | | | |
| Additions 2007 | | | | |
| Office equipment | At $2600 each store | 05/31/2007 | 28,600.00 | 60 |
| Computers | At $2500 each store | 05/31/2007 | 27,500.00 | 60 |
| Printers | at $690 each store | 05/31/2007 | 7,581.13 | 60 |
| (LA REINA ACQUISITION -ADDITION) | | | 63,681.13 | |
| | | | | |
| TIME QUEST TECHNOLOGIES | PUNCH TIMERS | 06/07/2007 | 28,959.00 | 60 |
| ORLANDO ADROVET | | 11/29/2007 | 5,000.00 | 60 |
| OTHER ADDITIONS | VARIOUS | 05/31/2008 | 539.62 | 60 |
| RECLASSIFICATION ENTRY | | 05/31/2008 | 16,450.00 | 60 |
| | | | 50,948.62 | |
| Additions 2009 | | | | |
| Planta Electrica | | 07/01/2008 | 4,200.00 | 60 |
| Fork lift | Caterpilar modelo CG25K | 04/01/2009 | 8,500.00 | 60 |
| Planta Electrica | | 04/01/2009 | 1,090.00 | 60 |
| | | | 13,790.00 | |
| **Total Machinery and equipment** | | | **128,419.75** | |

Aero Imports, Inc.
Physical Inventory
For April 2010

INVENTORY

| | | |
|---|---|---:|
| 12000-000 | INVENTORY WAREHOUSE | 157,673 |
| 12000-030 | INVENTORY NARAN KRVNA | 238,860 |
| 12000-040 | INVENTORY BARRANQUITAS | 166,769 |
| 12000-050 | INVENTORY TOA ALTA | 228,750 |
| 12000-071 | INVENTORY VEGA BAJA | 197,103 |
| 12000-073 | INVENTORY CAMUY | 156,232 |
| 12000-074 | INVENTORY LARES | 142,058 |
| 12000-076 | INVENTORY OROCOVIS | 214,742 |
| 12000-077 | INVENTORY MANATI | 135,269 |
| 12000-078 | INVENTORY ARECIBO | 183,859 |
| 12000-079 | INVENTORY COROZAL | 192,811 |
| 12000-080 | INVENTORY SAN LORENZO | 174,394 |
| 12000-082 | INVENTORY SAN SEBASTIAN | 185,114 |
| 12000-083 | INVENTORY BAYAMON | 285,438 |
| 12000-084 | INVENTORY YAUCO | 203,458 |
| 12000-086 | INVENTORY VEGA ALTA | 350,318 |
| 12000-087 | INVENTORY NARANJITO D | 284,564 |
| 12000-088 | INVENTORY AGUADILLA | 420,113 |
| 12000-089 | INVENTORY PONCE | 235,483 |
| 12000-091 | INVENTORY RIO PIEDRAS | 395,100 |
| 12000-092 | INVENTORY CAGUAS | 226,345 |
| 12000-093 | INVENTORY HUMACAO | 225,129 |
| 12000-094 | INVENTORY CAROLINA | 194,496 |
| 12000-095 | INVENTORY BAY GARDENS | 333,729 |
| 12000-096 | INVENTORY GUAYNABO | 189,785 |
| 12000-101 | INVENTORY HUMACAO-REINA | 184,970 |
| 12000-102 | INVENTORY REINA CAGUAS | 232,244 |
| 12000-103 | INVENTORY REINA PENUELAS | 169,827 |
| 12000-105 | INVENTORY REINA COMERIO | 191,805 |
| 12000-107 | INVENTORY REINA SANTURCE | 337,580 |
| 12000-108 | INVENTORY REINA JUANA DIAZ | 231,405 |
| 12000-113 | INVENTORY PONCE CENTER | 172,485 |
| 12000-114 | INVENTORY SANTA ROSA | 203,574 |
| 12000-115 | INVENTORY REINA YAUCO | 171,283 |
| 12000-116 | INVENTORY REINA ADJUNTAS | 228,960 |
| | | 7,841,726 |

| Leasehold Improvements | | | | |
|---|---|---|---|---|
| Store fixtures & improvements | General journal | 06/29/2006 | 5,271.61 | 120 |
| Store fixtures & improvements | General journal | 06/29/2006 | 3,907.46 | 120 |
| Store fixtures & improvements | General journal | 06/29/2006 | 3,825.00 | 120 |
| Store fixtures & improvements | General journal | 06/29/2006 | 3,118.69 | 120 |
| Store fixtures & improvements | General journal | 07/31/2006 | 3,006.60 | 120 |
| Store fixtures & improvements | General journal | 07/31/2006 | 3,696.00 | 120 |
| Laguna Gardens- Electrical work | Jorge Maldonado Cres | 07/18/2006 | 15,500.00 | 120 |
| Gondolas | La Reina Managemen | 08/09/2006 | 17,000.00 | 120 |
| Store fixtures & improvements | General journal | 08/31/2006 | 384.92 | 120 |
| Store fixtures & improvements | General journal | 09/30/2006 | 7,812.07 | 120 |
| Store fixtures & improvements | General journal | 10/31/2006 | 4,311.43 | 120 |
| Store fixtures & improvements | General journal | 11/30/2006 | 5,357.31 | 120 |
| Store fixtures & improvements | General journal | 05/31/2007 | 28,114.99 | 120 |
| | | | | |
| Total leasehold improvements | | | 101,306.08 | |
| | | | | |
| DESIGNED TEMPERATURE | INVOICE 1420 | 08/10/2007 | 2,278.00 | 120 |
| ROGER ELECTRIC | INVOICE 219462-A | 09/20/2007 | 1,190.51 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 2,025.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 10,520.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 7,485.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 7,310.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 1,685.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 14,525.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 3,895.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 10,810.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 2,585.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 1,585.00 | 120 |
| Reclassification entry | General journal | 11/30/2007 | 3,655.00 | 120 |
| ORLANDO ADROVET | | 03/26/2008 | 444.53 | 120 |
| EL COROZO 2 | INVOICE 88203 | 03/31/2008 | 339.14 | 120 |
| SOUTHER FIRE PROTECTIONS | INVOICE 0834 | 04/24/2008 | 3,870.00 | 120 |
| ANGEL SOTO | VARIOUS | 04/30/2008 | 1,865.27 | 120 |
| HUMBERTO ADROVET | INVOICE | 04/10/2008 | 536.42 | 120 |
| THE HOME DEPOT | INVOICE 6614634 | 05/07/2008 | 1,820.03 | 120 |
| | | | | |
| ADDITIONS FY 07-08 | | | 78,423.90 | |
| | | | | |
| Additions 2009 | | | | |
| Store improvements-New Penuelas store | | 06/01/2008 | 46,037.15 | 120 |
| Construction of office at Humacao | | 06/01/2008 | 850.00 | 120 |
| Air conditioners replacements-Designed Temperature | | 08/19/2008 | 20,305.00 | 120 |
| | | | 67,192.15 | |
| | | | | |
| TOTALS | | | 246,922.13 | |