IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | CASE NO. 10-04048 BKT |
| AAA IMPORTS, INC. | Chapter 11 |
| Debtor | |

**MOTION SUBMITTING DOCUMENTS**

**TO THE HONORABLE COURT:**

COME NOW, AAA IMPORTS, INC., as Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), through the undersigned attorneys and very respectfully STATES and PRAYS:

1. On 5/27/2010 debtor filed a Motion submitting document(Dkt. 19) with the following:

   a. Amended Petition,

   b. Summary of Schedules and Schedules,

   c. Statement of Financial Affairs,

   d. Amended 20 Largest Unsecured Creditors, and

   e. Amended Master Address List

2. Following the Notice of Corrective Entry of 5/28/2010 (Dkt. 20):

   a. On 5/28/2010 debtor re-filed the Summary of Schedules and Schedules, and Statement of Financial Affairs – as separate events. (Docket entries 22, 23)

   b. On this date debtor re-files the Amended Petition, Amended 20 Largest Unsecured Creditors, and Amended Master Address List – as separate

*MOTION SUBMITTING DOCUMENTS*  *Page 2*
*CASE NO. 10-04048 BKT*

events.

3. Pursuant to LBR 1009 Debtor hereby provides the following

STATEMENT OF THE PURPOSE OF THE AMENDMENTS

4. The amended List of 20 Largest Unsecured Creditors contains the following additional creditors:

*Globe Marketing Corp*
*PO Box 361705*
*San Juan, PR 00936-1705* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $217,988.26

*HHC Enterprises LLC*
*c/o Adsuar Munoz Goyco & Perez*
*Westernworld Plaza 268*
*Ave Munoz Rivera, Ste 1400*
*San Juan, PR 00918* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $160,197.91

*Consejo de Titulares del Cantón Mall*
*C/o Sally Ortiz*
*PO Box 968*
*Bayamón, PR 00960* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $75,558.06

*Santa Rosa Mall LLC*
*C/o Maria F. Velez Pastrana*
*PO Box 195582*
*San Juan, PR 00919-5582* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $77,198.18

*Markwins Beauty Products*
*75 Remittance Dr*
*Suite 6578* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $93,963.19

*Universal Beauty Products*
*1200 Kirt Street*
*Elk Grove Village, IL 6007* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $88,734.33

5. The amended List of 20 Largest Unsecured Creditors deleted the following creditors:

*MOTION SUBMITTING DOCUMENTS*                      *Page 3*
*CASE NO. 10-04048 BKT*

---

(NOTE TO CREDITORS: Deletion from this list of <u>the 20 largest unsecured creditors</u> does not necessarily mean you are not a creditor in this case.)

| | |
|---|---|
| D P IMPORT CORPORATION<br>4619 ALAMEDA ST<br>LOS ANGELES CA 90058 | TYCOON PAPER<br>URB INDUSTRIAL EL COMANDANTE<br>EDIF 1<br>CAROLINA PR 00982 |
| FRANCISCO RODRIGUEZ GOMEZ<br>HC-03 BOX 15630<br>JUANA DIAZ PR 00795 | CONCORD ENTERPRISES INC<br>2957 EAST<br>46 TH ST<br>LOS ANGELES CA 90058 |
| DISTRIBUIDORA FERDOC<br>PO BOX 194601<br>SAN JUAN PR 00919-4601 | REGENT PRODUCTS CORP<br>8999 PALMER<br>RIVER GROVE IL 60171 |

     6.     The amended List of 20 Largest Unsecured Creditors contains the following modifications:

ADDRESS CHANGES:                                              CHANGED AMOUNTS:

VILLA BLANCA SHOPPING CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983

CHANGED TO:

*VILLA BLANCA SHOPPING CENTERLLC*
**C/O Maria F. Velez Pastrana**
**PO Box 195582**
**San Juan, PR 00919-5582** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $79,926.65

