AAA IMPORTS, INC.                Short  SERVICE LIST (5/28/10)                                1

EDGARDO MUNOZ, PSC
PO BOX 360971
SAN JUAN, PR 00936-0971

KOLE IMPORTS INC
24600 S MAIN ST
CARSON CA 90745

AAA IMPORTS INC
PO BOX 1509
VEGA ALTA, PR 00694

OMEGA DELTA CO INC
PO BOX 1831
CAROLINA PR 00984

WESTERNBANK
PO BOX 1180
MAYAGUEZ PR 00681-1180

VILLA BLANCA SHOPPING
CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140

COMMERCIAL CENTERS
MANAGEMENT
PO BOX 362983
SAN JUAN PR 00936-2983

CRIM
PROPIEDAD MUEBLE
PO BOX 362983
SAN JUAN PR 00936-2983

D P IMPORT CORPORATION
4619 ALAMEDA ST
LOS ANGELES CA 90058

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN PR 00936

GOLDEN SHEETS FACTORY
64 MILL STREET
PATERSON NJ 07501

PUERTO RICO BEAUTY SUPPLY INC
PO BOX 192317
SAN JUAN PR 00919-2317

RODEO IMPORT
CALLE C EDIFICIO RODEO
APDO 030-00253 ZL
REP PMA

65TH INFANTERIA SHOPPING
CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983

TYCOON PAPER
URB INDUSTRIAL EL COMANDANTE
EDIF 1
CAROLINA PR 00982

AAA IMPORTS, INC.                Short  SERVICE LIST (5/28/10)                               2

| | |
|---|---|
| EL MERCADO PLAZA S E<br>PO BOX 474<br>TRUJILO ALTO PR 00977-0474 | LUIS C. MARINI BIAGGI<br>O'Neill & Borges<br>American International Plaza, Suite 800<br>250 Muñoz Rivera Avenue<br>San Juan, PR  00918-1813 |
| FRANCISCO RODRIGUEZ GOMEZ<br>HC-03 BOX 15630<br>JUANA DIAZ PR 00795 | DEPARTMENT OF TREASURY<br>BANKRUPTCY DIVISION<br>PO BOX 9024140<br>SAN JUAN PR 00902-4140 |
| JR WORLD AND OR CAPITAL BUSINESS<br>350 UNIUS STREET<br>BROOKLYN NY 11212 | INTERNAL REVENUE SERVICES<br>POST OFFICE<br>BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| CONCORD ENTERPRISES INC<br>2957 EAST<br>46 TH ST<br>LOS ANGELES CA 900058 | IRS<br>CITIVIEW PLAZA NO 2<br>48 CARRETERA 165 SUITE 2000<br>GUAYNABO PR 00968-8000 |
| DISTRIBUIDORA FERDOC<br>PO BOX 194601<br>SAN JUAN PR 00919-4601 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |
| REGENT PRODUCTS CORP<br>8999 PALMER<br>RIVER GROVE IL 60171 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919 |
| CARMEN D. CONDE TORRES<br>C. Conde & Assoc.<br>Law Offices<br>254 San José Street<br>Suite 5<br>San Juan, PR 00901-1523 | IRS<br>INTERNAL REVENUE SVC CENTER<br>KANSAS CITY, MO 64999 |

AAA IMPORTS, INC.  Short  SERVICE LIST (5/28/10)  3

JUAN SUAREZ COBO
LEGAL PARTNERS PSC
138 WINSTON CHURCHILL AVE STE 316
SAN JUAN, PR 00926-6023

CARLOS HERNANDEZ VIVONI
W&B LAW OFFICES PSC
American Airlines Bldg
1509 Lopez Landron, 10th Fl
San Juan, PR 00911

DANIEL MOLINA LOPEZ
Totti & Rodriguez Diaz
PO Box 191732
San Juan, PR 00919-1732

BUFETE ROBERTO CORRETJER PIQUER
625 Ponce de León Ave.
San Juan, P.R. 00917-4819

MUÑOZ BONETA BENITEZ PERAL BRUGUERAS
PO BOX 191979
SAN JUAN PR 00919-1979