Amended

65TH INFANTERIA SHOPPING CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983


A  S WIRELESS ACCESORIES
URB MEDINA
F33 CALLE 5
ISABELA PR  00662


A Y Z SECURITY AGENCY INC
PO BOX 69001 JPMB 355
HATILLO PR 00569 PUERTO RICO


ACCUMULATE VACATION TO
EMPLOYEES TO BE TAKEN IN
THE ORDINARY COURSE OF BUSINESS

ACTION GROUP CORPORATION
PO BOX 1325
SAINT JUST PR 00978


ADT SECURITY SYSTEMS
PO BOX 366758
SAN JUAN PR 00936-6758


AGROPHARMA LABORATORIES INC
PO BOX 1150
SAN JUAN PR 00751


ALI A HUSSEIN
CALLE SAN ALBERTO
URB SAN AGUSTIN
VEGA BAJA PR  00694

ALLIED WASTE SERVICES
PO BOX 15067
SAN JUAN PR 00902-8567


ALMACENES DEL CASTILLO
PO BOX 9020564
SAN JUAN PR 00902-0564


ALPHA ONE SECURITY SOLUTIONS
LAGUNA GARDEN SHOPING CENTER
10 AVE LAGUNA SUITE 256
CAROLINA PR  00979-6493


AMERICAN PRESIDENT LINES OF PR
2000 KENNEDY AVENUE
MAI BLDG SUITE 316
SAN JUAN PR 00920


ANA MATANZO JIMENEZ
ESTANCIAS DE TORRRIMAR
75 REINA DE LAS FLORES
GUAYNABO PR  00966


ANDRES MARTINEZ
CALLE SAN CARLOS NO 7
URB MANSIONES DE CALDAS
SAN JUAN PR 00926


ANGLO PUERTO RICAN INSURANCE
TO BE PROVIDED


ANTONIO RIVERA REOYO
PO BOX 8969
HUMACAO PR 00792

AON RISK SERVICES OF PUERTO RICO
PO BOX 191229
SAN JUAN PR 00919-1229


AQUA-GULF TRANSPORT INC
PO BOX 11256
SAN JUAN PR 00922-1256


AQUA-GULF XPRESS
1055 ILA OFFICE SUITE 704
CARR2 KM 21 MARG AVE KENNEDY
SAN JUAN PR  00920


AUTORIDAD DE ACUEDUCTOS Y
ALCANTARILLADOS
COROZAL PR  00783


AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN PR 00936


AVANTEK MANUFACTURING CORP
PO BOX 51477
TOA BAJA PR  00950


AWILDA MAYOL DE CANCIO
PO BOX 668
SAN SEBASTIAN PR 00685


AXIOM TRADE INC
MAI CENTER SUITE 210
KENNEDY AVE
SAN JUAN PR  00920

B FERNANDEZ  HNOS INC
PO BOX 363629
SAN JUAN PR 00936-3629


BV PROPERTIES INC
YAUCO PLAZA 1-137
YAUCO PR 00698


BEAUTY CONCEPTS INC
PO BOX 1863
HATO REY PR 00919


BEEPEX CORP
1049 JESUS T PIERO
SAN JUAN PR 00920


BENSO CORPORATION
PO BOX 9418
CAGUAS PR 00726


BROOKLYNLOLLIPOP IMPORT
AND EXPORT
7 MARCU GARVERY BLVD
BROOKLYNNY 11206


C AND F WORLWIDE AGENCY CORP
PO BOX 9020737
SAN JUAN PR 00902


C7 GLOBAL INC
PO BOX 11741
SAN JUAN PR 00922

Amended

CADBURY ADAMS
PO BOX 3631168
SAN JUAN PR 00936-3168


CANGREJO ARRIBA DEVELOPMENT CORP
PO BOX 190525
SAN JUAN PR 00919-0525


CARIAN MANAGEMENT INC
PO BOX 1509
VEGA BAJA PR 00694


CARIAN MANAGEMENT INC
PO BOX 1509
VEGA BAJA PR 00694-1509


CARIBE CANDLE CORPORATION
BOX 120
PEUELAS PR 00624


CARLOS ENRIQUE RIVERA LUGO
PO BOX 1003
MANATI PR 00674


CARLOTA MONSERRATE LUGO CALZADA
