B4 (Official Form 4)(12/07)

Case:10-04048-BKT11 Doc#:26-4 Filed:05/29/10 Entered:05/29/10 17:32:47 Desc:
List of 20 Largest Creditors (AMENDED) Page 1 of 5

Amended

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re AAA IMPORTS, INC.,
Debtor

Case No. 10-04048 (BKT)

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WESTERNBANK P.O. BOX 1180 MAYAGUEZ, PR 00681-1180 | 787-834-8001 | | | 7,168,349.00 |
| DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | 593,800.72 |

Amended

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AUTORIDAD DE ENERGIA ELECTRICA PO BOX 363508 SAN JUAN, PR 00936 | 787-620-2482 | | | 358,890.25 |
| CRIM PROPIEDAD MUEBLE P.O BOX 362983 SAN JUAN, PR 00936-2983 | | | | 333,765.26 |
| GLOBE MARKETING CORP. PO BOX 361705 SAN JUAN, PR 00936-1705 | 787-769-8095 | | | 217,988.26 |
| HHC ENTERPRISES, LLC C/O ADSUAR, MUNOZ, GOYCO Y PEREZ WESTERNWORLD PLAZA 268 AVE MUNOZ RIVERA, SUITE 1400 SAN JUAN, PR 00918 | | | Contingent Unliquidated Disputed | 160,197.91 |
| 65TH INFANTERIA SHOPPING CENTER,LLC P.O BOX 362983 SAN JUAN, PR 00936-2983 | 787-300-6141 | | | 142,574.31 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PUERTO RICO BEAUTY SUPPLY INC. PO BOX 192317 SAN JUAN, PR 00919-2317 | 787-764-7525 | | | 129,635.80 |
| COMMERCIAL CENTERS MANAGEMENT PO BOX 362983 SAN JUAN, PR 00936-2983 | 787-277-9600 | | | 112,200.11 |
| MARKWINS BEAUTY PRODUCTS 75 REMITTANCE DRIVE SUITE 6578 | | | | 93,963.19 |
| UNIVERSAL BEAUTY PRODUCTS 1200 KIRT STREET ELK GROVE VILLAGE, IL 6007 | | | | 88,734.33 |
| KOLE IMPORTS INC 24600 S MAIN ST CARSON, CA 90745 | 310-834-0004 | | | 86,608.91 |
| OMEGA & DELTA CO. INC. PO BOX 1831 CAROLINA, PR 00984 | 787-769-5875 | | | 84,105.36 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc. | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| EL MERCADO PLAZA S. E. P.O. BOX 474 TRUJILO ALTO, PR 00977-0474 | 787-764-5151 | | | 82,084.40 |
| RODEO IMPORT CALLE C EDIFICIO RODEO APDO 030-00253 Z,L REP PMA, | 507-441-8710 | | | 79,931.13 |
| VILLA BLANCA SHOPPING CENTER,LLC C/O MARIA F. VELEZ PASTRANA PO BOX195582 SAN JUAN, PR 00919-5582 | 787-300-6111 | | Contingent Unliquidated | 79,926.65 |
| CONSEJO DE TITULARES DE EL CANTON MALL C/O SALLY ORTIZ P.O. BOX 968 BAYAMON, PR 00960 | | | Contingent Unliquidated Disputed | 78,558.06 |
| SANTA ROSA MALL LLC C/O MARIA F. VELEZ PASTRANA PO BOX 195582 SAN JUAN, PR 00919-5582 | | | Contingent Unliquidated Disputed | 77,198.18 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31846

Amended

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JR WORLD AND OR CAPITAL BUSINESS 350 UNIUS STREET BROOKLYN, NY 11212 | 718-599-4848 | | | 72,833.56 |
| GOLDEN SHEETS FACTORY 64 MILL STREET PATERSON, NJ 07501 | 973-925-2262 | | | 72,454.60 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    MAY 27, 2010

Signature   *Orlando Adrovet Molina*
ORLANDO ADROVET MOLINA, PRESIDENT