IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| AAA IMPORTS INC | CASE NO. 10-04048 BKT<br>Chapter 11 |
| XXX-XX2678 | FILED & ENTERED ON 06/10/2010 |
| Debtor(s) | |

## O R D E R

The court having considered the application of the debtor to employ attorney and declaration in support thereof, and it appearing that EDGARDO MUNOZ is a disinterested person and that the employment of said attorney is in the best interest of this estate, it is hereby

ORDERED that the debtor herein is authorized to employ EDGARDO MUNOZ as attorney, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications thereof.

San Juan, Puerto Rico, this 10 day of June, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C:  DEBTOR(S)
    EDGARDO MUNOZ
    UST

---

[1] Note: The application must be based on .10 hour minimum billing increments.