IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO


| | |
|---|---|
| IN THE MATTER OF: | * |
| | * CASE NO. 10-04048 (BKT) |
| AAA IMPORTS INC. | * |
| | * |
| | * CHAPTER 11 |
| DEBTOR (s) | * |
| | * |
| *     *     *     *     *     *     *     * | |

**NOTICE FOR APPEARANCE**

TO THE HONORABLE COURT:

COMES NOW, creditor-lessor Mr. Isidro Baranda Suarez and represented by the undersigned attorneys and requests pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Section 342 of Title 11 of the United States Code, 11 U.S.C. § 342, as amended, to be served in this case with notice and respectfully prays and alleges:

1. That the appearing party, a creditor and lessor in the above mentioned case, has retained the services of the undersigned attorneys to represent them in all proceedings pending before this Honorable Court.

2. That the aforesaid creditor-lessor from now on will be represented by the undersigned and requests to be served with notice to the following address:

JOSÉ L. BARRIOS RAMOS, ESQ.
AND
MIREYA BALTAZAR-SUAZO, ESQ.

ABOGADOS DE AMERICA LAW OFFICES
PO BOX 2102
BARCELONETA, PR 00617
TEL (787)970-1316

FAX (787) 970-0428
E-MAIL:   mireyabaltazar@abogadosdeamerica.com
jbarrios@abogadosdeamerica.com
bmplaw@coqui.net

**WHEREFORE**, it is respectfully requested that the Master Address List be amended

so future notices be addressed to the appearing party and can be serve upon the

undersigned attorneys at their addresses of record and/or through CM/ECF.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 17 day of June of 2010.

I HEREBY CERTIFY that on this same date I have presented the foregoing to the Clerk
of the Court for filing and uploading to the CM/ECF system which will send notification
of such filing to debtor´s attorney, master address list and to the U.S.Trustee.

By S/ Mireya Baltazar-Suazo
MIREYA BALTAZAR-SUAZO, ESQ.
USDC NO. 213904

By S/ José Luis Barrios Ramos
JOSÉ LUIS BARRIOS RAMOS
USDC NO. 22311

ABOGADOS DE AMERICA LAW OFFICES
P.O. BOX 2102
BARCELONETA, PUERTO RICO 00617
TEL (787)970-1316 FAX (787) 970-0428
E-MAIL: mireyabaltazar@abogadosdeamerica.com
jbarrios@abogadosdeamerica.com