IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | * |
| | * CASE NO. 10-04048 (BKT) |
| AAA IMPORTS INC. | * |
| | * |
| | * CHAPTER 11 |
| DEBTOR (s) | * |
| | * |

\* \* \* \* \* \* \* \*

**MOTION PURSUANT TO BANKRUPTCY RULE 3017(a)**

TO THE HONORABLE COURT:

COMES NOW, creditor-lessor Mr. Isidro Baranda Suarez represented by the undersigned attorneys and respectfully pray, allege and request as follows:

1. That Mr. Isidro Baranda Suarez is a creditor-lessor of the Debtor in the above mentioned case. Pursuant to the Bankruptcy Rule 3017(a), creditor-lessor respectfully requests from this Honorable Court an order for Debtor to send a copy of the "Disclosure Statement" and the "Reorganization Plan" to the appearing party.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant the present motion an order Debtor to send a copy of the "Disclosure Statement" and the "Reorganization Plan" to the appearing party.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 17 day of June of 2010.

I HEREBY CERTIFY that on this same date I have presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to debtor´s attorney, master address list and to the Trustee.

By <u>S/ Mireya Baltazar-Suazo</u>
MIREYA BALTAZAR-SUAZO, ESQ.
USDC NO. 213904

By <u>S/ José Luis Barrios Ramos</u>
JOSÉ LUIS BARRIOS RAMOS
USDC NO. 22311

ABOGADOS DE AMERICA LAW OFFICES
P.O. BOX 2102
BARCELONETA, PUERTO RICO 00617
TEL (787)970-1316 FAX (787) 970-0428
E-MAIL: <u>mireyabaltazar@abogadosdeamerica.com</u>
<u>jbarrios@abogadosdeamerica.com</u>