## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**AAA IMPORTS, INC.**<br>**a/k/a DOLLAR Y ALGO EXTRA; a/k/a**<br>**ALMACENES CARAVANA; a/k/a LA**<br>**REINA**<br><br>            **Debtor** | **CASE NO. 10-04048 (BKT)**<br><br>**CHAPTER 11** |

### DEBTOR'S MOTION
### REQUESTING THAT NOTICE OF FILING BE LIMITED

**TO THE HONORABLE COURT:**

**COMES NOW**, AAA Imports, Inc., a/k/a Dollar Y Algo Extra; a/k/a Almacenes Caravana; a/k/a La Reina**,** Debtor herein, through its undersigned attorney, and very respectfully states and prays as follows:

1.      The above captioned debtor filed a petition under Chapter 11 of the Bankruptcy Code, on May 13, 2010.

2.      That due to the large number of creditors and parties in interest, noticing procedures take considerable time and expenses.

3.      The 341 meeting of creditors was held and has been closed.

4.      The debtor requests this Honorable Court to consider to limit the notice of all motions filed to secured creditors, to all parties who officially appear in the process and to the twenty (20) largest unsecured creditors, pursuant to F.R.B.P. 2002(m).

        **WHEREFORE**, the Debtor prays this Honorable Court to consider its requested to

1

limit the notice of all motions and documents to be filed from this date on, to all parties

who has officially appeared in the process, to secured creditors and to the twenty (20)

largest unsecured creditors.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 2nd day of July, 2010.

### NOTICE TO CREDITORS AND PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing

through the CM/ECF system, which will send notification of such filing to the parties

therein registered to receive electronic Notice

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy

of the foregoing has been send by regular mail to all creditors and parties in interest as per

the amended Master Address List herein attached .

 EDGARDO MUÑOZ, PSC
*Attorney for Debtor*
PO Box 360971
San Juan, PR 00936-0971              **s/ EDGARDO MUÑOZ**
Tel. (787) 524-3888                   USDC NO. 125713
Fax (787) 524-3888                   emunoz@emunoz.net