IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 10-04048 (BKT) |
|---|---|
| AAA IMPORTS, INC.<br>A/k/a DOLLAR Y ALGO EXTRA; a/k/a ALMACENES CARAVANA; a/k/a LA REINA<br><br>Debtor | CHAPTER 11 |

## `ACCOUNTANT'S VERIFIED STATEMENT

TO THE HONORABLE COURT:

I, Doris Barroso Vicéns, CPA, from the firm of RSM ROC & Company, Certified Public Accountants and Consultants with offices at Reparto Loyola, 1000 San Roberto, San Juan, Puerto Rico 00926 and postal address: PO Box 10528, San Juan PR 00922-0528, do hereby certify under penalty of perjury that to the best of my knowledge, information and belief the following is true and correct:

1. That I am a Certified Public Accountant, licensed under the laws of Puerto Rico and a partner of the firm of RSM ROC & Company.

2. The professional services in connection with this bankruptcy petition, including any related matter to debtors' finances, such as:

    a. Preparation or review of bankruptcy court required monthly operating reports;

    b. Reconciliation of proof of claims;

    c. Preparation or review of the Debtor's projections;

    d. Analysis of profitability of Debtor's operations;

    e.    Assistance in the development or review of plan of reorganization or disclosure statements;

    f.    Consultation on strategic alternatives and developments of business plan;

    g.    Any other consulting and expert witness services relating to various bankruptcy matters such as insolvency, feasibility forensic accounting, etc., as necessary.

3.    To the best of my knowledge I have no connection with the debtor, the creditors, any party in interest, their attorneys, the US Trustee or any person employed in the office of the United States Trustee, except that RSM ROC & Company has acted as accountants or consultants for the following creditors listed by Debtor in matters unrelated to this case or to the Debtor: Autoridad de Acueductos y Alcantarillados de Puerto Rico, Corporación del Fondo del Seguro del Estado, Integrand Assurance Company, Inc., Municipio de San Juan, Puerto Rico General Distributing Co., and V. Suárez Co., Inc.

4.    To the best of my knowledge, me nor any of my employees, represent or hold any interest adverse to the debtor or the estate in the matters upon which I be engaged, pursuant to 11 U.S.C. 327 (a).

5.    That I am a disinterested person within the meaning of 11 U.S.C. 101 (14) and my employment is in the best interest of the estate.

6.    That I will not share or agree to share with any other person any amounts received as a retainer or to be received as compensation.

7.    That in connection with the initial services expected to be rendered, a retainer of

$10,000.00 was required in this case and already paid by the Debtor.

8. Compensation for professional services to be rendered in this case is agreed as follows:

   a. In the case of Partner a rate from $225.00 to $300.00 per hour, (Mrs. Barroso Vicens' (Partner) current hourly rate is $225.00), plus any costs and expenses;

   b. In the case of Managers and Supervisors a rate from $125.00 to $150.00 per hour, plus any costs and expenses;

   c. In the case of Seniors a rate from $85.00 to $95.00 per hour, plus any costs and expenses;

   d. In the case of Staff a rate from $70.00 to $80.00 per hour, plus any costs and expenses.

   The hourly rates are increase every June 1, approximately 10%.

9. I fully understand that any compensation to be received including retainer is subject to Court's approval and other future invoices upon proper application and notice thereof. I also agreed to consult with the debtor and debtor's attorney at all times in connection with the work to be performed, if necessary.

10. Pursuant to the provisions of 11 U.S.C. 327 (a), no notice of this verified statement needs to be given and no hearing need to be held unless the Court should otherwise direct.

11. I will amend this statement immediately upon my learning that: a) any of the representations made herein are incorrect, or b) there is any change of

circumstances relating thereto.

12. I have reviewed the provisions of LBR 2016-1.

13. A copy of my application has been served upon the US Trustee and to all creditors ans parties in interest as per the amended master address list, pursuant to Federal Rule of Bankruptcy Procedure 2014 and 11USC 327(a).

14. That this verified statement is provided in compliance with Section 327 (a) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedures 2014-1, for the purpose described in Debtor's Application for Appointment of Accountant, with compensation to be allowed upon prior application and notice and hearing there on, if necessary.

15. I HEREBY CERTIFY under penalty of perjury that the foregoing is correct, as provided in 28 U.S.C. §1746.

RESPECTFULLY SUBMITTED.

In San Juan, P.R., this 22nd day of June, 2010.

*[signature]*

CPA Doris Barroso Vicéns, Partner
RSM ROC & Company
PO Box 10528
San Juan PR 00922-0528
Tel. 787-751-6164
Fax. 787-759-7479