IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>AAA IMPORTS INC.<br><br>XXX-XX2678<br><br>Debtor(s) | Case No. 10-04048 (BKT)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

**COMES NOW**: Desarrollos Ramfer, S.E. a creditor and party in interest hereto and hereby enters its appearance through the undersigned counsel and very respectfully requests that pursuant to the Bankruptcy Code, the Rules of Civil Procedure and all applicable laws, all motions, pleadings, papers and orders be served upon it as follows:

**Carla Ferrari-Lugo, Esq.**
PO Box 988
Aguadilla, PR 00605-0988
Tel. (787) 891-3670/ Fax (787)-882-4704

**WHEREFORE**, the appearing party requests from this Honorable Court to take notice of the above stated, to serve it accordingly and to include it in the master address list.

**RESPECTFULLY SUBMITTED**, In Aguadilla for San Juan, Puerto Rico, this 4th day of August 2010.

**I HEREBY CERTIFY**: that on this same date I electronically filed the foregoing with the Clerk of this Honorable Court using the CM/ECF System which will send notification of such filling to the parties to their registered e-mail addresses.

/s/Carla Ferrari Lugo
CARLA FERRARI-LUGO
USDC - PR – 221804

PO Box 988
Aguadilla, Puerto Rico, 00605-0988
TEL. (787) 891-3670 / FAX. (787) 882-4704
cferrari@mflawpr.com
ferrarilugo@gmail.com