**AAA IMPORTS, INC**
**INCLUDES PAYMENTS FOR** **NOT INCLUDING**
PROYECTED SCHEDULE OF RECEIPTS AND DISBURSEMENTS **Letters of Credit**
FOR PERIODS  Julio, 2010 to December, 2010

| | | actual July ,1-31 | August | Sept | October | November | December |
|---|---|---:|---:|---:|---:|---:|---:|
| **CASH PROVIDED BY OPERATING** | | | | | | | |
| Cash on hand | | $ 189,041 | $ 56,328 | $ 22,166 | $ 17,452 | $ 27,351 | $ 25,483 |
| Collection of retail Sales | | 608,918 | 1,000,000 | 1,118,000 | 1,190,000 | 1,205,000 | 1,400,000 |
| Deposit in transit (Westerbank) | | - | | | | | |
| Post Petition Financing | | - | | | | | |
| Collection of Ivu | | 43,360 | 70,000 | 78,260 | 83,300 | 84,350 | 98,000 |
| Total | | 841,319 | 1,126,328 | 1,218,426 | 1,290,752 | 1,316,701 | 1,523,483 |
| **CASH USED BY OPERATION** | | | | | | | |
| Purchase of inventory | (Nota 3_) | (182,527) | (220,000) | (480,000) | (420,000) | (465,000) | (550,000) |
| Purchase of inventory(LC) | | - | - | - | - | - | |
| Payment to banks- Loan & interest | | (11,667) | (11,666) | (11,666) | (11,666) | (11,666) | (11,666) |
| Repayment of Post Petition financing | | - | - | - | - | - | - |
| Executory Contracts (Rent and services) | (Nota 3) | - | - | - | - | - | - |
| | | - | - | - | - | - | - |
| Sub Total | | (194,194) | (231,666) | (491,666) | (431,666) | (476,666) | (561,666) |
| Advertising/Promotion | | - | (5,000) | (5,000) | (5,067) | (5,067) | (7,067) |
| Payroll | | (217,539) | (228,000) | (228,000) | (244,000) | (293,000) | (338,000) |
| Payroll Taxes/FSE | | (49,484) | (45,600) | (45,600) | (134,800) | (58,600) | (112,600) |
| Vehicle | | (12,950) | (12,000) | (12,000) | (12,000) | (12,000) | (12,000) |
| Repairs and Maintenance | | (15,704) | (32,180) | (30,662) | (30,662) | (30,662) | (30,662) |
| Property Taxes/Municipal Taxes | | (24,392) | (25,790) | (9,000) | (9,000) | (9,000) | (9,000) |
| Other Taxes-ivu | | (51,670) | (43,360) | (70,000) | (78,260) | (83,300) | (84,350) |
| Rent | | (146,026) | (340,335) | (198,999) | (198,999) | (198,999) | (198,999) |
| Office Supply | | (242) | (500) | (800) | (800) | (500) | (500) |
| Travel | | (3,188) | (3,000) | (5,000) | (3,000) | (3,000) | (3,000) |
| Insurance | | (9,906) | (13,407) | (13,407) | (13,407) | (14,084) | (14,084) |
| Telephone, utilities | | (32,854) | (95,000) | (65,000) | (65,000) | (80,000) | (80,000) |
| Data processing | | (2,440) | (4,880) | (2,440) | (2,440) | (2,440) | (2,440) |
| Professional Services | | (5,800) | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) |
| Store Supplies | | (617) | (2,000) | (2,000) | (2,500) | (2,500) | (2,500) |
| Security | | (8,487) | (9,444) | (9,400) | (9,400) | (9,400) | (10,400) |
| US Trustee | | (4,875) | | | (10,400) | | |
| Miscellaneous | | (4,625) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| | | (590,797) | (872,496) | (709,308) | (831,735) | (814,552) | (917,602) |
| | Total | (784,991) | (1,104,162) | (1,200,974) | (1,263,401) | (1,291,218) | (1,479,268) |
| **NET INCREASE (DECREASE) IN CASH** | | $ 56,328 | $ 22,166 | $ 17,452 | $ 27,351 | $ 25,483 | $ 44,215 |

EXHIBIT A,  Page 1 of 2. 8/25/2010-3:58 PM

**CARIAN MANAGEMENT, INC**
**INCLUDING PAYMENT FOR LOAN**
PROJECTED SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR PERIODS  Julio, 2010 to December, 2010

|  | Julio 1-31 | Agosto | Sept | Oct | Nov. | Dic |
|---|---|---|---|---|---|---|
| **CASH PROVIDED BY OPERATING** | | | | | | |
| Cash on hand | 23,087 | 22,267 | 15,051 | 8,335 | 15,051 | 7,835 |
| Collection of rents | 91,362 | 89,952 | 89,952 | 89,952 | 89,952 | 89,952 |
| | | - | - | | | |
| Collection of Ivu | | | - | | | |
| | $ 114,449 | $ 112,219 | $ 105,003 | $ 98,287 | $ 105,003 | $ 97,787 |
| **CASH USED BY OPERATION** | | | | | | |
| Purchase of inventory | | - | - | | | |
| Payment to banks- Loan and interest | (76,250) | (152,500) | (76,250) | (76,250) | (76,250) | (76,250) |
| Transfer to Affiliate to paid interest | | - | - | | | |
| Checks in transit | | - | | | | |
| Payment to Critical Vendors | | | - | | | |
| Total | (76,250) | (76,250) | (76,250) | (76,250) | (76,250) | (76,250) |
| Repairs and Maintenance | (15,607) | (15,607) | (15,607) | (15,607) | (15,607) | (15,607) |
| Travel & Entertainment | | | | | | |
| Insurance | - | (4,311) | (4,311) | (4,311) | (4,311) | (4,311) |
| Security | | | | | | |
| US Trustee | (325) | | | (325) | | |
| Miscellaneous | - | (1,000) | (500) | (1,000) | (1,000) | (1,000) |
| Total Disbursement | (15,932) | (20,918) | (20,418) | (21,243) | (20,918) | (20,918) |
| | (92,182) | (97,168) | (96,668) | (97,493) | (97,168) | (97,168) |
| NET INCREASE (DECREASE) IN CASH | $ 22,267 | $ 15,051 | $ 8,335 | $ 794 | $ 7,835 | $ 619 |