```
                  IN THE UNITED STATES BANKRUPTCY COURT FOR
                         THE DISTRICT OF PUERTO RICO
```

IN RE:

CASE NO. 10-04048 BKT

AAA IMPORTS INC

Chapter 11

XXX-XX2678

FILED & ENTERED ON 09/09/2010

Debtor(s)

### ORDER AND NOTICE

1. A hearing on approval of disclosure statement is hereby scheduled for 12/01/2010 at 09:00 A.M. at the U.S. Bankruptcy Court, U.S. Post Office & Courthouse Building, 300 Recinto Sur, Courtroom NO. 3,Third Floor, San Juan, Puerto Rico; to consider and rule upon the adequacy of the disclosure statement and the information contained therein, to consider objections to the disclosure statement, and such other matters as may properly come before the court.

2. Objections to the form and content of the disclosure statement should be in writing and filed with the court and served upon parties in interest at their address of record not less than fifteen (15) days prior to the hearing. Objections not timely filed and served will be deemed waived.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of September, 2010.

*(signature)*
Brian K. Tester
U. S. Bankruptcy Judge

C:  DEBTOR
    EDGARDO MUNOZ
    US TRUSTEE
    All creditors

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: aguayob               Page 1 of 4                   Date Rcvd: Sep 09, 2010
Case: 10-04048                 Form ID: pdf001             Total Noticed: 238

