IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>AAA IMPORTS INC<br><br><br><br>XXX-XX2678<br><br><br><br>Debtor(s) | CASE NO. 10-04048BKT<br><br>Chapter 11<br><br><br><br>FILED & ENTERED ON 09/28/2010 |

ORDER

The debtor to reply to dockets #169, #170, #171 and #172 within thirty (30) days.

SO ORDERED.

San Juan, Puerto Rico, this 28 day of September, 2010.

Brian K. Tester
U.S. Bankruptcy Judge