IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AAA IMPORTS INC  
Debtor(s)

CASE NO. 10-04048  
CHAPTER 11

-----------------------------------------------

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW NESTLE PUERTO RICO INC represented by the undersigned attorney and respectfully shows and prays as follows:

1- That the above-named Debtor(s) filed a petition for relief under a Chapter 11 of the Bankruptcy Code.

2- That NESTLE is a creditor in the instant case, and its mailing address is: PO Box 364565, San Juan, PR 00936-4565.

3- That the herein appearing party has retained the undersigned attorney to represent it as counsel.

WHEREFORE, it is respectfully pray that the undersigned attorney and NESTLE be served directly with copy of all notices, orders and other pleadings related with this case; and that NESTLE and its attorney names and addresses be entered into the master address list.

Certificate of service: I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail and parties in interest that have filed notices of appearance.

In Caguas, Puerto Rico, this 28 day of October, 2010

s/ ARTURO GONZALEZ MARTIN  
P. O. Box 193377  
San Juan, PR 00919-3377  
Tel. (787) 653-0221  
USDC-PR 130001  
agm017@yahoo.com