IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-04048 BKT

AAA IMPORTS INC

Chapter 11

XXX-XX2678

FILED & ENTERED ON 11/09/2010

Debtor(s)

O R D E R

The application for allowance of compensation filed by attorney Edgardo Munoz in the amount of $47,181.87 (docket #188), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 09 day of November, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C:  DEBTOR
    EDGARDO  MUNOZ
    US TRUSTEE
    FINANCE DEPT.