# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### *Hearing Information:*

**Debtor**: AAA IMPORTS INC
**Case Number**: 10-04048-BKT11    **Chapter:** 11
**Date / Time / Room**: 12/1/2010 9:00 AM
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: BRENDA E. AGUAYO
**Reporter / ECR**:     LOURDES ALVAREZ

### *Matter:*

Disclosure Statement

### *Appearances:*

EDGARDO MUNOZ, ATTORNEY FOR DEBTOR
NANCY PUJALS, ATTORNEY FOR US TRUSTEE
MARIA FERNANDA VELEZ PASTRANA, ATTORNEY FOR CREDITORS SANTA ROSA MALL, 65 INFANTERIA, CENTRO DEL SUR MALL & VILLA BLANCA MALL
DANIEL MOLINA, ATTORNEY FOR CESAR CASTILLO & SGM
CARLOS HERNANDEZ VIVONI, ATTORNEY FOR SANTA REAL REALTY, CANGREJO ARRIBA DEVELOPMENT, CCVA INC.
UBALDO FERNANDEZ, ATTORNEY FOR BPPR

### *Minutes of Proceedings:*

**ORDER**

Based on what was stated in open Court, the objection to Disclosure Statement and plan of Reorganization (docket #187) is denied without prejudice as to the Disclosure Statement.

The Disclosure Statement (docket #153) as supplemented (docket #192) is APPROVED. Separate order will be entered approving the Disclosure Statement and setting Confirmation Hearing for 3/09/2011 at 9:00 A.M.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge