IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>AAA IMPORTS, INC.<br><br>Debtor | CASE NO. 10-04048 BKT<br><br>Chapter 11 |

MOTION TO REJECT EXECUTORY CONTRACTS

**TO THE HONORABLE COURT:**

COMES NOW AAA IMPORTS, INC., as Debtor in Possession for the above-captioned case (hereinafter referred to as Debtor), through the undersigned attorneys and very respectfully STATES and PRAYS:

1. The above captioned case was filed on 5/13/2010. Thereafter, debtor has been operating its business as a Debtor in Possession ("DIP"). Pursuant to Section 365(d)(4) DIP had until 10 September 2010 to assume or reject executory contracts related to commercial leases of real property. Said term was extended by order of August 26, 2010 (Dkt. 141) until December 9, 2010.

2. The above captioned debtor operates a retail chain for which it held over thirty leases that were carefully analyzed before deciding on which of those contracts were to be assumed, rejected or renegotiated. DIP concluded its store-by-store evaluation, and – in the exercise of its business judgment – determined that the contracts set forth below should be rejected in order to further its reorganization:

3. The contracts to be rejected are the lease agreements for the following commercial premises:

*MOTION* TO REJECT EXECUTORY CONTRACT  Page 2
CASE NO. 10-04048 BKT

| LANDLORD | LOCATION | Estimated CLOSING DATE Upon approval of Rej | Reject- R | STORE |
|---|---|---|---|---|
| **WILFREDO SEGARRA-SINDICO** | **Toa Alta** | **JAN. 31, 2011** | R | 50 |
| **CCVA, INC.** | **Vega Alta** | **JAN. 31, 2011** | R | 86 |
| **EL MERCADO PLAZA SE** | **Mercado Plaza** | **JAN. 31, 2011** | R | 87 |
| **CARLOS ENRIQUE RIVERA LUGO** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **FIDEICOMISO GLORIA RIVERA REOYO** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **PEDRO ENRIQUE RIVERA LUGO** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **ENRIQUE ANTONIO RIVERA LUGO** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **ANTONIO RIVERA REOYO** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **MARIA MILAGROS RIVERA LUGO** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **CARLOTA MONSERRATE LUGO CALZADA** | **Humacao Reina** | **JAN. 31, 2011** | R | 101 |
| **MARICARMEN MATANZO** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |
| **RAMON MATANZO** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |
| **ANA MATANZO JIMENEZ** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |
| **GABRIEL MATANZO** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |
| **GLORIA MATANZO** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |
| **ROBERTO MATANZO** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |
| **LCDA ANA MATANZO VICENS** | **Caguas Plaza** | **JAN. 31, 2011** | R | 102 |

4. Notice pursuant to Local Rule 9013-1. Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: ( I ) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the

*MOTION* **TO REJECT EXECUTORY CONTRACT** *Page 3*
*CASE NO. 10-04048 BKT*

---

Court, the interest of justice requires otherwise.

**WHEREFORE**, it is respectfully requested that the assumption by debtor of the executory contract described above be approved.

In San Juan, Puerto Rico, this 8th day of December, 2010.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system and by first-class mail to the US Trustee and the landlords for the executory contracts at the addresses shown in the mailing list attached in the filing of this motion.

EDGARDO MUÑOZ, PSC
*Attorneys for Debtor*
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 524-3888
Fax (787) 524-3888

**s/ EDGARDO MUÑOZ**
   USDC NO. 125713
emunoz@emunoz.net
