

# Invoice

**RVMEL DIGITAL y/o
Digital Works & Copies**

403 Avenida Pnce de Leon
San Juan, Puerto Rico 00917
Tel:787-751-9111
rvmeldigital@gmail.com

| | |
|---|---|
| INVOICE DATE | 08/02/2011. |
| INVOICE TERMS | |
| P.O. NUMBER | 20110208003 |

**BILL TO:**

| | |
|---|---|
| Company Name | |
| Representative | Lic. Edgardo Muñoz, ESQ. |
| Street Address | PO Box 360971 San Juan PR 00936-0971 |
| City, ST ZIP Code | |
| Phone | (787) 524-3888 |

| QUANTITY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 24750 | 8 x 11 B/N | $ 0.07 | $ 1,732.50 |
| | Re: AAA Imports, Inc. | | |
| | Case No.10-04048 BKT | | |
| | Note: Cheque a Nombre de RVMEL-Digital | | |

| | |
|---|---|
| SUBTOTAL | $ 1,732.50 |
| SALES TAX (7%) | $ 121.28 |
| TOTAL | $ 1,853.78 |

PAID  CK.# 1618  DATE 2/8/11

SIGNATURE:

Make all checks payable to Digital Works & Copies, Inc.
**THANK YOU FOR YOUR BUSINESS!**