# OfficeMax®
## WORK WITH US

OfficeMax #1117
KM 6.1 SAN ANTON WARD
CAROLINA, PR 985
(737) 701-2900

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
www.officemax.com/store/survey
to enter and to view the terms and
conditions of entering the survey.

```
011491012366                          $37.99
  Env Peel-To-Sea  10X13 Wht
011491007119                          $36.99
  Env Peel-To-Sea  10x13 100
011491007119                          $36.99
  Env Peel-To-Sea  10x13 100


SubTotal                             $111.97
Tax 7.000%                             $7.84
TOTAL                                $119.81

VISA                                 $119.81
  Card number:    XXXXXXXXXXXX8304
  Authorization   000271

     MaxPerks Number         XXXXX0942
```

52546556
1117 00005 63510 0 02/05/11
00399828 05:00:29 PM

ORDER BY PHONE 1-877-OFFICEMAX

