# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

AAA IMPORTS INC

Debtor(s)

CASE NO. 10-04048 BKT

CHAPTER 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

**NOW COMES** creditor herein, *Dr. Edwin Cuevas Sanabria.*, represented by the

undersigned attorney and very respectfully ALLEGES AND PRAYS:

That pursuant to the provisions of Federal Bankruptcy Procedure Rule 9010 (b), the

appearing party notifies that it has retained the legal services of the undesigned counsel

with regard to all matters and proceedings in the above-captioned case, showing counsel's

name, office address and telephone number as follows:

**ALEXANDRA BIGAS VALEDON**
PO Box 7462
Ponce, PR 00732-7462
Tel: (787) 844-1444 / Fax: (787) 842-4090
alexandra.bigas@gmail.com

**WHEREFORE** the appearing party requests that the Clerk of the Court take notice

of the appearance of the undersigned and to notify the appearing counsel of all

proceedings in this case, including but not limited to with copies of the petition, schedules,

all plans and disclosure statements filed or to be filed in the above captioned case and

further prays that his name and address be included in the debtor's Master Address List.

*Notice of Appearance*
*Page 2*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document

with the clerk of the court using the CM/ECF System which will send notification of such

filing to the following: US Trustee; to debtor's attorney Edgardo Muñoz, and all parties in

interest registered to said system.

In San Juan, Puerto Rico this 12th day of May, 2011.

/s/ Alexandra Bigas Valedon
**ALEXANDRA BIGAS VALEDON**
*U.S.D.C.-P.R. No.* 220109
Attorney for Creditor
P.O. Box 7462
Ponce, P.R. 00732
alexandra.bigas@gmail.com
Tel. (787) 844-1444; Fax: (787) 842-4090