IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| AAA IMPORTS INC. | * | CASE NO. 10-04048 (ESL) |
| | * | |
| Debtor | * | CHAPTER 11 |
| | * | |
| | * | |

### UNITED STATES TRUSTEE'S MOTION
### TO COMPEL FILING OF MONTHLY OPERATING REPORTS

TO THE HONORABLE COURT:

COMES NOW Donald F. Walton, the United States Trustee for Region 21 (the "United States Trustee"), and respectfully states and prays as follows:

1. The captioned case was filed on May 13, 2010.

2. Debtor's plan of reorganization was confirmed on March 23, 2011 (dkt. # 339).

3. Final Decree has not yet been entered by this Court.

4. Debtor has not filed monthly operating reports for the months of March or April of 2011. The debtor is required to timely file periodic reports and summaries of operations by Sections 704(a)(7) & (8), 1106(a)(1), and 1107(a) of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Bankruptcy Rule 2015-2(a). The failure to file operating reports on a timely basis constitutes cause for conversion or dismissal of a case. *See In re Berryhill*, 127 B.R. 427, 433 (Bankr. N.D. Ind. 1991). It also renders the United States Trustee and creditors incapable of determining whether debtors are engaged in actions which have resulted in loss or diminution to the estate warranting dismissal or conversion under Section 1112(b)(1) of the Code.

**UNITED STATES TRUSTEE'S MOTION TO COMPEL**
**FILING OF MONTHLY OPERATING REPORTS**
Case No. 10-04048 (ESL), AAA Imports Inc.                              Page 2 of 4

5. The United States Trustee hereby moves the Court for the entry of an order compelling debtor to file all the outstanding monthly operating reports immediately upon notice of the entry of the order, and to timely file the reports until the entry of final decree.

WHEREFORE, the United States Trustee hereby requests that this Honorable Court enter an order compelling debtor to file the outstanding monthly operating reports, and compelling debtor to keep filing the monthly operating reports on a timely basis until the entry of final decree.

### NOTICE

**Within ten (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise**.

### - CERTIFICATE OF SERVICE -

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- JOSE L BARRIOS RAMOS jbarrios@abogadosdeamerica.com, mireyabaltazar@abogadosdeamerica.com;jowydc@yahoo.com;quiebras@abogadosdeamerica.com

- ALEXANDRA BIGAS VALEDON alexandra.bigas@gmail.com, alexandra.bigas@gmail.com

- IVAN M CASTRO ORTIZ icastro@alblegal.net

**UNITED STATES TRUSTEE'S MOTION TO COMPEL**
**FILING OF MONTHLY OPERATING REPORTS**
Case No. 10-04048 (ESL), AAA Imports Inc.                                   Page 3 of 4

- MARIA DEL C CIVIDANES mcividanes@prtc.net
- CARMEN D CONDE TORRES notices@condelaw.com
- EDUARDO J CORRETJER REYES ejcr98@yahoo.com, ejcr98@hotmail.com
- JUAN L DUQUELA FUENTES jdf@dzprlaw.com
- UBALDO M FERNANDEZ BARRERA ubaldo.fernandez@oneillborges.com, marta.bosch@oneillborges.com;docket_clerk@oneillborges.com
- CARLA FERRARI LUGO ferrarilugo@gmail.com, bkmflawpr@gmail.com
- JUAN C FORTUNO FAS bkfilings@fortuno-law.com
- ARTURO GONZALEZ MARTIN agm017@yahoo.com, agm017@gmail.com
- CARLOS R HERNANDEZ VIVONI chernandez@wblawpr.com, chvivoni@gmail.com
- MONSITA LECAROZ ARRIBAS ustpregion21.hr.ecf@usdoj.gov
- LUIS C. MARINI BIAGGI luis.marini@oneillborges.com, docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com;ubaldo.fernandez@oneillborges.com
- DANIEL MOLINA LOPEZ dml@trdlaw.com, i.cartagena@trdlaw.com;noticesdml@yahoo.com
- EDGARDO MUNOZ emunoz@emunoz.net, emunoz2@gmail.com;gcruz111@yahoo.com
- MIGDA L RODRIGUEZ COLLAZO bankruptcyjusticia.gobierno.pr@gmail.com, mlrcbankruptcy@gmail.com
- WILFREDO SEGARRA MIRANDA segarralaw@prtc.net
- JUAN MANUEL SUAREZ COBO suarezcobo@gmail.com, suarezcobo.ecf@gmail.com;docketclerk@gmail.com;docket.ecf@gmail.com;ecf.sort@gmail.com;pennyrose@legalpartnerspr.com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;julio@legalpartnerspr.com
- US TRUSTEE ustpregion21.hr.ecf@usdoj.gov
- EDGAR ALBERTO VEGA RIVERA edvega@bppr.com, quiebras@bppr.com
- MARIA F. VELEZ PASTRANA mfvelezquiebras@gmail.com
- MYRA MITZEL VELEZ PLUMEY myra_velez@hotmail.com, myra.velez@gmail.com

**UNITED STATES TRUSTEE'S MOTION TO COMPEL**
**FILING OF MONTHLY OPERATING REPORTS**
Case No. 10-04048 (ESL), AAA Imports Inc.                                    Page 4 of 4

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been *sent by regular United States mail* to debtor:

AAA IMPORTS INC
PO BOX 1509
VEGA ALTA, PR 00694

and to:

EUGENE F. HESTRES VELEZ
BIRD BIRD & HESTRES, P.S.C.
PO BOX 9024040
SAN JUAN, PR 00902-4040

EDDIE RAMIREZ VALE
PO BOX 11741
SAN JUAN, PR 00922

DATED: May 27, 2011

                                                          DONALD F. WALTON
                                                          U.S. TRUSTEE, REGION 21

                                                          MONSITA LECAROZ ARRIBAS
                                                           ASSISTANT U.S. TRUSTEE

                                                          OFFICE OF THE UNITED STATES TRUSTEE
                                                          Ochoa Building
                                                         500 Tanca Street, Suite 301
                                                         San Juan, Puerto Rico 00901-1922
                                                         Telephone No. (787) 729-7444
                                                         Fax No. (787) 729-7449

                                                         *[Electronically Filed]*

                                                         By: s/Nancy Pujals
                                                             Nancy Pujals
                                                             Trial Attorney
                                                             USDC # 201103