Bandesarrollo Directo 1010030434  BANCO DE DESARROLLO ECONOMICO  6/20/2011 12:47:02 PM
Printed by: MIGDALIA TOSADO               Reporting Institution: 1

## Note 1010030434 – AAA IMPORTS, INC.

| | Rel | Birthdate | Phone | Tax Identification |
|---|---|---|---|---|
| [01] AAA IMPORTS, INC. | * | Mar 01, 2006 | [B] (787) 270-0230 | EIN 66-0672678 |
| [02] ORLANDO ADROVET-MOLINA | G | Feb 11, 1945 | [B] (787) 270-0230 | SSN 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 |
| [03] SANDRA MARTINEZ-VELEZ | G | May 03, 1945 | [B] (787) 270-0230 | SSN 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 |

PO BOX 1509
VEGA BAJA PR 00694

Tax Name: [1] AAA IMPORTS, INC.

## Account Classification

| | | | | |
|---|---|---|---|---|
| Portfolio: | 16176 | Responsibility Code: | [299] MIGDALIA TOSADO |
| Product: | [20401] Bandesarrollo Directo | Purpose Code: | [512] SERVICIO |
| Accounting Branch: | [1] | | |

## Customer

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|---|---|---|---|---|---|
| Nov 24, 2010 | Original Rate | Interest Rate: | 5.2500% | | |
| Nov 30, 2010 | WIRE TRANSFER T2657 | $10,960.80 | $10,960.80 | | $10,960.80 |
| Nov 30, 2010 | WIRE TRANSFER T2656 | $65,418.75 | $65,418.75 | | $76,379.55 |
| Dec 02, 2010 | WIRE TRANSFER T2662 | $6,067.06 | $6,067.06 | | $82,446.61 |
| Dec 02, 2010 | WIRE TRANSFER T2661 | $6,673.00 | $6,673.00 | | $89,119.61 |
| Dec 02, 2010 | WIRE TRANSFER T2660 | $19,525.60 | $19,525.60 | | $108,645.21 |
| Dec 02, 2010 | WIRE TRANSFER T2659 | $53,422.50 | $53,422.50 | | $162,067.71 |
| Dec 02, 2010 | WIRE TRANSFER T2663 | $78,320.73 | $78,320.73 | | $240,388.44 |
| Dec 02, 2010 | WIRE TRANSFER T2664 | $103,438.72 | $103,438.72 | | $343,827.16 |
| Dec 07, 2010 | WIRE TRANSFER T2668 | $9,475.00 | $9,475.00 | | $353,302.16 |
| Dec 09, 2010 | WT 2676 | $1,627.00 | $1,627.00 | | $354,929.16 |
| Dec 09, 2010 | WT 2677 | $3,649.03 | $3,649.03 | | $358,578.19 |
| Dec 09, 2010 | WT 2678 | $7,898.52 | $7,898.52 | | $366,476.71 |
| Dec 09, 2010 | WT 2679 | $19,274.70 | $19,274.70 | | $385,751.41 |
| Dec 09, 2010 | WT 2675 | $29,625.00 | $29,625.00 | | $415,376.41 |
| Dec 09, 2010 | WT 2680 | $32,930.86 | $32,930.86 | | $448,307.27 |
| Dec 09, 2010 | WT 2674 | $85,775.20 | $85,775.20 | | $534,082.47 |
| Dec 10, 2010 | Advance - Check # 87035 | $5,016.20 | $5,016.20 | | $539,098.67 |
| Dec 10, 2010 | Advance - Check # 87027 | $6,285.60 | $6,285.60 | | $545,384.27 |
| Dec 10, 2010 | WT 2684 | $6,505.00 | $6,505.00 | | $551,889.27 |
| Dec 10, 2010 | Advance - Check # 87029 | $9,816.00 | $9,816.00 | | $561,705.27 |
| Dec 10, 2010 | Advance - Check # 87025 | $12,319.80 | $12,319.80 | | $574,025.07 |
| Dec 10, 2010 | Advance - Check # 87030 | $16,686.00 | $16,686.00 | | $590,711.07 |
| Dec 10, 2010 | Advance - Check # 87031 | $24,996.60 | $24,996.60 | | $615,707.67 |
| Dec 10, 2010 | WT 2683 | $37,361.00 | $37,361.00 | | $653,068.67 |
| Dec 10, 2010 | Advance - Check # 87026 | $49,695.00 | $49,695.00 | | $702,763.67 |
| Dec 10, 2010 | Advance - Check # 87028 | $53,148.00 | $53,148.00 | | $755,911.67 |
| Dec 10, 2010 | Advance - Check # 87032 | $77,892.00 | $77,892.00 | | $833,803.67 |

Bandesarrollo Directo 1010030434     BANCO DE DESARROLLO ECONOMICO     6/20/2011 12:47:02 PM

Printed by: MIGDALIA TOSADO                                               Reporting Institution: 1

| Date | Description | Transaction Amount | Principal | Interest | Principal Balance |
|------|-------------|-------------------:|----------:|---------:|------------------:|
| Dec 13, 2010 | Advance - Check # 87048 | $16,220.34 | $16,220.34 | | $850,024.01 |
| Dec 20, 2010 | Advance - Check # 87118 | $3,216.00 | $3,216.00 | | $853,240.01 |
| Dec 20, 2010 | Advance - Check # 87120 | $7,347.00 | $7,347.00 | | $860,587.01 |
| Dec 20, 2010 | Advance - Check # 87119 | $9,184.61 | $9,184.61 | | $869,771.62 |
| Dec 21, 2010 | Advance - Check # 87136 | $3,440.00 | $3,440.00 | | $873,211.62 |
| Dec 29, 2010 | Advance - Check # 87194 | $3,870.00 | $3,870.00 | | $877,081.62 |
| Dec 29, 2010 | Advance - Check # 87195 | $10,010.76 | $10,010.76 | | $887,092.38 |
| Jan 12, 2011 | WT T2706 | $62,447.98 | $62,447.98 | | $949,540.36 |
| Jan 13, 2011 | Regular Payment | $3,723.39 | $0.00 | $3,723.39 | $949,540.36 |
| Feb 07, 2011 | Principal Payment | $100,000.00 | $100,000.00 | | $849,540.36 |
| Feb 07, 2011 | Interest Payment | $3,689.21 | | $3,689.21 | $849,540.36 |
| Feb 28, 2011 | Rate Change | Interest Rate: | 7.0000% | | |
| Feb 28, 2011 | Note Renewal | $0.00 | | | $849,540.36 |
| Mar 02, 2011 | 3% RECARGOS DEL PRIMER PAGO | $12,000.00 | | | $849,540.36 |
| Mar 15, 2011 | Principal Payment | $50,000.00 | $50,000.00 | | $799,540.36 |
| Mar 15, 2011 | Interest Payment | $4,052.01 | | $4,052.01 | $799,540.36 |