*Westernbank* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $7,168,349.00

*Autoridad de Energía Eléctrica* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $358,890.25

*CRIM* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $333,765.26

*65th Infanteria Shopping Center* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $142,574.31

*Commercial Centers Mgmt.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $112,200.11

*MOTION SUBMITTING DOCUMENTS*                                *Page 4*
*CASE NO. 10-04048 BKT*

---

*El Mercado Plaza SE* ................................................. $82,084.40

*Rodeo Import* ..................................................... $79,931.13

*JR World and or Capital Business* ..................................... $72,833.56

      7.   The amended List Creditors contains the following additions:

| | |
|---|---|
| ALLIED WASTE SERVICES<br>PO BOX 15067<br>SAN JUAN PR 00902-8567 | ANGLO PUERTO RICAN INSURANCE<br>TO BE PROVIDED |
| ANA MATANZO JIMENEZ<br>ESTANCIAS DE TORRRIMAR<br>75 REINA DE LAS FLORES<br>GUAYNABO PR  00966 | AON RISK SERVICES OF PUERTO RICO<br>PO BOX 191229<br>SAN JUAN PR 00919-1229 |
| ANDRES MARTINEZ<br>CALLE SAN CARLOS NO 7<br>URB MANSIONES DE CALDAS<br>SAN JUAN PR 00926 | BROOKLYNLOLLIPOP IMPORT<br>AND EXPORT<br>7 MARCU GARVERY BLVD<br>BROOKLYNNY 11206 |
| CONCEPCION ELECTRIC SERVICES<br>CALLE FO 1799<br>URB  LAS LOMAS<br>SAN JUAN PR  00921 | ENVASES ECOLOGICOS INC<br>URB PARQUE ESCORIAL<br>JARDINES DEL PARQUE 3803<br>CAROLINA PR  00987 |
| CORDIALSA BORICUA EMPAQUEINC<br>P O BOX 9021741<br>SAN JUAN PR 00902-1741 | FIRE PROTECTION CO<br>PO BOX 9306<br>COTTO STATION<br>ARECIBO PR 00613 |
| EL COROZO-2<br>TO BE PROVIDED | FLORISTERIA ZUAZO<br>257 DOMENECH AVE<br>SAN JUAN PR 00918-3510 |
| ENRIQUE CARRION GRATEROLE<br>TO BE PROVIDED | |