500 BLVD PASEO DEL RIO
APTO 5301
HUMACAO PR  00791


CCVA INC
PO BOX 190525
SAN JUAN PR 00919-0525

Amended

CESAR CASTILLO INC
PO BOX 191149
SAN JUAN PR 00919-1149


CITY OFFICE SUPPLY
PO BOX 1669
BAYAMON PR 00960


COLGATE-PALMOLIVE CO DIST
PO BOX 363865
SAN JUAN PR 00936-3865


COLOMER AND SUAREZ SAN JUAN INC
PO BOX 11351
CAPARRA HEIGHTS STA
SAN JUAN PR 00922


COMMERCIAL CENTERS MANAGEMENT
PO BOX 362983
SAN JUAN PR 00936-2983


COMPUTER CONSULTING GROUP
313 MONTGOMERY ST
URB SAN GERARDO
SAN JUAN PR  00926


CONCEPCION ELECTRIC SERVICES
CALLE FO 1799
URB  LAS LOMAS
SAN JUAN PR  00921


CONCORD ENTERPRISES INC
2957 EAST
46 TH ST
LOS ANGELES  CA 900058

CONSEJO DE TITULARES
DE EL CANTON MALL
CO SALLY ORTIZ
PO BOX 968
BAYAMON PR 00960


CONSEJO DE TITULARES DE
EL CANTON MALL
JUAN A RAMOS DIAZ ESQ
AVE DE DIEGO 359
SAN JUAN PR 00909-1711


CORDIALSA BORICUA EMPAQUE INC
PO BOX 9021741
SAN JUA PR 00902-1741


CORDIALSA BORICUA EMPAQUEINC
P O BOX 9021741
SAN JUAN PR 00902-1741


CRIM
PROPIEDAD MUEBLE
PO BOX 362983
SAN JUAN PR 00936-2983


D  P IMPORT CORPORATION
4619 ALAMEDA ST
LOS ANGELES CA 90058


DEL RIO TRADING  BEAUTY SUPPLY
P O BOX 779
CAMUY PR 00627


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140


DESIGNED TEMPERATURES INC
VILLA ALEGRIA TOPACIO 259
AGUADILLA PR 00603


DISTRIBUIDORA DANIBETZA
BO ALMIRANTE SUR
VEGA BAJA PR 00694


DISTRIBUIDORA FERDOC
PO BOX 194601
SAN JUAN PR 00919-4601


DISTRIBUIDORA FLAMINGO INC
PO BOX 9066537
SAN JUAN PR 00906-6537


DONNAMAX INC
765 MCDONALD AVENUE
BROKLYN NY 11218


DR EDWIN CUEVAS SANABRIA
CALLE RIUS RIVERA 6
ADJUNTAS PR 00601


DURA KLEEN USA INC
458 EAST 101ST ST
BROOKLYN NY 11236

Amended

EDITEX HOME CURTAIN CORP
65 OSER AVENUE
HAUPPAUGE NY 11788


EGM POWERGROUP INC
PMB 509 PO BOX 4960
CAGUAS PR 00726


EL COROZO-2
TO BE PROVIDED


EL MERCADO PLAZA S E
PO BOX 474
TRUJILO ALTO PR 00977-0474


ELMERS PRODUCTS INC A BORDEN INC
PO BOX 951101
DALLAS TX 75395-1101


EMPRESAS DE GAS CO INC
BOX 1025
SABANA SECA STA
SABANA SECA PR  00952-1025   PUERTO RICO


EMPRESAS PAP CORP
PO BOX 942
MAYAGUEZ PR 00681


EMPRESAS VALLEDOR INC
PO BOX 194601
SAN JUAN PR 00919-4601

Amended

ENRIQUE ANTONIO RIVERA LUGO
PO BOX 1176
CAGUAS PR  00726-1176


ENRIQUE CARRION GRATEROLE
TO BE PROVIDED


ENVASES ECOLOGICOS INC
URB PARQUE ESCORIAL
JARDINES DEL PARQUE 3803
CAROLINA PR  00987


EPIFANIO VIDAL SE
MSC 6152
ESTACION 1
BAYAMON PR  00960


EPIFANIO VIDAL SE
MSC 6152
ESTACION 1
BAYAMON PR  00960


FEDERAL EXPRESS
ACCT 200700678
PO BOX 332
MEMPHIS TN  38194-4741


FERRASAN DEVELOPING CORP