The following entities were noticed by first class mail on Sep 11, 2010.
db           +AAA IMPORTS INC,    PO BOX 1509,    VEGA ALTA, PR 00692-1509
aty          +EDDIE RAMIREZ VALE,    PO BOX 11741,    SAN JUAN, PR 00922-1741
aty           EUGENE F. HESTRES VELEZ,    BIRD BIRD & HESTRES, P.S.C.,    PO BOX 9024040,
               SAN JUAN, PR  00902-4040
smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,     PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,    PO BOX 21126,    PHILADELPHIA, PA  19114)
smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR   00918
smg          +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
cr           +Antilles Insurance Company,    c/o Fortuno & Fortuno Fas,    PO Box 9300,    San Juan, PR 00908-0300
cr            B.FERNADEZ & HNOS.,INC.,    PO BOX 193377,    SAN JUAN, PR   00919-3377
cr           +Banco Popular de Puerto Rico,    c/o O’Neill & Borges,    Attn. Luis C. Marini-Biaggi, Esq.,
               American International Plaza,    250 Ave. Munoz Rivera, Ste. 800,    San Juan, PR 00918-1813
cr           +Brooklyn Lollipop Import and Export Inc.,    Totti & Rodriguez Diaz Law Offices,
               c/o Daniel Molina,    P.O. Box 191732,    San Juan, PR 00919-1732
cr           +CESAR CASTILLO, INC.,    c/o Totti & Rodriguez Diaz,    P.O. Box 191732,    San Juan, PR 00919-1732
cr           +Centro del Sur Mall LLC,    PO Box 195582,    San Juan, PR 00919-5582
cr           +Desarrollos Ramfer. S.E.,    PO Box 988,    Aguadilla, PR 00605-0988
cr            Four Seasons General Merchandise, Inc.,    c/o Daniel Molina,    P.O. Box 191732,
               San Juan, PR  00919-1732
cr            ISIDRO BARANDA SUAREZ,    URB PALMAS DEL MAR,    HUMACAO, PR  00791-6057
cr            MENDEZ & CO INC,    ARTURO GONZALEZ MARTIN,    PO BOX 193377,    SAN JUAN, PR   00919-3377
cr            MUNICIPALITY OF BAYAMON,    ALDARONDO & LOOPEZ BRAS,    ALB PLAZA 16 CARR 199 SUITE 400,
               GUAYNABO, PR  00969
cr            POPULAR AUTO,    EDGAR A VEGA RIVERA,    PO BOX 366818,    SAN JUAN, PR  00936-6818
cr           +RENEWAL CONSUMER PRODUCTS, INC.,    P.O. BOX 9024040,    SAN JUAN, PR 00902-4040
cr           +Santa Rosa Mall LLC,    PO Box 195582,    San Juan, PR 00919-5582
intp         +TODTLY GROUP, INC.,    138 Winston Churchill Ave.,    Suite 316,    San Juan, PR 00926-6013
cr            TREASURY DEPARTMENT OF THE COMMONWEALTH,    FEDERAL LITIGATION DIVISION,    DEPARTMENT OF JUSTICE,
               PO BOX 9020192,    SAN JUAN, PR  00902-0192
cr            The New Ponce Shopping Center, LP,    PO Box 191979,    San Juan, PR  00919-1979
ptcrd        +YAZMIN ENTERPRISES INC,    PO BOX 1346,    TOA ALTA, PR 00954-9903
3003637       65 Infanteria Shopping Center,    c/o Maria F. Vlez, Esq.,    PO Box 195582,
               San Juan, PR 00919-5582
2978967       65TH INFANTERIA SHOPPING CENTERLLC,    PO BOX 362983,    SAN JUAN PR 00936-2983
2978968      +A  S WIRELESS ACCESORIES,    URB MEDINA,    F33 CALLE 5,    ISABELA PR 00662-3831
2978969      +A Y Z SECURITY AGENCY INC,    PO BOX 69001 JPMB 355,    HATILLO PR 00569 PUERTO RICO 00659-6901
2978970      +ACTION GROUP CORPORATION,    PO BOX 1325,    SAINT JUST PR 00978-1325
2978971       ADT SECURITY SYSTEMS,    PO BOX 366758,    SAN JUAN PR 00936-6758
2978972      +AGROPHARMA LABORATORIES INC,    PO BOX 1150,    SAN JUAN PR 00960-1150