*MOTION SUBMITTING DOCUMENTS* *Page 5*
*CASE NO. 10-04048 BKT*

---

*FOUR SEASONS GENERAL*
 *MERCHANDISE*
*2801 E VERNON AVE*
*VERNON CA 90058*

*GABRIEL MATANZO*
*CONDOMINIO PALMA REAL*
*APT 5G MADRID 2*
*SAN JUAN PR  00907*

*GINA GROUP INC*
*31 WEST 34TH STREET*
*SUITE 502*
*NEW YORK NY  10001*


*GUTIERREZ REALTY CO SE*
*TO BE PROVIDED*

*HHC ENTERPRISES LLC*
*1 DOUBLEDAY LANE*
*RICHFILED CONNECTICUT 06877*



*LCDA ANA MATANZO VICENS*
*CONDOMINIO PALMA REAL*
*APT 5-J MADRID 2*
*SAN JUAN PR  00907*


*LCDO HECTOR CALLE*
*PO BOX 11073*
*SAN JUAN PR 00922-1073*


*LIBERTY FINANCE INC*
*PO BOX 70380*
*ACC01500003596*
*SAN JUAN PR  00936-8380*

*HHC ENTERPRISES LLC*
*CO ADSUAR MUNOZ GOYCO*
*WESTERNWORLD PLAZA*
*268 MUNOZ RIVERA STE 1400*
*SAN JUAN PR 0*

*ISIDRO BARANDA SUAREZ*
*14 SURFSIDE RD*
*PALMAS DEL MAR*
*HUMACAO PR  00791-000*

*JOSE A VILA INC*
*CO SANTIAGO  SANTIAGO LAW OFFICE*
*CALLE ESTEBAN PADILLA NO 58 3ER PISO*
*BAYAMON PR 00959*

*JOSE A VILA INC*
*PO BOX 8733*
*SANTURCE PR  00910-0733*

*KAMAL MOHAMED*
*TO BE PROVIDED*



*LMI CONSOLIDATORS OF PR INC*
*PO BOX 2917*
*CAROLINA PR 00984*

*MARKWINS BEAUTY PRODUCTS*
*75 REMITTANCE DRIVE SUITE 6578*

*MILDRED LANDRON PAGAN*
*TO BE PROVIDED*

*MUNICIPIO DE YAUCO*
*P O BOX 1*
*YAUCO P R 00698*

MOTION SUBMITTING DOCUMENTS  Page 6
CASE NO. 10-04048 BKT

MUNICIPION DE HUMACAO
P O BOX 178
HUMACAO P R 00791

NILDA I MEDIAVILLA VAZQUEZ
TO BE PROVIDED

PEPSI CO CARIBBEAN
DBA FRITO LAY
PO BOX 70276
SAN JUAN PR 00936

POPULAR AUTO
1901 AVE JESUS T PINERO
SUITE 467
SAN JUAN PR 00920-5608

RAMON MANTANZO
CONDOMINIO PALMA REAL
APT 5-G MADRID 2
SAN JUAN PR 00907

ROYAL DELUXE ACCESSORIES LLC
PO BOX 320210
BROKLYN NY 11232

RUBIO IMPORTS INC
PO BOX 3933
AGUADILLA PR 00605

SAN LUIS INVESTMENT SE
TO BE PROVIDED

SAN MIGUEL LABEL
MANUFACTURING INC
TO BE PROVIDED

SANTA ROSA MALL LLC
CO MARIA F VELEZ PASTRANA
PO BOX 195582
SAN JUAN PR 00919-5582

SANTA ROSA MALL LLC
PO BOX 362983
SAN JUAN PR 00936-2983

SERAFIN ORTIZ COLON
PO BOX 3161
VEGA ALTA PR 00692

UNIVERSAL BEAUTY PRODUCTS
1200 KIRT STREET
ELK GROVE VILLAGE IL 6007
UNIVERSAL INSURANCE
TO BE PROVIDED

UNIVERSAL PRODUCTORA SA DE CV
CRACOVIA 54 COLONIA SAN ANGEL
EDIF ANEXO
MEXICO DF MEXICO

VILLA BLANCA SHOPPING CENTERLLC
CO MARIA F VELEZ PASTRANA
PO BOX195582
SAN JUAN PR 00919-5582

YASMIN ENTERPRISES INC
TO BE PROVIDED

8. Pursuant to LBR 1009-1 debtor hereby gives notice to all creditors not previously included on the original mailing matrix of:

- the original notice scheduling the Section 341 Meeting of Creditors for June 21, 2010 at

*MOTION SUBMITTING DOCUMENTS* *Page 7*
*CASE NO. 10-04048 BKT*

    2:00pm (attached) and other pertinent deadlines and dates contained therein.

- the right to file a proof of claim within 90 days of service of this motion or within the time set for previously scheduled creditors, whichever is later, or within such other time as allowed by Rule 9006( c) FRBP

9. Finally, the Voluntary Petition was amended to correct the address of the Debtor.

In San Juan, Puerto Rico, this 29th of May, 2010.

    **I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system; and by first class mail to the U.S. Trustee, the creditors affected by the amended documents (at the addresses set forth in the foregoing STATEMENT OF THE PURPOSE OF THE AMENDMENTS and to creditors appearing on the Service List attached to filed document.

 EDGARDO MUÑOZ, PSC
*Attorneys for Debtor*
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 524-3888
Fax (787) 524-3888


**s/ EDGARDO MUÑOZ**
   USDC NO. 125713
emunoz@emunoz.net