APARTADO 988
AGUADILLA PR  00605


FERRASAN DEVELOPING CORP
CO JUAN A RAMOS DIAZ
359 DE DIEGO AVE SUITE 601
SAN JUAN PR 00909-1711

Amended

FIDEICOMISO GLORIA RIVERA REOYO
702 CALLE ROOSEVELT
APT 201
SAN JUAN PR  00907


FIRE PROTECTION CO
PO BOX 9306
COTTO STATION
ARECIBO PR 00613


FLORISTERIA ZUAZO
257 DOMENECH AVE
SAN JUAN PR 00918-3510


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028


FOUR SEASONS GENERAL MERCHANDISE
2801 E VERNON AVE
VERNON CA 90058


FRANCISCO RODRIGUEZ GOMEZ
HC-03 BOX 15630
JUANA DIAZ PR 00795


GABRIEL MATANZO
CONDOMINIO PALMA REAL
APT 5G MADRID 2
SAN JUAN PR  00907


GENERAL WHOLESALERS  DISTRIBUTORS
P O BOX 1739
TRUJILLO ALTO PR 00977-1739

GENESIS
PO BOX 531
ISABELA PR 00662


GINA GROUP INC
31 WEST 34TH STREET
SUITE 502
NEW YORK NY  10001


GLAXOSMITHKLINE
PO BOX 71591
SAN JUAN PR 00936-8691


GLOBE MARKETING CORP
PO BOX 361705
SAN JUAN PR 00936-1705


GLORIA MATANZO
CONDOMINIO PALMA REAL
APT 5-G MADRID 2
SANS JUAN PR  00907


GOLDEN SHEETS FACTORY
64 MILL STREET
PATERSON NJ 07501


GRUPO SAN LORENZO SE
PO BOX 2080
CAYEY PR 00737


GUTIERREZ REALTY CO SE
TO BE PROVIDED

HECTOR CALLE ESQ
PO BOX 11073
SAN JUAN PR 00922-1073


HERSHEY FOODS CORPORATION
PO BOX 70347
SAN JUAN PR 00936-8347


HHC ENTERPRISES LLC
1 DOUBLEDAY LANE
RICHFILED CONNECTICUT 06877


HHC ENTERPRISES LLC
CO ADSUAR MUNOZ GOYCO
WESTERNWORLD PLAZA
268 MUNOZ RIVERA STE 1400
SAN JUAN PR 00918


HOLIDAY CARDS
PO BOX 37-3333
CAYEY PR 00737


HUSSEIN MOHAMED ISHKIRAT
CALLE SAN JOSE NO 5
LARES PR 00669


I REMBALSKY INC
PO BOX 9567
SANTURCE PR 00908


IN-MAR TRADING INC
PO BOX 51486
LEVITTOWN PR 00950-1486

INTEGRAND ASSURANCE COMPANY
PO  BOX 70128
SAN JUAN PR 00936-8128


INTERNAL REVENUE SERVICES
POST OFFICE
BOX 21126
PHILADELPHIA PA 19114-0326


IRS
CITIVIEW PLAZA NO 2
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000


ISIDRO BARANDA SUAREZ
14 SURFSIDE RD
PALMAS DEL MAR
HUMACAO PR  00791-000


JAN DISTRIBUTORS
PO BOX 206
SABANA GRANDE PR 00637


JDY HOME
295 5TH AVENUE SUITE 1616
NEW YORK NY 10016


JOSE A VILA INC
CO SANTIAGO  SANTIAGO LAW OFFICE
CALLE ESTEBAN PADILLA NO 58 3ER PISO
BAYAMON PR 00959


JOSE A VILA INC
PO BOX 8733
SANTURCE PR  00910-0733

JOSE MIGUEL GONZALEZ VIRELLA
CALLE BOU 45
COROZAL PR 00783


JOSE ROBERTO
CALLE AGUILU AVE ANDALUCIA 767 SE
PUERTO NUEVO
SAN JUAN PR  00921


JR WORLD AND OR CAPITAL BUSINESS
350 UNIUS STREET
BROOKLYN NY 11212


JUSTO SOTOMAYOR
PO BOX 363687
SAN JUAN PR 00936-3687


KAMAL MOHAMED
TO BE PROVIDED


KERCADO ESTRADA  CO PSC
CAPITAL CENTER SOUTH TOWER