2978973       ALI A HUSSEIN,    CALLE SAN ALBERTO,    URB SAN AGUSTIN,    VEGA BAJA PR  00694
2978974       ALMACENES DEL CASTILLO,    PO BOX 9020564,    SAN JUAN PR 00902-0564
2978975       ALPHA ONE SECURITY SOLUTIONS,    LAGUNA GARDEN SHOPING CENTER,    10 AVE LAGUNA SUITE 256,
               CAROLINA PR  00979-6493
2978976       AMERICAN PRESIDENT LINES OF PR,    2000 KENNEDY AVENUE MAI BLDG,    SUITE 316,    SAN JUAN PR  00920
2978977      +ANTONIO RIVERA REOYO,    PO BOX 8969,    HUMACAO PR 00792-8969
2978978       AQUA-GULF TRANSPORT INC,    PO BOX 11256,    SAN JUAN PR 00922-1256
2978979       AQUA-GULF XPRESS,    1055 ILA OFFICE SUITE 704,    CARR2 KM 21 MARG AVE KENNEDY,
               SAN JUAN PR  00920
2978980       AUTORIDAD DE ACUEDUCTOS Y,    ALCANTARILLADOS,    COROZAL PR  00783
2978981      +AUTORIDAD DE ENERGIA ELECTRICA,    PO BOX 363508,    SAN JUAN PR 00936-3508
2978982      +AVANTEK MANUFACTURING CORP,    PO BOX 51477,    TOA BAJA PR 00950-1477
2978983      +AWILDA MAYOL DE CANCIO,    PO BOX 668,    SAN SEBASTIAN PR 00685-0668
2978984       AXIOM TRADE INC,    MAI CENTER SUITE 210,    KENNEDY AVE,    SAN JUAN PR  00920
2978985       B FERNANDEZ  HNOS INC,    PO BOX 363629,    SAN JUAN PR 00936-3629
2978986       BEAUTY CONCEPTS INC,    PO BOX 1863,    HATO REY PR 00919
2978988      +BEEPEX CORP,    1049 JESUS T PIERO,    SAN JUAN PR 00920-5607
2978989      +BENSO CORPORATION,    PO BOX 9418,    CAGUAS PR 00726-9418
3010041       BV PROPERTIES INC,    YAUCO PLAZA I,    SHOPPING CENTER 137,    YAUCO PR 00698
2978986       BV PROPERTIES INC,    YAUCO PLAZA 1-137,    YAUCO PR 00698
3015890       Brooklyn Lollipop Imports & Exports, Inc.,    c/o Daniel Molina-Lopez,    P.O. Box 191732,
               San Juan, PR 00919-1732
2978990      +C AND F WORLWIDE AGENCY CORP,    PO BOX 9020737,    SAN JUAN PR 00902-0737
2978991      +C7 GLOBAL INC,    PO BOX 11741,    SAN JUAN PR 00922-1741
2978992       CADBURY ADAMS,    PO BOX 3631168,    SAN JUAN PR 00936-3168
2978993       CANGREJO ARRIBA DEVELOPMENT CORP,    PO BOX 190525,    SAN JUAN PR 00919-0525
2978994      +CARIAN MANAGEMENT INC,    PO BOX 1509,    VEGA ALTA PR 00692-1509
2978995      +CARIBE CANDLE CORPORATION,    BOX 120,    PEUELAS PR 00624-0120
2978996      +CARLOS ENRIQUE RIVERA LUGO,    PO BOX 1003,    MANATI PR 00674-1003
2978997      +CARLOTA MONSERRATE LUGO CALZADA,    500 BLVD PASEO DEL RIO,    APTO 5301,    HUMACAO PR 00791-3982
2978998       CCVA INC,    PO BOX 190525,    SAN JUAN PR 00919-0525
2978999      +CENTRO DE RECAUDACION DE INGRESOS,    PO BOX 195387,    SAN JUAN PR 00919-5387
3003636       CENTRO DEL SUR MALL, LLC,    c/o Maria F Velez, Esq,    PO Box 195582,    San Juan, PR 00919-5582
2979000       CESAR CASTILLO INC,    PO BOX 191149,    SAN JUAN PR 00919-1149
2979001      +CITY OFFICE SUPPLY,    PO BOX 1669,    BAYAMON PR 00960-1669
2979002       COLGATE-PALMOLIVE CO DIST,    PO BOX 363865,    SAN JUAN PR 00936-3865
2979003      +COLOMER AND SUAREZ SAN JUAN INC,    PO BOX 11351,    CAPARRA HEIGHTS STA,    SAN JUAN PR 00922-1351
2979004       COMMERCIAL CENTERS MANAGEMENT,    PO BOX 362983,    SAN JUAN PR 00936-2983
2979005      +COMPUTER CONSULTING GROUP,    313 MONTGOMERY ST,    URB SAN GERARDO,    SAN JUAN PR 00926-3315
2979006       CONCORD ENTERPRISES INC,    2957 EAST,    46 TH ST,    LOS ANGELES CA 900058
```