239 ARTERIAL HOSTOS SUIT 903
SAN JUAN PR  00918-1478


KIMBERLY-CLARK PR INC
PO BOX 71453
SAN JUAN PR 00936-8553


KOLE IMPORTS INC
24600 S MAIN ST
CARSON CA 90745

LABORATORIO CLINICO TOLEDO INC
51 CALLE PALMA
ARECIBO PR 00612


LABORATORIO CLINICO TOLEDO INC
51 CALLE PALMA
ARECIBO PR 00612


LARSEN PRODUCTS
PO BOX 5308
CAGUAS PR 00725


LASER PRODUCTS
PO BOX 1723
JUNCOS PR 00777


LC DISTRIBUTORS INC
P O BOX 361709
SAN JUAN PR 00936


LCDA ANA MATANZO VICENS
CONDOMINIO PALMA REAL
APT 5-J MADRID 2
SAN JUAN PR  00907


LCDO HECTOR CALLE
PO BOX 11073
SAN JUAN PR 00922-1073


LIBERTY FINANCE INC
PO BOX 70380
ACC01500003596
SAN JUAN PR  00936-8380

Amended

LM WASTE SERVICE CORP
PMB H-819
AVE  HOSTOS
PONCE PR  00716-1107


LMI CONSOLIDATORS OF PR INC
PO BOX 2917
CAROLINA PR 00984


LOCKMOBILE SECURITY SPECIALISTS
PO BOX 29579
SAN JUAN PR 00929-0579


LS QUILTING INC
PO BOX 362385
SAN JUAN PR 00936-2385


LUIS GARRATON INC
P O BOX 362984
SAN JUAN PR 00936-2984


MARDO INTERNATIONAL DISTRIBUTING
P O BOX 29791
SAN JUAN PR 00929-0791


MARIA LUISA MAYOL ORONOZ
PO BOX 668
SAN SEBASTIAN PR 00685


MARIA MILAGROS RIVERA LUGO
PO BOX 800581
COTO LAUREL PR 00780-0581

Amended

MARICARMEN MATANZO
BOX 654
CAGUAS PR 00726


MARKWINS BEAUTY PRODUCTS
75 REMITTANCE DRIVE SUITE 6578


MARVIC PARKING SERVICES INC
PO BOX 458
MAYAGUEZ PR 00681


MASTER DISTRIBUTOR INC
PO BOX 4817
CAROLINA PR 00984-4817


MAX WHOLESALE IMP EXP INC
2410 E38TH ST
VERNON CA 90058


MAYS ZONA LIBRE SA
APARTADO 2094
ZONA LIBRE DE COLON
COLON REP DE PANAMA


MENDEZ COMPANY
PO BOX 363348
CEL  220-0937
SAN JUAN PR  00936-3348


MILDRED LANDRON PAGAN
TO BE PROVIDED

Amended

MORALES DISTRIBUTORS
PO BOX 787
HORMIGUEROS PR 00660

MUNICIPIO DE ADJUNTAS
PO BOX 1009
ADJUNTAS PR 00601

MUNICIPIO DE AGUADILLA
PO BOX 1008
AGUADILLA PR  00605

MUNICIPIO DE ARECIBO
PO BOX 1086
ARECIBO PR  00613

MUNICIPIO DE BARRANQUITAS
P O BOX 250
BARRANQUITAS PR 00794

MUNICIPIO DE BAYAMON
P O BOX 1588
BAYAMON P R 00961

MUNICIPIO DE CAGUAS
P O BOX 907
CAGUAS P R 00726

MUNICIPIO DE CAMUY
PO BOX 539
CAMUY PR  00637

Amended

```
MUNICIPIO DE CAROLINA
APARTADO 8
CAROLINA PR  00986-0008


MUNICIPIO DE CAYEY
P O BOX 371330
CAYEY P R  00737-1330


MUNICIPIO DE COMERIO
PO BOX 1108
COMERIO PR 00782


MUNICIPIO DE COROZAL
CALLE CERVANTES 9
COROZAL PR  00783


MUNICIPIO DE FAJARDO
P O BOX 865
FAJARDO P R 00738


MUNICIPIO DE GUAYNABO
DEPT DE FINANZAS
APARTADO 7890
GUAYNABO PR  00970-7890


MUNICIPIO DE HUMACAO
PO BOX 178
HUMACAO PR 00792


MUNICIPIO DE LARES
PO BOX 218
LARES PR  00669
```