```
District/off: 0104-3          User: aguayob              Page 2 of 4                    Date Rcvd: Sep 09, 2010
Case: 10-04048                Form ID: pdf001            Total Noticed: 238

2979007       +CONDOMINIO EL CANTON MALL,    PO BOX 968,    BAYAMON PR 00960-0968
2979008        CORDIALSA BORICUA EMPAQUEINC,    P O BOX 9021741,    SAN JUAN PR 00902-1741
2979009        CRIM,   PROPIEDAD MUEBLE,    PO BOX 362983,    SAN JUAN PR 00936-2983
2979010       +D P IMPORT CORPORATION,    4619 ALAMEDA ST,    LOS ANGELES CA 90058-2012
2979011       +DEL RIO TRADING BEAUTY SUPPLY,    P O BOX 779,    CAMUY PR 00627-0779
2979012        DEPARTAMENTO DEL TRABAJO Y,    RECURSOS HUMANOS,    PO BOX 191020,   SAN JUAN PR 00919-1020
2979013        DEPARTMENT OF TREASURY,    BANKRUPTCY DIVISION,    PO BOX 9024140,   SAN JUAN PR 00902-4140
2979014       +DESARROLLO RAMFER SE,    APARTADO 988,    AGUADILLA PR 00605-0988
3044341       +DESARROLLOS RAMFER S.E.,    PO Box 988,    Aguadilla, Puerto Rico 00605-0988
2979015       +DESIGNED TEMPERATURES INC,    VILLA ALEGRIA TOPACIO 259,    AGUADILLA PR 00603-5656
2979016        DISTRIBUIDORA DANIBETZA,    BO ALMIRANTE SUR,    VEGA BAJA PR 00694
2979017        DISTRIBUIDORA FERDOC,    PO BOX 194601,    SAN JUAN PR 00919-4601
2979018        DISTRIBUIDORA FLAMINGO INC,    PO BOX 9066537,    SAN JUAN PR 00906-6537
2979019       +DONNAMAX INC,    765 MCDONALD AVENUE,    BROOKLYN NY 11218-5605
2979020       +DR EDWIN CUEVAS SANABRIA,    CALLE RIUS RIVERA 6,    ADJUNTAS PR 00601-2396
2979021       +DURA KLEEN USA INC,    458 EAST 101ST ST,    BROOKLYN NY 11236-2106
3004199        EDGARDO MUNOZ,   PSC,    PO BOX 360971,    SAN JUAN PR 00936 0971
2979022       +EDITEX HOME CURTAIN CORP,    65 OSER AVENUE,    HAUPPAUGE NY 11788-3808
2979023       +EGM POWERGROUP INC,    PMB 509 PO BOX 4960,    CAGUAS PR 00726-4960
2979025        EL MERCADO PLAZA S E,    PO BOX 474,    TRUJILO ALTO PR 00977-0474
2979026        ELMERS PRODUCTS INC A BORDEN INC,    PO BOX 951101,    DALLAS TX 75395-1101
2979028       +EMPRESAS PAP CORP,    PO BOX 942,    MAYAGUEZ PR 00681-0942
2979029        EMPRESAS VALLEDOR INC,    PO BOX 194601,    SAN JUAN PR 00919-4601
2979030        ENRIQUE ANTONIO RIVERA LUGO,    PO BOX 1176,    CAGUAS PR  00726-1176
3050653       +ENVASES ECOLOGICOS INC,    URB PARQUE ESCORIAL,    JARDINES DEL PARQUE 3803,
                CAROLINA PR 00987-4943
2979031        EPIFANIO VIDAL SE,    MSC 6152,    ESTACION 1,    BAYAMON PR  00960
2979032        FEDERAL EXPRESS,    ACCT 200700678,    PO BOX 332,    MEMPHIS TN 38194-4741
2979033       +FIDEICOMISO GLORIA RIVERA REOYO,    702 CALLE ROOSEVELT,    APT 201,   SAN JUAN PR 00907-3400
2979034        FONDO DEL SEGURO DEL ESTADO,    PO BOX 365028,    SAN JUAN PR 00936-5028
2979035       +FRANCISCO RODRIGUEZ GOMEZ,    HC 03 BOX 15630,    JUANA DIAZ PR 00795-9523
3015878        Four Seasons General Merchandise, Inc.,    c/o Daniel Molina Lopez,    P.O. Box 191732,
                San Juan, PR 00919-1732
2979036        GENERAL WHOLESALERS  DISTRIBUTORS,    P O BOX 1739,    TRUJILLO ALTO PR 00977-1739
2979037       +GENESIS,   PO BOX 531,    ISABELA PR 00662-0531
2979038        GLAXOSMITHKLINE,    PO BOX 71591,    SAN JUAN PR 00936-8691 PUERTO RICO
2988474        GLAXOSMITHLKLINE,    PO BOX 71591,    SAN JUAN PR  00936-8691
2979039        GLOBE MARKETING CORP,    PO BOX 361705,    SAN JUAN PR 00936-1705
2979040       +GLORIA MATANZO,    CONDOMINIO PALMA REAL,    APT 5-G MADRID 2,    SANS JUAN PR 00907-2420