Amended

MUNICIPIO DE MANATI
CALLE QUINONEZ 10
MANATI PR  00674


MUNICIPIO DE NARANJITO
PO BOX 153
NARANJITO PR  00719


MUNICIPIO DE OROCOVIS
PATENTE MUNICIPAL
PO BOX 2106
OROCOVIS PR  00720


MUNICIPIO DE PEUELAS
P O BOX 10
PEUELAS P R 00624


MUNICIPIO DE PONCE
P O BOX 331709
PONCE P R 00733-1709


MUNICIPIO DE SAN JUAN
PO BOX 70179
SAN JUAN PR  00936-8179


MUNICIPIO DE SAN LORENZO
PO BOX 1287
SAN LORENZO PR  00754


MUNICIPIO DE SAN SEBASTIAN
PO BOX 1603
SAN SEBASTIAN PR  00685

MUNICIPIO DE TOA ALTA
PO BOX 82
TOA ALTA PR  00954


MUNICIPIO DE VEGA ALTA
PO BOX 1390
VEGA ALTA PR  00692


MUNICIPIO DE VEGA ALTA
PO BOX 1390
VEGA ALTA PR  00692


MUNICIPIO DE YAUCO
P O BOX 1
YAUCO P R 00698


MUNICIPION DE HUMACAO
P O BOX 178
HUMACAO P R 00791


MYA TRANSPORT INC
PO BOX 902
DORADO PR 00646


NESTLE PUERTO RICO INC
PO BOX 71538
SAN JUAN PR 00936-8638


NILDA I MEDIAVILLA VAZQUEZ
TO BE PROVIDED

OMEGA  DELTA CO INC
PO BOX 1831
CAROLINA PR 00984


ORLANDO ADROVET MOLINA
R A 1-VIA DEL RIO CRISTAL
URB ENCANTADA
TRUJILLO ALTO PR  00976


ORLANDO ADROVET MOLINA
R A 1-VIA DEL RIO CRISTAL
URB ENCANTADA
TRUJILLO ALTO PR 00976


ORO CANDY DISTRIBUTORS
PO BOX 1879
OROCOVIS PR 00720


PEDRO ENRIQUE RIVERA LUGO
CALLE TURIN 608
ESTANCIAS DE TORUGUERO
VEGA BAJA PR  00693


PEPSI CO CARIBBEAN
DBA FRITO LAY
PO BOX 70276
SAN JUAN PR 00936


PEUELAS SHOPPING PLAZA INC
PO BOX 3685
MAYAGUEZ PR 00681-3685


POPULAR AUTO
1901 AVE JESUS T PINERO
SUITE 467
SAN JUAN PR 00920-5608

PREMIO GORDO INC
PO BOX 800675-675
COTO LAUREL PR    00780


PRO LIGHTING ELECTRICAL DISTRIBUTOR
AVE LOS CONQUISTADORES 150 LOCAL 01A
MARINA BAHIIA PLAZA
CATANO PR  00962


PUERTO RICO BEAUTY SUPPLY INC
PO BOX 192317
SAN JUAN PR 00919-2317


PUERTO RICO GENERAL DISTRIBUTING CO
JULIO N MATOS INDPARK LOT 26
WAREHOUSE PLI BOMARTIN
CAROLINA PR  00987


PUERTO RICO SUPPLIES
PO BOX 11908
SAN JUAN PR 00922-1908


PUERTO RICO TELEPHONE COMPANY
787-270-5300-071
PO BOX 71535