2979041       +GOLDEN SHEETS FACTORY,    64 MILL STREET,    PATERSON NJ 07501-1825
2979042        GRUPO SAN LORENZO SE,    PO BOX 2080,    CAYEY PR 00737
2979043        HECTOR CALLE ESQ,    PO BOX 11073,    SAN JUAN PR 00922-1073
2979044        HERSHEY FOODS CORPORATION,    PO BOX 70347,    SAN JUAN PR 00936-8347
2979045       +HOLIDAY CARDS,    PO BOX 37-3333,    CAYEY PR 00737-3333
2979046       +HUSSEIN MOHAMED ISHKIRAT,    CALLE SAN JOSE 5,    LARES PR 00669-2432
2979047       +I REMBALSKY INC,    PO BOX 9567,    SANTURCE PR 00908-0567
2979048        IN-MAR TRADING INC,    PO BOX 51486,    LEVITTOWN PR 00950-1486
2979049        INTEGRAND ASSURANCE COMPANY,    PO BOX 70128,    SAN JUAN PR 00936-8128
2979050      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: INTERNAL REVENUE SERVICES,     POST OFFICE,   BOX 21126,
                PHILADELPHIA PA 19114-0326)
2979051        IRS,   CITIVIEW PLAZA NO 2,    48 CARRETERA 165 SUITE 2000,    GUAYNABO PR 00968-8000
2979052       +JAN DISTRIBUTORS,    PO BOX 206,    SABANA GRANDE PR 00637-0206
2979053       +JDY HOME,    295 5TH AVENUE SUITE 1616,    NEW YORK NY 10016-7103
2979054       +JOSE MIGUEL GONZALEZ VIRELLA,    CALLE BOU 45,    COROZAL PR 00783-2026
2979055        JOSE ROBERTO CALLE AGUILU,    AVENIDA ANDALUCIA 767 SE,    PUERTO NUEVO,   SAN JUAN PR  00921
2979056       +JOSEAVILA YO SANTIAGO SANTIAG0,    PO BOX 8733,    FERNANDEZ JUNCOS STATION,
                SANTURCE PR 00910-0733
2979057       +JR WORLD AND OR CAPITAL BUSINESS,    350 UNIUS STREET,    BROOKLYN NY 11212-7306
2979058        JUSTO SOTOMAYOR,    PO BOX 363687,    SAN JUAN PR 00936-3687
2979059       +KERCADO ESTRADA  CO PSC,    CAPITAL CENTER SOUTH TOWER,    239 ARTERIAL HOSTOS SUIT 903,
                SAN JUAN PR 00918-1350
2979060        KIMBERLY CLARK PR INC,    PO BOX 71453,    SAN JUAN PR 00936-8553
2999735       +KOLE IMPORTS,    24600  MAIN ST,    CARSON CA 90745-6332
2979061       +KOLE IMPORTS INC,    24600 S MAIN ST,    CARSON CA 90745-6332
2979062       +LABORATORIO CLINICO TOLEDO INC,    51 CALLE PALMA,    ARECIBO PR 00612-4582
2979063       +LARSEN PRODUCTS,    PO BOX 5308,    CAGUAS PR 00726-5308
2979064       +LASER PRODUCTS,    PO BOX 1723,    JUNCOS PR 00777-1723
2979065       +LC DISTRIBUTORS INC,    P O BOX 361709,    SAN JUAN PR 00936-1709
2979066        LM WASTE SERVICE CORP,    PMB H-819,    AVE HOSTOS,   PONCE PR  00716-1107
2979067        LOCKMOBILE SECURITY SPECIALISTS,    PO BOX 29579,    SAN JUAN PR 00929-0579
2979068       +LS QUILTING INC,    PO BOX 362385,    SAN JUAN PR 00936-2385
2979069        LUIS GARRATON INC,    P O BOX 362984,    SAN JUAN PR 00936-2984
2979070        MARDO INTERNATIONAL DISTRIBUTING,    P O BOX 29791,    SAN JUAN PR 00929-0791
2979071       +MARIA LUISA MAYOL ORONOZ,    PO BOX 668,    SAN SEBASTIAN PR 00685-0668
2979072        MARIA MILAGROS RIVERA LUGO,    PO BOX 800581,    COTO LAUREL PR 00780-0581
2979073       +MARICARMEN MATANZO,    BOX 654,    CAGUAS PR 00726-0654
2979074       +MARVIC PARKING SERVICES INC,    PO BOX 458,    MAYAGUEZ PR 00681-0458
2979075        MASTER DISTRIBUTOR INC,    PO BOX 4817,    CAROLINA PR 00984-4817
2979076       +MAX WHOLESALE IMP EXP INC,    2410 E38TH ST,    VERNON CA 90058-1708
2979077        MAYS ZONA LIBRE SA,    APARTADO 2094,    ZONA LIBRE DE COLON,    COLON REP DE PANAMA
2979078        MENDEZ COMPANY,    PO BOX 363348,    CEL 220-0937,    SAN JUAN PR  00936-3348
2979079       +MORALES DISTRIBUTORS,    PO BOX 787,    HORMIGUEROS PR 00660-0787
```