SAN JUAN PR PR  00936


R  H DISTRIBUTORS
APTDO 3511
BAYAMON GARDEN STATION
BAYAMON PR  00958

Amended

RAMON MANTANZO
CONDOMINIO PALMA REAL
APT 5-G MADRID 2
SAN JUAN PR  00907


REGENT PRODUCTS CORP
8999 PALMER
RIVER GROVE IL 60171


RENEWAL CONSUMER PRODUCTS INC
PO BOX 190205
SAN JUAN PR 00919-0205


RODEO IMPORT
CALLE C EDIFICIO RODEO
APDO 030-00253 ZL
REP PMA


ROMEY INC
PMB 384
1357 ASHFORD AVE
SAN JUAN PR  00907


ROYAL DELUXE ACCESSORIES LLC
PO BOX 320210
BROKLYN NY 11232


RUBIO IMPORTS INC
PO BOX 3933
AGUADILLA PR 00605


SAN JUAN TRADING CO INC
PO BOX 366458
SAN JUAN PR 00936-6458

Amended

SAN LUIS INVESTMENT SE
TO BE PROVIDED


SAN MIGUEL LABEL
MANUFACTURING INC
TO BE PROVIDED


SANTA REAL REALTY CORP
P O BOX 190525
SAN JUAN PR 00919-0525


SANTA ROSA MALL LLC
CO MARIA F VELEZ PASTRANA
PO BOX 195582
SAN JUAN PR 00919-5582


SANTA ROSA MALL LLC
PO BOX 362983
SAN JUAN PR 00936-2983


SECRETARIO DE HACIENDA
372 AVE ROTARIOS
SUITE 103 B
ARECIBO PR   00612-4601


SERAFIN ORTIZ COLON
PO BOX 3161
VEGA ALTA PR 00692


STANDARD BEAUTY SUPPLY INC
PO BOX 191863
SAN JUAN PR 00919-1863

START MARKING SYSTEMS INC
PO BOX 2175
BAYAMON PR 00960-2175


SUAREZ SALES INC
PO BOX 126
CATAO PR 00963


SUCESION ESTEBAN CARRION DIAZ
PO BOX 192
MANATI PR 00674


SWEET HOUSE
PO BOX 8025
BAYAMON PR 00960-8025


T MOBILE
PO BOX 660252
DALLAS TX  75266-0252


TAGICIG SERVICES
MERCANTTIL PLAZA BUILDING
SUITE 810
HATO REY PR  00918


TERMO ENVASESSA
PO BOX 9231
BAYAMON PR 00960-8041


THE CLOROX COMMERCIAL COMPANY
PO BOX 2133
SAN JUAN PR 00922-2133

THE NEW PONCE SHOPPING CENTER LP
PO BOX 331943
PONCE PR 00733-1943


THOMAS DIAZ INC
PO BOX 1031
SABANA SECA PR  00952-1031


TNT FIREWORKS
4511 HELTON DRIVE
FLORENCE AL 35630


TOP TRADERS INC
PO BOX 194601
SAN JUAN PR 00919-4601


TOTAL APPLIANCES
PO BOX 6554
SAN JUAN PR 00914-6554


TYCOON PAPER
URB INDUSTRIAL EL COMANDANTE
EDIF 1
CAROLINA PR  00982


UMA ENTERPRISES
660 WEST ARTESIA BLVD