```
District/off: 0104-3           User: aguayob              Page 3 of 4            Date Rcvd: Sep 09, 2010
Case: 10-04048                 Form ID: pdf001            Total Noticed: 238

2979080       +MUNCIPIO DE JUANA DIAZ,    P O BOX 1409,    JUANA DIAZ 00795-1409
2979081       +MUNCIPIO DE YAUCO,    P O BOX 1,    YAUCO 00698-0001
2987118        MUNICIPIO AUTONOMO DE CAGUAS,    PO BOX 907,    CAGUAS, PR 00726-0907
2979082       +MUNICIPIO DE NARANJITO,    PO BOX 153,    NARANJITO PR 00719-0153
2979083       +MUNICIPIO DE AGUADILLA,    PO BOX 1008,    AGUADILLA PR 00605-1008
2979084       +MUNICIPIO DE ARECIBO,    PO BOX 1086,    ARECIBO PR 00613-1086
2979085       +MUNICIPIO DE BARRANQUITAS,    P O BOX 250,    BARRANQUITAS PR 00794-0250
2979086       +MUNICIPIO DE BAYAMON,    P O BOX 1588,    BAYAMON 00960-1588
2979087       +MUNICIPIO DE CAGUAS,    P O BOX 907,    CAGUAS 00726-0907
2979088       +MUNICIPIO DE CAMUY,    PO BOX 539,    CAMUY PR 00627-0539
2979089        MUNICIPIO DE CAROLINA,    APARTADO 8,    CAROLINA PR  00986-0008
2979090        MUNICIPIO DE CAYEY,    P O BOX 371330,    CAYEY P R  00737-1330
2979091       +MUNICIPIO DE COMERIO,    PO BOX 1108,    COMERIO PR 00782-1108
2979092       +MUNICIPIO DE COROZAL,    CALLE CERVANTES 9,    COROZAL PR 00783-2047
2979093       +MUNICIPIO DE FAJARDO,    P O BOX 865,    FAJARDO 00738-0865
2979094        MUNICIPIO DE GUAYNABO,    DEPT DE FINANZAS,    APARTADO 7890,    GUAYNABO PR  00970-7890
2979095       +MUNICIPIO DE LARES,    PO BOX 218,    LARES PR 00669-0218
2979096       +MUNICIPIO DE MANATI,    CALLE QUINONEZ 10,    MANATI PR 00674-5013
2979097       +MUNICIPIO DE MOROVIS,    P O BOX 655,    MOROVIS 00687-0655
2979098       +MUNICIPIO DE OROCOVIS,    PATENTE MUNICIPAL,    PO BOX 2106,    OROCOVIS PR 00720-2106
2979099       +MUNICIPIO DE PEUELAS,    P O BOX 10,    PEUELAS 00624-0010
2979100       +MUNICIPIO DE PONCE,    P O BOX 331709,    PONCE P R 00733-1709
2979101        MUNICIPIO DE SAN JUAN,    PO BOX 70179,    SAN JUAN PR  00936-8179
2979102       +MUNICIPIO DE SAN LORENZO,    PO BOX 1287,    SAN LORENZO PR 00754-1287
2979103       +MUNICIPIO DE SAN SEBASTIAN,    PO BOX 1603,    SAN SEBASTIAN PR 00685-1603
2979104       +MUNICIPIO DE TOA ALTA,    PO BOX 82,    TOA ALTA PR 00954-9900
2979105       +MUNICIPIO DE VEGA ALTA,    PO BOX 1390,    VEGA ALTA PR 00692-1390
2996074        MUNICIPIO DE YAUCO,    PO BOX 1,    YAUCO 00698 0001
2979107       +MUNICIPION DE HUMACAO,    P O BOX 178,    HUMACAO 00792-0178
2979108       +MYA TRANSPORT INC,    PO BOX 902,    DORADO PR 00646-0902
2979109        NESTLE PUERTO RICO INC,    PO BOX 71538,    SAN JUAN PR 00936-8638
2979110       +OMEGA  DELTA CO INC,    PO BOX 1831,    CAROLINA PR 00984-1831
2979111        ORLANDO ADROVET MOLINA,    R A 1-VIA DEL RIO CRISTAL,    URB ENCANTADA,    TRUJILLO ALTO PR  00976
2979113       +ORO CANDY DISTRIBUTORS,    PO BOX 1879,    OROCOVIS PR 00720-1879
2979114       +PEDRO ENRIQUE RIVERA LUGO,    CALLE TURIN 608,    ESTANCIAS DE TORUGUERO,    VEGA BAJA PR 00693-3604
2979115        PEUELAS SHOPPING PLAZA INC,    PO BOX 3685,    MAYAGUEZ PR 00681-3685
3000774        POPULAR AUTO (POPULAR LEASING),    BANKRUPTCY DEPARTMENT,    PO BOX 366818,
                 SAN JUAN PUERTO RICO 00936-6818
2979116        PREMIO GORDO INC,    PO BOX 800675-675,    COTO LAUREL PR   00780
2979117       +PRO LIGHTING ELECTRICAL DISTRIBUTOR,    AVE LOS CONQUISTADORES 150,
                 LOCAL 01A MARINA BAHIIA PLAZA,    CATANO PR 00962-6775
2979118        PUERTO RICO BEAUTY SUPPLY INC,    PO BOX 192317,    SAN JUAN PR 00919-2317