COMPTON
COMPTON CA  90220


UNILEVER DE PR INC
PO BOX 70129
SAN JUAN PR 00936-8357 PUERTO RICO

Amended

UNIVERSAL BEAUTY PRODUCTS
1200 KIRT STREET
ELK GROVE VILLAGE IL 6007


UNIVERSAL INDUSTRIAL SUPPLIES
PO BOX
PONCE PR 00732



UNIVERSAL INSURANCE
TO BE PROVIDED


UNIVERSAL MANUFACTURING CORP
PO BOX 11999
SAN JUAN PR 00922



UNIVERSAL PRODUCTORA SA DE CV
CRACOVIA 54 COLONIA SAN ANGEL
EDIF ANEXO
MEXICO DF MEXICO


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192


V SUAREZ CO INC
PO BOX 364588
SAN JUAN PR 00936-4588



VALENTIN EXTERMINATING SERVICES
PMB 390 2135 CARR 2
SUITES 15
BAYAMON PR  00959

VENROD TRADING COMPANY INC
1138 ROOSEVELT AVENUE
SAN JUAN PR 00920


VERPAS PRODUCTS INC
PO BOX 29410
65TH INF STA
RIO PIEDRAS PR  00929-9410


VICTORIA CLASSICS
277 5TH AVENUE
NEW YORK NY 10016


VILLA BLANCA SHOPPING CENTERLLC
CO MARIA F VELEZ PASTRANA
PO BOX195582
SAN JUAN PR 00919-5582


VILLA BLANCA SHOPPING CENTERLLC
PO BOX 362983
SAN JUAN PR 00936-2983


WESTERN BANK WORLD-VISA
PO BOX 430
MAYAGUEZ PR 00681-0430


WESTERN OIL CORPORATION
PO BOX PMB 172
AVE ESMERALDA 53
GUAYNABO PR  00969-4429


WESTERNBANK
PO BOX 1180
MAYAGUEZ PR 00681-1180

Amended

```
WG GROUP
2000 CARR 8177
SUITE 26 PMB 220
GUAYNABO PR   00966-3762


WILFREDO SEGARRA SINDICO
PO BOX 9023385
SAN JUAN PR 00902-3382



WILLAGRE CORP
PO BOX  1423
CIALES PR 00638



XEROX CORPORATION
PO BOX 650361
DALLAS TX 75265-0361



YASMIN ENTERPRISES INC
TO BE PROVIDED
```

Amended

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re   AAA IMPORTS, INC.                                        ,
　　　　　　　　　　　　　Debtor

Case No.   10-04048 (BKT)

Chapter   11

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 31 pages, is true, correct and complete to the best of my knowledge.

Date   MAY 27, 2010

Signature   _Orlando Adrovet Molina_

ORLANDO ADROVET MOLINA,
PRESIDENT

EDGARDO MUÑOZ,
P.S.C.
PO BOX 360971
SAN JUAN, PR 00936-0971
787-524-3888
787-524-3888