2979119        PUERTO RICO GENERAL DISTRIBUTING CO,    JULIO N MATOS INDPARK LOT 26,
                 WAREHOUSE PLI BOMARTIN GONZAL,    CAROLINA PR  00987
2979120        PUERTO RICO SUPPLIES,    PO BOX 11908,    SAN JUAN PR 00922-1908
2979121       +PUERTO RICO TELEPHONE COMPANY,    787-270-5300-071,    PO BOX 71535,    SAN JUAN PR PR 00936-8635
2979122       +R  H DISTRIBUTORS,    APTDO 3511,    BAYAMON GARDEN STATION,    BAYAMON PR 00958-0511
2979123       +REGENT PRODUCTS CORP,    8999 PALMER,    RIVER GROVE IL 60171-1926
2979124        RENEWAL CONSUMER PRODUCTS INC,    PO BOX 190205,    SAN JUAN PR 00919-0205
2979126       +ROMEY INC,    PMB 384,    1357 ASHFORD AVE,    SAN JUAN PR 00907-1400
2979127        SAN JUAN TRADING CO INC,    PO BOX 366458,    SAN JUAN PR 00936-6458
2979129        SANTA REAL REALTY CORP,    P O BOX 190525,    SAN JUAN PR 00919-0525
2996877       +SANTA REAL REALTY, INC. C/O W&B LAW OFFICES, PSC,    1509 LOPEZ LANDRON 10TH FLOOR,
                 SAN JUAN PR 00911-1933
2979130        SECRETARIO DE HACIENDA,    372 AVE ROTARIOS,    SUITE 103 B,    ARECIBO PR  00612-4601
2979131        STANDARD BEAUTY SUPPLY INC,    PO BOX 191863,    SAN JUAN PR 00919-1863
2979132        START MARKING SYSTEMS INC,    PO BOX 2175,    BAYAMON PR 00960-2175 PUERTO RICO
2979133       +SUAREZ SALES INC,    PO BOX 126,    CATANO PR 00963 PUERTO RICO 00963-0126
3050846       +SUC ANA MATANZO JIMENEZ,    LCDA ANA MATANZO VICENS,    COND PALMA REAL APT 5J,
                 SAN JUAN PR 00907-2420
2979134       +SUCESION ESTEBAN CARRION DIAZ,    PO BOX 192,    MANATI PR 00674-0192
2979135        SWEET HOUSE,    PO BOX 8025,    BAYAMON PR 00960-8025
3003635        Santa Rosa Mall, LLC,    c/o Maria F. Vlez,    PO Box 195582,    San Juan, PR 00919-5582
2979136        T MOBILE,    PO BOX 660252,    DALLAS TX 75266-0252
2979137       +TAGICIG SERVICES,    MERCANTTIL PLAZA BUILDING,    SUITE 810,    HATO REY PR 00918-1612
2979138       +TERMO ENVASESSA,    PO BOX 9231,    BAYAMON PR 00960-9231
2979139        THE CLOROX COMMERCIAL COMPANY,    PO BOX 2133,    SAN JUAN PR 00922-2133
2979140        THE NEW PONCE SHOPPING CENTER LP,    PO BOX 331943,    PONCE PR 00733-1943
2979141        THOMAS DIAZ INC,    PO BOX 1031,    SABANA SECA PR  00952-1031
2979142       +TNT FIREWORKS,    4511 HELTON DRIVE,    FLORENCE AL 35630-6239
2979143        TOP TRADERS INC,    PO BOX 194601,    SAN JUAN PR 00919-4601
2979144        TOTAL APPLIANCES,    PO BOX 6554,    SAN JUAN PR 00914-6554
2979145        TYCOON PAPER,    URB INDUSTRIAL EL COMANDANTE,    EDIF 1,    CAROLINA PR  00982
2979146       +UMA ENTERPRISES,    660 WEST ARTESIA BLVD,    COMPTON,    COMPTON CA 90220-5504
2979147       +UNILEVER DE PR INC,    PO BOX 70129,    SAN JUAN PR 00936-8129
2979148        UNIVERSAL INDUSTRIAL SUPPLIES,    PO BOX,    PONCE PR 00732
2979149       +UNIVERSAL MANUFACTURING CORP,    PO BOX 11999,    SAN JUAN PR 00922-1999
2979150       +US DEPARTMENT OF JUSTICE,    FEDERAL LITIGATION DIVISION,    PO BOX 9020192,
                 SAN JUAN PR 00902-0192
2979151        V SUAREZ CO INC,    PO BOX 364588,    SAN JUAN PR 00936-4588 PUERTO RICO
2979152        VALENTIN EXTERMINATING SERVICES,    PMB 390 2135 CARR 2,    SUITES 15,    BAYAMON PR   00959
2979153       +VENROD TRADING COMPANY INC,    1138 ROOSEVELT AVENUE,    SAN JUAN PR 00920-2906
2979154       +VERPAS PRODUCTS INC,    PO BOX 29410,    65TH INF STA,    RIO PIEDRAS PR 00929-0410
2979155       +VICTORIA CLASSICS,    277 5TH AVENUE,    NEW YORK NY 10016-6563
```

```
District/off: 0104-3               User: aguayob                 Page 4 of 4                  Date Rcvd: Sep 09, 2010
Case: 10-04048                     Form ID: pdf001               Total Noticed: 238

  2979156      VILLA BLANCA SHOPPING CENTERLLC,   PO BOX 362983,    SAN JUAN PR 00936-2983
  3003638      Villa Blanca Shopping Center, LLC,   c/o Maria F. Vlez, Esq.,   PO Box 195582,
                 San Juan, PR 00919-5582
  2979157      WESTERN BANK WORLD-VISA,    PO BOX 430,   MAYAGUEZ PR 00681-0430
  2979158      WESTERN OIL CORPORATION,    PO BOX PMB 172,   AVE ESMERALDA 53,   GUAYNABO PR  00969-4429
  2979159      WESTERNBANK,    PO BOX 1180,   MAYAGUEZ PR 00681-1180
  2979160      WG GROUP,    2000 CARR 8177,   SUITE 26 PMB 220,   GUAYNABO PR  00966-3762
  2979161     +WILFREDO SEGARRA SINDICO,    PO BOX 9023385,   SAN JUAN PR 00902-3385
  2979162     +WILLGRE CORP,    PO BOX  1423,   CIALES PR 00638-1423
  3010103     +XEROX CORP,   XEROX CORPORATION,   ATTN VANESA ADAMS,   1301 RIDGEVIEW DRIVE 450,
                 LEWISVILLE TX 75057-6018
  3055875     +XEROX CORPORATION,    ATTN VANESSA ADAMS,   1301 RIDGEVIEW DRIVE 450,   LEWISVILLE TX 75057-6018
  2979163      XEROX CORPORATION,    PO BOX 650361,   DALLAS TX 75265-0361
  2979164     +XPRESSARTE,    CALLE 41 BL 35,   REXVILLE,   BAYAMON PR 00957-4124
The following entities were noticed by electronic transmission on Sep 09, 2010.
  3020805      E-mail/Text: cfigueroa@crimpr.net                          CRIM,    LEGAL COUNSEL OFFICE,
                 PO BOX 195387,    SAN JUAN PR 00919-5387
  3050653     +E-mail/Text: renzihdz@envasesecologicos.com                         ENVASES ECOLOGICOS INC,
                 URB PARQUE ESCORIAL,    JARDINES DEL PARQUE 3803,   CAROLINA PR 00987-4943
                                                                                             TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr             65 Infanteria Shopping Center
 cr             CANGREJO ARRIBA DEVELOPMENT CORP
 intp           CARIAN MANAGEMENT, INC
 cr             CCVA, INC. C/O W&B LAW OFFICES PSC
 cr             Epifanio Vidal, S.E.
 cr             SANTA REAL REALTY, INC.
 cr             Villa Blanca Shopping Center LLC
  2979024       EL COROZO-2,    CARR NO2 KM 281,   BO ESPINOSA
  2979125       RODEO IMPORT,    CALLE C EDIFICIO RODEO,   APDO 030-00253 ZL,   REP PMA
  2979128       SAN MIGUEL LABEL,    MANUFACTURING INC
 cr*           +C7 GLOBAL, INC.,   PO BOX 11741,   SAN JUAN, PR 00922-1741
  3044346*     +Desarrollos Ramfer, S.E.,    PO Box 988,   Aguadilla, Puerto Rico 00605-0988
  3003318*      IN MAR TRADING INC,    PO BOX 51486,   LEVITTOWN PR 00950 1486
  3044265*      MUNICIPIO DE CAMUY,    PO BOX 539,   CAMUY PR 00627 0539
  2979106*     +MUNICIPIO DE VEGA ALTA,    PO BOX 1390,   VEGA ALTA PR 00692-1390
  2979112*      ORLANDO ADROVET MOLINA,    R A 1-VIA DEL RIO CRISTAL,   URB ENCANTADA,   TRUJILLO ALTO PR  00976
  2979027      ##EMPRESAS DE GAS CO INC,    BOX 1025,   SABANA SECA STA,   SABANA SECA PR  00952-1025 PUERTO RICO
                                                                                             TOTALS: 10, * 6, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 11, 2010**                              **Signature:**     *Joseph Speetjens*